Meeting Summary for the
Chesapeake Bay Program
Principals' Staff Committee
Annapolis Friends Meeting House
Annapolis, MD
October 1, 2007

## ACTION ITEMS:

All documents for this meeting can be found at:
http://www.chesapeakebay.net/calendar.cfm?EventDetails=9029&DefaultView=2

**I.** **At the Current Pace**
*Meeting the 2010 Water Quality Goals and the Role of a Baywide TMDL*

**Jon Capacasa** (EPA Region III Water Protection Division) gave a presentation on the requirements of the Clean Water Act, and what the development of a baywide TMDL means in terms of meeting our goals for 2010.
        Discussion followed focusing on how the PSC would like approach developing a baywide TMDL.

**Actions:**
- The Bay watershed TMDLs will be developed jointly between the six Bay watershed states, the District and EPA and then established by EPA.
- The Water Quality Steering Committee will draft nutrient and sediment cap load allocations by tributary basin by jurisdiction, and the Principals' Staff Committee will formally adopt these allocations.
- The individual watershed states and the District would have responsibility for further assigning loads – waste load allocations (WLA) and load allocations (LA) – to sources consistent with EPA regulations and guidance.
- These state/District sub-allocations (WLA/LA) would become part of the overall Bay watershed TMDLs report.
- The final publication would contain all the required documentation supporting the EPA Bay watershed (TMDLs in a single, integrated publication with extensive appendices.
- EPA will provide the technical resources/analyses required to support development of the Bay watershed TMDLs through the Chesapeake Bay Program Office staff and EPA-funded contractor support.
- The Bay watershed TMDLs must be completed and established by EPA no later than May 1, 2011.
- The Chesapeake Bay Program partners will engage stakeholders and the public in a more extensive structured dialogue about the tributary strategy implementation challenges before us.

- The Chesapeake Bay Program partners will focus on getting the programs in place by 2010 that we believe are required in order to achieve our water quality goals.
- The Chesapeake Bay Program partnership's public announcement of initiation of work on the Bay watershed TMDLs will occur following the states' submission and EPA approval of the 2008 303(d) lists in the spring 2008 time frame.
- Eight principles will guide the reevaluation efforts by the Water Quality Steering Committee and its workgroups (see Attachment A for more detailed version):
    o Shared urgency to restore the Bay;
    o Clear communication and common message;
    o Focus and accelerate implementation (do no harm);
    o Engage the public about the implementation challenge;
    o Legal obligations will be met;
    o Improving and applying the latest science;
    o Flexibility of the sub-allocations within the major basins; and
    o Keep healthy waters healthy.
- The Water Quality Steering Committee will proceed forward with the responsibility for carrying out the necessary preparation work following these eight guiding principles.
- The state/EPA Reevaluation Technical Workgroup will be reconvened and operate under the direction of the Water Quality Steering Committee.
- The Reevaluation Technical Workgroup was charged with responsibility for resolving the existing technical issues in light of the desire to accelerate implementation at all scales.
- The Water Quality Steering Committee will convene a parallel Implementation Workgroup and charge this group with the responsibility for ensuring that the reevaluation and TMDL development process results in acceleration of ongoing tributary strategy implementation.

II.   **Responding to Threats**
      A. **Biofuels & the Bay**
         **Ann Swanson** (Chesapeake Bay Commission) gave a presentation summarizing the recent commission publication "Biofuels & the Bay." Ann made the following recommendations to the PSC:
         ▪ Recommend to the EC that they create a regional council to craft a watershed wide strategy for creating a diversified portfolio of biofuels options.
         ▪ Develop agricultural Best Management Practices (BMPs) to counter the effects of increased corn production on water quality in the watershed.
         ▪ Take full advantage of funding offered by the federal Farm Bill.
         ▪ Develop a regional research fund focused on biofuels.
         **Actions:**
         ▪ Frank Dawson (MDDNR) and others will develop a proposal for a regional technology fund focusing on biofuels technology as well as other technologies that will accelerate implementation.

**B. Forestry Directive and Goals**

**Mike Fritz** (EPA) updated the PSC on the current status of the forest conservation goals, which were called for by the 2007 Forestry Directive, 06-1. Most questions focused on the validity of these proposed goals, specifically on whether they will be effective in improving water quality. Mike Fritz replied that the US Forest Service Staff feel this is a first step in the effort to conserve forests.

**Actions:**
- CBP Staff will work with the headwater states to define how they will participate in the Forest Conservation Directive.
- The CBP will use the Oct 18th IC meeting to further prepare proposed forest conservation goals.
- When the IC completes its work on the proposed goals, the PSC will reconsider whether the proposed goals should be forwarded to the EC.

**C. Growth & Development**

**Jason DuBow** (MD Dept of Planning) gave a presentation on what the state of MD is doing to control growth and development. Most of the discussion focused on how the CBP will respond to the EPA Inspector General's report ***"Development Growth Outpacing Progress in Watershed Efforts to Restore the Chesapeake Bay."*** Members of the group suggested the CBP focus efforts on dealing with stormwater.

**Actions:**
- The PSC discussed that an option for the EC to consider related to growth and development would be a "brag and steal" session.
- The state partners will present their stormwater management rulemaking programs at the next PSC meeting.

**III.    Accelerating the Pace**

**A. Financing Chesapeake Bay Restoration**

**Dan Nees** (World Resources Institute) gave a presentation on the final draft of the Regional Financing Report. The report focuses on finding alternative forms of funding for CBP activities. The report makes two recommendations. First, the CBP needs to pursue funds from the following four sectors:

1. Agriculture
2. Development
3. Transportation
4. Energy

Second, the CBP should invest in the Water Quality markets, such as nutrient trading programs. The findings of the report are supported by the fact that there a serious gap in how much money is needed to fully implement the initiatives of the CBP. For example, state of MD presently needs $100-$200,000 to fully fund tributary strategies.

Exhibit F

**Actions:**
- PSC will consider the development of a finance advisory board.

**B. Strategic Implementation Planning**

**Jeff Lape** (EPA) gave a presentation on the CBP Office efforts to construct a strategic implementation plan (SIP). The development of the SIP was recommended in a 2005 General Accounting Office (GAO) report called for by Congress. Currently the CBP Federal Partners are working on the Federal portion of the plan. Once completed, the plan will be forwarded for state partner comment. The state partners will then formulate their portion of the plan.

**C. Planning for the 2007 Executive Council Meeting**

The PSC members discussed the 2007 EC Meeting throughout today's meeting, noting which topics their respective EC members would prefer to discuss. The meeting will take place on Dec. 5th, 2007.

**Actions:**
- MD, jointly with CBPO and other states, will establish EC discussion topics.
- The PSC agreed to recommend to their respective EC member that they champion an issue important to the Chesapeake Bay Watershed.

## Scientific and Technical Advisory Committee

# *Chesapeake Bay Watershed Model Phase V Review*

## February 20, 2008

Lawrence Band[1], Theo Dillaha[2], Christopher Duffy[3],
Kenneth Reckhow[4], Claire Welty[5]

[1]University of North Carolina Chapel Hill, [2]Virginia Tech, [3]Pennsylvania State
University, [4]Duke University, [5]University of Maryland Baltimore County



STAC Publication 08-003



AR0015010

## About the Scientific and Technical Advisory Committee

The Scientific and Technical Advisory Committee (STAC) provides scientific and technical guidance to the Chesapeake Bay Program on measures to restore and protect the Chesapeake Bay. As an advisory committee, STAC reports periodically to the Implementation Committee and annually to the Executive Council. Since it's creation in December 1984, STAC has worked to enhance scientific communication and outreach throughout the Chesapeake Bay watershed and beyond. STAC provides scientific and technical advice in various ways, including (1) technical reports and papers, (2) discussion groups, (3) assistance in organizing merit reviews of CBP programs and projects, (4) technical conferences and workshops, and (5) service by STAC members on CBP subcommittees and workgroups. In addition, STAC has the mechanisms in place that will allow STAC to hold meetings, workshops, and reviews in rapid response to CBP subcommittee and workgroup requests for scientific and technical input. This will allow STAC to provide the CBP subcommittees and workgroups with information and support needed as specific issues arise while working towards meeting the goals outlined in the *Chesapeake 2000* agreement. STAC also acts proactively to bring the most recent scientific information to the Bay Program and its partners. For additional information about STAC, please visit the STAC website at www.chesapeake.org/stac.

**Publication Date:**
February 2008

**Publication Number:**
08-003

Cover photo of the Sassafras River provided by Jane Thomas, Integration and Application Network (http://ian.umces.edu/).

Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

STAC Administrative Support Provided by:
Chesapeake Research Consortium, Inc.
645 Contees Wharf Road
Edgewater, MD 21037
Telephone: 410-798-1283; 301-261-4500
Fax: 410-798-0816
http://www.chesapeake.org

AR0015011

**Chesapeake Bay Watershed Model Phase 5 Review**
**Review Panel: L. Band, T. Dillaha, C. Duffy, K. Reckhow, C. Welty**
**February 20, 2008**

**Introduction**

In the fall of 2007 the Scientific and Technical Advisory Committee (STAC) of the Chesapeake Bay Program (CBP) recruited the authors as an independent panel of experts to review the Chesapeake Bay Watershed Model (CBWM) Phase 5 effort and make recommendations for its enhancement. The review panel met as a group on January 23 - 25 in Annapolis, MD. Limited documentation on the Phase 5 CBWM was provided in advance. Presentations were given to the review team by Richard Batiuk, Gary Shenk, and Lewis Linker of the EPA Chesapeake Bay Program. Many of the documents distributed for review prior to the meeting in Annapolis were in draft form, with key components missing or incomplete. On the first day of the review, CBP personnel presentations provided a more detailed description of the Phase 5 model components and calibration process and an update on the status of the Phase 5 model calibration and validation, which were in progress. On day two of the review, CBP personnel responded to additional panel questions and the panel began to conduct the formal review. This document summarizes the panel's assessment of (1) work to date, (2) the model's suitability for making management decisions at the Bay Watershed and local scales, and (3) potential enhancements to improve the predictive ability of the next generation of the CBWM. The reader should be aware that model documentation required for this review was incomplete and this review is based solely on the information provided. Improved and continuous documentation of the model and data environment should be implemented as soon as possible.

The CBP represents one of the largest and most complex watershed management efforts in the U.S. and its success is partially contingent upon the accuracy of the CBWM. The task demands a detailed description of hydrological, biogeochemical and climatological processes over a multi-jurisdictional regional watershed scale. Data demands are daunting and differentially available over the watershed. While more process-oriented research models are available, they are not yet feasible for the geographical scale of the CBP, and currently do not have the ability to simulate all the complexities of the Chesapeake Bay Watershed (CBW) required for CBP management decisions. The CBWM represents a significant simplification of the CBW with significant compromises; however, we believe that the CBWM is appropriate given the scale, complexity and mechanistic basis of the modeling and management frameworks that are feasible with the current state-of-the-science of watershed modeling for management purposes. The envisioned Chesapeake Bay Program Community Watershed Modeling effort is promising and provides the potential to engage a much larger community in the development and application of the CBWM.

Additional complexities that the next generation of the CBWM should address include: (1) accounting for the fact that much of sediment and nutrient transport into the Bay may take place during annual extreme events (these large events are responsible for much of the excessive erosion and flushing of stored materials as well as CSOs and SSOs (combined and sanitary sewer overflows)); and (2) the fact that management can involve significant time lags in terms of the timing between management changes and subsequent environmental response. We are concerned that the present CBWM may not be capturing these complexities adequately.

1

AR0015012

The CBWM modeling team has done an extraordinary job of pulling together the information base from disparate sources, designing and implementing a set of software tools and methods to integrate a data and modeling system. This has been done with extremely limited personnel and resources (monitoring, programming, disciplinary expertise, etc.).

It is important to note that the Phase 5 Watershed Model is not a strict implementation of Hydrologic Simulation Program-Fortran (HSPF) as was implemented in previous versions of the CBWM. The Phase 5 model is a melding of two major components of HSPF, the land segment and reach simulation modules, with the External Transfer Module (ETM), which modifies output from the HSPF land segments to account for the effects of the presence or absence of BMPs on sediment and nutrient loading to reaches. The Phase 5 model also includes interfaces with other models such as the airshed, estuarine, and land use change models and various other modules, which create the required UCI (input) files for the land segment and reach models.

As in HSPF, the CBWM is a lumped, conceptual representation of the watershed. The conceptual stores and fluxes, which are lumped at the subwatershed level (subwatersheds average 66 mi$^2$ in size), make it difficult to relate measured quantities such as soil moisture, groundwater levels, and soil and sediment chemistry to simulated values. The choice of the subwatershed level is a critical scale choice as the model maintains a one-to-one mapping of stream or river reach to contributing subwatershed area. For application to the full CBW, the Phase 5 CBWM uses a threshold scale of representing the extent of the river network and corresponding subwatershed partition to streams with at least 100 cfs mean annual flow (or 50 cfs if the subwatershed is gauged). This has the effect of eliminating smaller streams and their channel processes, and their effects are implicitly lumped or included in terrestrial processes. The scale choice is based on data availability, available resources (e.g. personnel, budget) to parameterize the model, and computational limitations.

The current implementation of the model is mainly geared towards the scale of the major tributaries and the Chesapeake Bay Basin. A project of this scale requires a modeling and information environment to formalize the approach within a systems framework. This framework is still evolving.

The review panel was asked to address the following four questions:

1. Are the model structure, dynamics, and calibration sufficient for the management purposes at the regional scale to support Chesapeake [Watershed] water quality management with regard to segmentation, land uses, HSPF modifications, and ancillary software?

2. Are the model structure, dynamics and calibration sufficient for the management purposes at the local watershed scale to support sediment and nutrient TMDLs with regard to segmentation, land uses, HSPF modifications, and ancillary software?

3. Are the data inputs sufficient to support management decisions with regard to meteorology, nutrient inputs, land use, BMPs, septic systems, point sources, and atmospheric deposition at the regional and local scales?

2

AR0015013

4.  Phase 5 is the latest generation of a model that has been applied in the Chesapeake watershed for more than two decades.  To address increasingly complex and local-scale management needs anticipated in the watershed, what should the next generation of the Chesapeake Bay Community Watershed Model look like?

These four questions address the utility of the model for management purposes at both the regional (major watershed tributaries) and local (~66 mi$^2$ subwatershed) scales.

**Response to Specific Questions**

*1.  Are the model structure, dynamics, and calibration sufficient for the management purposes at the regional scale to support Chesapeake [Watershed] water quality management with regard to segmentation, land uses, HSPF modifications, and ancillary software?*

a.  Before this question can be answered fully, model calibration and validation must be completed, documented and re-reviewed since the panel only had the opportunity to review draft model documentation and to evaluate preliminary calibration and validation results. While a substantial number of model simulations have been produced and compared with time series of flow, and sediment and nutrient concentrations and loads, this information must be summarized at the scale of the major CBW tributaries.  The calibration strategy appears to be innovative and sound, but it is difficult to judge until completed.  The time series comparisons that were presented to the review team were interesting, but did not convince the panel that an adequate calibration had yet been achieved beyond streamflow.  Although Question 1 does not directly address validation, we feel that validation is essential and a required step in model development, particularly if the model is to be used for TMDL development purposes. The current validation strategy -- selecting validation time periods within the calibration period-- is not a good one, as this is likely to simply re-confirm the results from calibration periods that are adjacent-in-time to validation periods (which might result in the validation period being essentially equivalent to the calibration period). A much better strategy is to completely separate calibration and validation time periods - for example, calibrate with the 1985-95 data and then validate with the 1995-2005 data. If the results of the validation exercise suggest that the calibrated model is flawed, then the validation results can be used to reformulate the model. In that case, the best option for re-validation would be to use the original calibration data set for validation of the revised model.

b.  We still believe that uncertainty analysis is essential.  We understand that the model is very consumptive of computer time to operate for the full CBW.  However, uncertainty analysis could provide the basis for the "margin of safety" (MOS) used in the TMDL plans. We see two options for this difficult problem: (1) use the difference between predictions and observations during the validation period to serve as a measure of prediction uncertainty, or (2) following the 2005 review recommendation, use one or two of the tributaries, or representative subwatersheds of a tributary, for this purpose.  This would reduce the amount of computer time necessary to run multiple realizations.

3

AR0015014

c.  We have concerns regarding the representation of BMPs in the model.  Several BMPs (improved nutrient management and low till row crops) are implemented as separate land uses reflecting altered management and appear reasonable.  Other BMPs are simulated as edge-of-field (EOF) or edge-of-stream (EOS) practices and their effects are simulated using constant (0-1) efficiency factors drawn from the literature and best professional judgment.  There are two specific concerns with this approach:

(1) In many cases, these latter BMPs may not conserve mass.  Removal of sediment and nutrients are not explicitly accounted for in the model mass balance.  A means must be found to account for and simulate the long-term fate of sediment and nutrients that are "trapped or removed" by BMPs if they are not permanently removed (e.g., denitrification or transport out of the watershed).  As an example, build-up of sediment or nutrients in a buffer or wetland may lead to reduction in removal efficiency over time or conversion of the BMP to a source under certain conditions.  At present, no build-up of mass in these BMPs is simulated, nor is subsequent release during extreme events permitted.

(2) Removal efficiencies of BMPs are known to be dependent on climate, flow rates, hydrogeologic setting, and implementation and maintenance conditions.  Within the External Transfer Module (ETM) framework, these efficiencies are currently fixed at constant values.  However, they could either be sampled from a distribution function (with form and bounds set from the literature) or conditioned on flow rates (if appropriate).  This would allow "breakthrough" of sediment and nutrients for a subset of the population of BMPs, which could have important downstream impacts.

d.  The limited coupling of the land segment and river reach modules does not allow for overbank deposition, or other important loss rates from the river reach system under high flow conditions or under extreme drought (if we understand the model correctly).  This may bias total export predictions but we note that a much more detailed model would be required to address these issues.  A similar situation exists for dynamic interactions between wetlands and stream reaches.  These issues should be dealt with in the next generation of the model.

e.  The model currently is implemented with a representation of river reaches with mean annual flow exceeding 100 cfs (or 50 cfs for gauged watersheds), which fails to account for smaller streams and the heterogeneity of small watersheds that can influence BMP performance and the development of management options and TMDLs.

f.  Validation has been conducted by choosing specific years within the 1985-2005 domain to use as validation periods.  This approach does not account for long-term changes and the stability of the model parameters over a period that may have significant change in climate, land use or management options.  Instead, we recommend that the modeling team identify those watersheds with sufficient hydrologic, nutrient and sediment records to allow an initial calibration period (e.g. 1985-2000), and a subsequent contiguous validation period (e.g. 2001-2005).  These periods may vary in length and time for the different stations depending on the availability of data.  It is not necessary or feasible to

4

AR0015015

validate each watershed given current data, but additional monitoring and use of other existing data sources not currently being used should be used to evaluate model performance in key subwatersheds in the Phase 5 modeling effort. Validation efforts should focus on those watersheds with adequate observed data for calibration and validation.

g. The model does not represent the full coupling of the groundwater to the surface water system on a regional scale. It is believed that a significant percentage of nitrate load to the Bay is from direct groundwater inputs. Our understanding is that this is not fully captured by the model. A means should be found to capture this load if it is significant for management decisions if possible. Otherwise this should be given as a model limitation.

h. The model does not capture long-term persistence such as drought flows because of lack of coupling between surface water and groundwater. This deficiency also affects nutrient loads as mentioned above.

2. *Are the model structure, dynamics and calibration sufficient for the management purposes at the local watershed scale to support sediment and nutrient TMDLs with regard to segmentation, land uses, HSPF modifications, and ancillary software?*

We define the "local watershed scale" as the current lowest level of CBWM segmentation, characterized by reaches with mean annual flow > 100 cfs (~66 mi$^2$ area on average).

a. This question was discussed at length with the CBWM team. We agree with the team that the current CBWM implementation is not appropriate for development and implementation of TMDLs at the local watershed scale. A major barrier appears to be the scale of information built into the CBWM, which is based on the county level data and river reach segmentation at the 100 cfs threshold and designed for full watershed or major tributary scale analysis.

b. A potential approach is to make use of community modeling framework in which local watershed managers could make use of additional modeling tools and data to resegment, recalibrate and implement the model at appropriate local scales using more site specific local information. Local-scale data can be obtained from specific sampling and measurement, or from higher-resolution spatial data sources and modeling tools.

3. *Are the data inputs sufficient to support management decisions with regard to meteorology, nutrient inputs, land use, BMPs, septic systems, point sources, and atmospheric deposition at the regional and local scales?*

Response for Regional Scale
a. Yes, with the following qualifications. We assume regional scale to mean major watersheds e.g., from the scale of the Patuxent to the Susquehanna River Basins. The data on meteorology, land use, point sources, and atmospheric deposition appear to be of sufficient quality at this scale. At the county level there appears to be reasonable estimates of fertilizer sales, which are used to estimate nutrient inputs at the

5

AR0015016

county/subwatershed scale. Data available from soil-testing laboratories/programs could possibly be used to estimate soil phosphorous pools for the models. BMP efficiencies are estimated from literature values, expert judgment, and county-level data bases. BMPs are being represented in the simplest way possible (described previously); representation of BMPs statistically and dynamically is important. In terms of annual changes, this can be represented by the model (data on BMPs can be changed annually). As in the model review recommendations of 2005, we recommend/encourage the modeling team to compile account for the dynamic behavior of BMPs with respect to their efficiencies.

b. We are concerned about the low-order meteorological interpolation as it has the potential to oversmooth weather patterns, leading to a loss of information about local extremes. The inaccuracies of precipitation timing will significantly affect the hydrology modeling. We recommend considering use of the bias-corrected and merged NEXRAD-gauge precipitation data (1 km$^2$ grid) as it becomes available, and to evaluate the current precipitation product for use prior to the period of NEXRAD availability.

Response for Local Scale

We believe that it is inappropriate to use the existing CBWM county and subwatershed data sets for local-scale modeling applications. Data must be disaggregated at a finer scale for local scale applications.

In addition to the national 30-m data sets for land cover and soil surveys, there are a number of small-scale watersheds (< 100 cfs) within the CBW that have fine-scale temporal and spatial data sets available (e.g. weekly chemistry, LiDAR, more detailed land cover and infrastructure, etc.) that can be used for smaller-scale modeling applications. Examples include the Baltimore Ecosystem Study Long Term Ecological Research site; SERC research sites; the Penn State Critical Zone Observatory (Susquehanna/Shale Hills/Leading Ridge); Virginia's Nomini Creek, Owl Run, Polecat Creek, Long Glade and Mossy Run watershed studies; and USGS and ARS research sites and watershed monitoring studies.

4. *Phase 5 is the latest generation of a model that's been applied in the Chesapeake watershed for more than two decades. To address increasingly complex and local-scale management needs anticipated in the watershed, what should the next generation of the Chesapeake Bay Community Watershed Model look like?*

Our comments below address the CBWM and do not address the Chesapeake Bay Community Watershed Modeling effort as it is not currently operational.

a. Long-term mass balances. The Chesapeake Bay restoration and other large-scale watershed and ecosystem projects are addressing processes and management actions that occur and will have impact over decades. Over this period of time, intentional and unintentional changes in the characteristics of the watersheds will occur, including land cover, climate change, land management, and ecological succession. Over short time scales these may be prescribed, whereas over long time scales allowance has to be made for interactions and feedbacks among these processes. As an example, in the current

AR0015017

model, mass is not fully conserved in the methods used to simulate BMPs and deep groundwater percolation. Groundwater flows, BMPs, and other processes should be changed so that mass balance is maintained.

b. Process-oriented, distributed modeling at the sub-basin scale. The CBWM is derived from an older paradigm that was not designed to produce state or flux variables that can be easily measured, except for stream flow (e.g., soil moisture and tension, groundwater levels, water vapor flux). The model would be more useful if there was an ability to compare a greater number of measured and modeled variables over space and time. This could include such variables as rooting zone soil moisture and groundwater depths.

c. Distributed approach. We recommend moving from a lumped conceptual model at the subwatershed scale to a more distributed parameter approach that simulates processes at smaller scales. We have the ability to make many more measurements now than we did at the time HSPF was formulated, both across different variables and at different scales. Therefore any new model development should take advantage of new measurement technologies (e.g., ADCP, satellite data (e.g., canopy LAI, productivity, surface temperature), sap flux, LiDAR, high resolution aerial photography, eddy covariance stations, continuous real-time nutrient and chemical sensors, sensor network technologies, and isotope lasers) to improve the temporal and spatial resolution of model inputs.

d. Ecosystem dynamics. The next generation model should incorporate a dynamic ecosystem approach that integrates and fully couples carbon and nutrients in the soil and water cycles and incorporates spatially explicit land management activities.

e. Parallel computer processing. The next generation CBWM should be designed to take advantage of the capabilities of parallel computing to allow watershed coupling and feedback, reduce computational requirements, and facilitate analysis of integrated management alternatives.

**Suggested Implementation Time-Line and Additional Recommendations**

The following actions are suggested to improve the use of the CBWM for management and TMDL development purposes.

Immediate Needs

1. A much higher level of resources is needed for adequate model development, calibration, and validation. It is remarkable what has been accomplished, but the effort is too dependent on too few highly-trained personnel. Given the great importance of this effort to the success of the Bay in terms of achieving water quality goals, the modeling effort appears to be grossly underfunded. A reasonable approach is to implement a working design team of CB plus outside scientists and engineers with technical support to begin the design and testing of new and existing models that specifically deal with these questions. The effort is critical to the success of the Bay program and achieving the Bay TMDL. A modeling budget double or triple the current level of funding for

7

AR0015018

the next two to three years will likely be required for the development of Chesapeake Bay TMDLs that can withstand court challenge.

2. The model documentation, calibration, and validation must be completed so that these items can be reviewed by the scientific and user community. The model documentation should be continuously updated. The calibration efforts should be documented on subwatersheds and watersheds with adequate monitoring data. Validation efforts should be limited to subwatersheds and watersheds with adequate monitoring data.

3. There should be an increase in, and cross training of, modeling team members so that modeling efforts are not dependent of the skills and knowledge or loss of single team members. The team has expertise in hydrology/water quality modeling. It needs additional expertise in computer programming, agricultural nonpoint source pollution control, urban nonpoint source pollution control, TMDL development, groundwater hydrology/modeling, instream processes, etc. Additional personnel do not necessarily have to be full time, but they must be engaged with the effort and be able to work with the CBWM team on a regular (weekly) basis.

4. The monitoring to support CBWM development, calibration, and validation should be improved. In terms of monitoring, given the investment in the 20-year history of the modeling program and the envisioned costs of restoration, it is remarkable that there are only three continuous daily nutrient and sediment monitoring stations (our understanding) in the entire 64,000 sq mi Chesapeake Bay watershed. Given the advancements in sensor and sensor network technology, it is of paramount importance to invest in this technology and link it to the modeling effort to improve the model calibration quality. The monitoring could also be tied to the intensive subwatersheds mentioned in (2) above.

5. We were very impressed by the creative methods used to automate and improve calibration by focusing on specific properties of the streamflow time series and relationships among model parameters. We recommend that this approach be explored further.

6. Although major changes have been undertaken to develop the current model, major software engineering needs to be undertaken to streamline the code, make input and output processing more efficient, and utilize interactive web-based visualization software. The Chesapeake Bay Community Modeling Program has started to do this, although this is not yet operational.

7. Calibration and validation could be improved by using a variety of additional tools: temporal aggregation, disaggregation (Bo, Islam, Eltahair, 1994, Water Resources Res., 30(12), p. 3423–3435, smoothing, and space-time principal components analysis (Elsner and Tsonis, 1996, Singular Spectrum Analysis, Springer, 177pp). A good effort in this area has been made in the innovative calibration methods that seek to preserve important properties of the hydrograph, e.g., recession rates.

8. Uncertainty analysis. There is a need to develop some uncertainty measure on predictions. One possibility is to develop a standard error calculation based on predicted versus observed values during validation; this could be the basis for the margin of safety (MOS) calculations needed for TMDLs. For longer time series of available data, recalibration of the model could be

8

AR0015019

used to evaluate the stability of parameters as a function of time to determine whether they are stable or drifting.

9. There should be a more cleanly thought-out scenario process. We understand that the scenario development is not fully controlled by the modeling team, but there may be some schemes developed to categorize and catalog different types of scenarios so that a master database of model responses to different management scenarios is available without running the model. This can be used both to aid managers who may be able to base planning on previous results, identify missing key scenarios, or serve as a basis for a data mining approach to formulate simpler models or emergent properties or behaviors of the Chesapeake Bay Watershed.

10. An assessment should be made of the use of county-level data from state soil testing labs to set initial soil nutrient level pools of major soils, crops, and land uses and update pool concentrations over time if soil testing lab data indicates changes. The approach used to quantify soil nutrient pools and fluxes should be changed so that nutrient pools are not calibrated.

11. New land uses should be added so that appropriate BMPs can be simulated using HSPF itself (as with low till cropland and improved nutrient management) rather than BMP efficiency factors.

12. Procedures should be developed to simulate the dynamic nature of BMPs and the sensitivity of BMPs to extreme events.

13. It is important to continue the development of a Chesapeake Bay Program Geodatabase as has been discussed at STAC and CCMP meetings. This standardizes all data within the Bay and Watershed and allows wider use and application through standardization.

<u>Intermediate Needs (1 to 3 years)</u>

1. The model should be used to identify subwatersheds that deliver disproportionate sediment and nutrient loadings to the Bay and that have disproportionate impacts on Bay water quality during critical periods. This could be used to target Bay implementation activities to the most cost effective sources.

2. There should be an applied research program established by the CBP to improve our understanding and ability to model key processes affecting sediment and nutrient transport in the CBW. The research program should be directed towards achieving the science and management goals of the watershed component of the Bay program.

3. Improved representation of channel erosion, scour and deposition dynamics is needed. The possible use of components from the CONCEPTs or other channel erosion models should be investigated.

4. Action should be taken to proactively identify and consider future threats to future water quality (e.g., thermal waste heat from power generation, ethanol waste fertilizer issue, dredge spoil disposal, allocation issues) and identify potential ways that they can be simulated in the

9

AR0015020

model should the need arise. This may be an appropriate activity for the applied research program.

<u>Long-Term Needs (4 to 6 years)</u>

1. Adequate funding and resources must be provided for an integrated modeling and monitoring program to enhance modeling efforts.

2. A new generation of the CBWM is needed that is:
   a. Not based on HSPF
   b. Process-oriented and represents
      o Instream processes (interactions between biotic and abiotic components of the ecosystem)
      o Dynamics of BMPs – simulates BMPs through their effects on model parameters rather than with current efficiency factors and accounts for ultimate fate of "trapped" sediment and nutrients.
      o Evapotranspiration, crop growth, soil nutrient and carbon dynamics (continuous mass balance)
      o Groundwater dynamics, nutrient transport, and groundwater loadings to streams and directly to the Chesapeake Bay
      o Flood plain dynamics (interactions between sediments and nutrients in the flood plan and channels)
      o Wetland dynamics (interactions between wetlands and channel systems)
      o Priority pollutants other than sediment band nutrients

   c. A distributed parameter model
      o with much finer land segmentation and stream network representation
      o that is able to identify areas at the scale of 10 hectares that are disproportionately responsible for water quality impacts
      o that utilizes remote sensing data to estimate both historical and real-time model parameters

3. Potential to develop TMDLs for sediment and nutrients at the "local" scale.

<u>Final Thoughts</u>

Similar to the Everglades restoration in approach and complexity, the Chesapeake Bay restoration is dependent on a combination of integrated modeling, monitoring and expert judgment to forecast and guide management efforts with particular emphasis on nutrient and sediment management. Both efforts must develop and justify an integrated framework including the cooperation of multiple federal, state, local, public and private stakeholders in the design and implementation of a range of practices designed to reverse a large-scale eutrophication process. Management changes have a long-term memory. Persistence comes in over much longer time tables. The efforts will put in place strategies to alter hydrologic, ecosystem and social systems with the aim of preserving and improving valuable ecosystem services provided by the CB and the Everglades, understanding that there may be long term lags and feedbacks between the

AR0015021

installation of the practice and significant outcomes.

Consequently, the restoration efforts in the Bay may yield much of the ecosystem services benefits of land management over a much longer term owing to time lag. It is essential that the Watershed Model, in conjunction with the linked atmospheric and bay models be able to represent these lags and feedbacks. In the Everglades, this has been approached by coupling a full ecosystem model with a distributed hydrologic simulation. A similar goal should be set for the CBW. In both cases of the CBW and the Everglades, the ability to develop and apply these models requires a significant amount of interdisciplinary data and observations to calibrate, verify, and guide model efforts. This should be a goal of the scientific and management communities.

11

AR0015022

# DRAFT 08/22/08



**Meeting Summary for the
Chesapeake Bay Program's
Principals' Staff Committee
Westmoreland State Park
Montross, VA
June18 & 19th, 2008**

<u>**June 18th – Pre-PSC Meeting Activities**</u>

On the afternoon of Wednesday, June 18th, members of the Principals' Staff Committee and other meeting attendees toured a local farm run by Mr. Lloyd Mundie on Virginia's Northern Neck.  More than 40 representatives from three states, seven federal agencies, two non-government organizations, and the Chesapeake Bay Commission attended the tour. The tour displayed some of the innovative conservation practices that the Commonwealth of Virginia is undertaking to help champion reduction of non-point source pollution of nutrients and sediment from agriculture. Participants were able to witness, through hands-on demonstrations, how practices such as manure storage and no till farming can help improve water quality in the bay and its tributaries. The tour was organized by staff from the Chesapeake Bay Program Office (CBPO), USDA Natural Resource Conservation Service, and the VA Dept of Conservation and Recreation.

Informal evening events were organized at Westmoreland State Park to optimize time for partners to interact prior to the formal PSC meeting.  The following morning, Peyton Robertson (NOAA) led a kayak tour for PSC members, federal office directors, and other interested parties along the Potomac River next to the park. Representatives from four federal agencies, three states, two non-government organizations, and the Chesapeake Bay Commission attended the tour. The kayak tour, coupled with the Farm Tour from the previous day, helped people connect the importance of being good land stewards with protecting the Chesapeake Bay.

<span style="color:red">**DRAFT 08/22/08**</span>

<u>June 19th – PSC Meeting</u>

**All handouts for this meeting can be found at:**
http://archive.chesapeakebay.net/calendar.cfm?eventdetails=9553

## I. Welcome and 2007 Executive Council Champion Update

**Preston Bryant** (VA Secretary of Natural Resources) welcomed the committee and kicked off the session discussing how the Commonwealth of Virginia plans on championing agriculture to help improve the health of Chesapeake Bay. Governor Kaine (VA) had four overarching goals for his tenure, one for each year of his term:
1) transportation;
2) health care, including a $100 million initiative;
3) secondary education; and
4) Governor Kaine declared 2009 the Year of Environment and Energy for the Commonwealth.
 Leading up to the 2009 Year of Environment, the Governor currently serves as Chair of the Southern Governor's Association, and is the lead on developing policy for climate change. In 2009, Governor Kaine will serve as chair of the Executive Council (EC). In addition VA is on track to meet or exceed the governor's land conservation goal of 400,000 acres -- currently at 351,000 acres already protected during his term. This progress is in the face of VA losing approximately 50,000 acres annually to development.
 Secretary Bryant also indicated that VA is on track to meet its 2010 nutrient reduction goals for point sources, and that they are now turning toward nonpoint sources, with agricultural practices being the largest source of nutrient and sediment pollution. Last year VA dedicated $17 million for agricultural best management practices (BMPs), increasing that to $20 million this year. They are also looking to focus on stormwater by September and will also be looking at water quantity issues.
 Based on the need to focus attention on solutions for reducing pollutant loads from agriculture, at the 2007 EC meeting, Governor Kaine announced that VA would be championing agriculture. **Joe Maroon** (VA Department of Conservation and Recreation) and **Jeff Corbin** (VA Ass't Secretary of Natural Resources) gave a presentation to the PSC on what VA will be doing to champion agriculture. Governor Kaine has pledged to:
- Keep VA farmers farming
- Sustain agricultural contribution to VA's economy. Agriculture is currently the #1 sector contributing $47 billion/yr
- Promote farming in a way that is healthy for VA waters
- Focus on programs and practices that produce the greatest results
- Appropriate $20 million in FY09 state funds for agricultural BMPs
- Governor Kaine is also sending a letter to the U.S. Secretary of Agriculture about the new Chesapeake Bay funding in the 2008 Farm Bill

In order to accomplish the above, VA is promoting several conservation initiatives. The Commonwealth is committing 80% of their efforts and resources on:
- nutrient management
- cover crops
- conservation tillage

# DRAFT 08/22/08

- stream fencing ("livestock exclusion")
- stream-side buffer planting

They are focusing on these five because they are:
- highly effective at reducing nutrient run-off
- highly cost-effective
- good for the environment and also beneficial to long term profitability of agriculture
- full implementation achieves 60% of VA's bay non-point source goal from all land uses.


VA is developing media campaigns to sell effective conservation practices. Examples of the various media outlets they are utilizing include brochures, road-side billboards, and periodical advertisements.

The Commonwealth is taking action to effectively regulate biosolid application. On January 1, 2008, the VA Department of Environmental Quality has assumed regulatory oversight of all land treated with sewage sludge. In addition, nutrient management plans have been made mandatory for all biosolid applications.

VA is also looking into new steps to effectively manage poultry waste. Regulatory changes have been proposed to the Virginia Pollution Abatement (VPA) Permit Regulation for poultry waste management by the State Water Control Board. If adopted, these regulations will require end-users of poultry waste to ensure that poultry waste is managed based on nutrient content and its potential to affect state waters. Lastly, VA's six largest poultry integrators will optimize the use of the enzyme phytase in poultry feed with a goal of 30% phosphorous reduction in poultry litter.

Phosphorous reductions in feed are also being explored in cow operations. For cow farms, VA is undertaking a project looking at precision phosphorous feeding to reduce nutrient losses from VA dairy farms. Payments will be offered on a per cow basis for farms that reduce phosphorous levels in feed. The VA state Dairymen's Association recently committed to encouraging their membership to exclude animals from streams. The commonwealth believes that such action represents positive leadership from an agricultural organization and provides for similar commitments from other related commodity organizations.

VA is looking to improve their nutrient trading program. They are making it a "must" that new or expanding facilities offset new nutrient loads by acquiring nutrient credits from other dischargers or credits from offsetting landowners, including farmers. Agricultural producers and other landowners can generate nutrient credits if they implement a set of "baseline" best management practices on their land.


In addition to promoting all of the initiatives stated above, VA is looking to promote 11 potentially new initiatives to help reduce the impacts of NPS pollution from agriculture. These initiatives include:
1. Sustaining adequate and sustainable funding for ag conservation practices. This included promoting consistent, annual levels of funding that achieve and maintain increased implementation of conservation practices.
2. Increasing the level of state cost share assistance provided to farmers implementing agricultural conservation practices in watershed where stream clean-up plans have been finalized.

# DRAFT 08/22/08

3. Garnering support from corporate agri-business. This includes partnering with corporate leaders like SYSCO, General Mills, and others to implement water stewardship campaigns and supply a chain-wide environmental stewardship initiative.

4. Promoting the role of farmers in maintaining environmental quality through advertising campaigns. Governor Kaine will appear in public service announcements promoting environmental stewardship and productive farms. The commonwealth will also deliver messages that address agricultural production, conservation, and water quality.

5. Promoting public-private partnerships. The Secretary of Natural Resources and Secretary of Agriculture and Forestry will develop partnerships with selected commodity groups. Secretary-level meetings will be initiated with farm commodity organizations to strengthen conservation partnerships.

6. Promoting the concept of cow-free streams. VA is working on a partnership initiative to keep livestock out of streams. The Commonwealth will provide increased levels of cost-share assistance to farmers to install stream fencing and provide alternative watering resources. VA will also be creatively adapting existing programs to accelerate implementation of ag conservation practices.

7. Supporting full funding of the Commonwealth's 47 Soil & Water Conservation Districts. The Commonwealth will also ensure that technical assistance is in place to help more farmers implement conservation practices.

8. Implementing an agricultural conservation tax credit program. VA will establish a start-up program ($5 million cap) authorizing the transfer of agriculture best management practice tax credits. In addition, the commonwealth will provide a new, alternative incentive program for farmers who historically do not participate in existing state agricultural cost-share programs.

9. Supporting the Commonwealth Agriculture Stewardship Act. The Commonwealth wants to strengthen the agricultural stewardship program by increasing staff levels. The Commonwealth also would like to direct the Secretary of Agriculture and Forestry to report on any additional measures needed to strengthen the stewardship program.

10. Implementing the "Five Star Farms" program which is a high level recognition program for Virginia's champion farms. As a part of this, VA would like to implement a new awards program for farmers who have achieved significant water quality protection.

11. VA would like to seek authorization to use funds recently secured through the 2008 Farm Bill to aggressively implement the commonwealth's ag priority practices as detailed in the annual Chesapeake Bay and Virginia Waters Clean-Up plan.

Finally, Jeff Corbin summarized VA's progress in meeting its non-point source goals from 1985-2005. As of 2005, 19 million pounds of nitrogen were reduced, with 22 million pounds to go; 4.5 million pounds of phosphorous were reduced, with 3 million pounds to go; and 450,000 tons of sediment were reduced, with 300,000 tons to go.

For a copy of VA's powerpoint please go to:
http://archive.chesapeakebay.net/pubs/calendar/PSC_06-18-08_Handout_1_9553.ppt.

# DRAFT 08/22/08

For an update from other Chesapeake Bay Program partners on progress being made on their champion issues see: http://archive.chesapeakebay.net/pubs/calendar/PSC_06-18-08_Handout_3_9553.pdf

## II. Chesapeake Bay Program Reorganization

**Frank Dawson** (MD Dept. of Natural Resources) and **Diana Esher** (Chesapeake Bay Program), co-chairs of the PSC ad hoc reorganization workgroup, presented the new Chesapeake Bay Program (CBP) organizational structure. For a copy of their presentation and the proposed structure see: http://archive.chesapeakebay.net/pubs/calendar/PSC_06-18-08_Report_1_9553.ppt.

A number of issues were raised:
● Ann Swanson (CBC) questioned why the Water Quality Steering Committee (WQSC) changed its name to the Water Regulatory Steering Committee;
● Rich Eskin indicated that the WQSC had been convened to develop water quality standards and then disband – only coming back together recently.  He suggested memorializing the voluntary/regulatory melding in the WQSC in the Mission Statement of the MIB – this was well received.
● Peyton Robertson (NOAA) suggested moving the Action Teams to be between the Management Implementation Board (MIB) and the subcommittees, and also thought the MIB had too many people on it to effectively make decisions;
● Preston Bryant was concerned about who would appoint the members of the proposed Independent Evaluator, and how deeply they would delve into state programs, and how state legislators would react.   Frank Dawson responded that the PSC would likely appoint the evaluators.
● Cathy Myers (PA DEP) raised concerns about the evaluators because it was not clear who they were or what they would do.  She reiterated Secretary Bryant's concerns about the perception of state legislators.
● Neil Wilkie (CAC) described the CAC sponsored meeting from May 22 on "accountability" and noted that those being held accountable should not be in charge of accountability.
The PSC discussed the structure and how it will be implemented.  Chairman Griffin weighed in that the proposed restructuring was close, but not yet final, and wanted a more refined proposal.  Members wanted to see the Chesapeake Action Plan (CAP) applied to implementing the structure and decision-making process in the program. The PSC would like to see further development of the mission and membership of all committees on the organizational chart, including the new independent evaluator.

## Action Items

● Frank Dawson and Diana Esher will develop additional documentation and explanation to better describe the roles and function of the various elements of the proposed reorganization. For example Frank and Diana will prepare additional documentation to better describe the mission and membership make-up for each of the organizational units on the new organizational chart.  Frank and Diana were also directed to frame out explicit options for how the "independent evaluator" function could perform. Diana and Frank will reconvene the ad hoc reorganization workgroup, as needed. The greatly enhanced description of the functions, roles and membership descriptions will be presented to the PSC at the fall meeting.

<span style="color:red">**DRAFT 08/22/08**</span>

- Following the fall PSC meeting and presumed approval of the reorganization, the CBP will implement the new organizational structure and re-evaluate progress with the structure in one year.

### III.   Chesapeake Bay Program Director's Report

**Jeff Lape** (EPA)**,** Director of the CBP, gave an update on progress being made with various activities and recent major CBP news. Jeff spoke about the following:

- The Water Resources and Environment Subcommittee  (House Transportation and Infrastructure Committee) is expected to hold a hearing in July on Clean Water Act Section 117 Chesapeake Bay Program reauthorization
- The Chesapeake Action Plan and Report to Congress was delivered to OMB for administration review on June 3, with an expected 30 day review.
- Clean Water Act Section 117 Chesapeake Bay Program Five-Year progress report to Congress will be ready for partner review shortly
- EPA Inspector General (IG) "Capping Report" on the CBP summarizes the six separate evaluations
- Brief discussion of benchmarking with other U.S. watershed efforts, specifically EPA's Large Aquatic Ecosystem initiative and restoration efforts in Puget Sound
- Update on the 2008 Farm Bill's Chesapeake Bay provisions  and implementation efforts
- Response to EPA IG recommendation: Promoting "No Impact (runoff) Development."
- Small Watershed Grants Announcement with the National Fish & Wildlife Foundation in July
- $5 million in Conservation Innovation Grants announced by the Natural Resources Conservation Service last week
- Results of the 21st annual Bernie Fowler Wade-In from June 8.

**Robert Pace** (U.S. Army Corps of Engineers) mentioned that the week before there was a meeting about oyster restoration with Congressman Steny Hoyer (D-MD)

For a copy of the Director's Report with a complete description of activity progress and news go to: http://archive.chesapeakebay.net/pubs/calendar/PSC_06-18-08_Handout_13_9553.pdf.

### IV.   Point Source and Non-Point Source Load Allocations – TMDLs

**Bob Koroncai** (EPA Region III), member of the CBP Water Quality Steering Committee (WQSC), gave a presentation on the WQSC's progress in preparing for the development of TMDLs for Chesapeake Bay. Bob identified several of the near term issues for PSC input at the meeting:

- Decision rules for changes to cap loads and allocations
- Bay TMDL scope
- PSC announcement on TMDL

Most of the discussion on this issue was focused on rules for changes to cap loads and allocation, and TMDL scope. States debated whether or not they should sub-allocate nutrient and sediment loads above the fall line (where tidal waters end).

# DRAFT 08/22/08

**Ann Swanson** (CBC) wanted to ensure that "reasonable assurance" would be reflected in the development of the Bay TMDL or in its implementation.

**Cathy Myers** (PA DEP) explained a detailed position that PA sources do not discharge to "impaired waters" and therefore aren't part of the Bay TMDL.  Consequently, the Bay TMDL should only identify a gross 'boundary' allocation for Pa. **Roy Hoagland** (CBF) and acknowledged PA's position, but indicated that CBF wanted greater accountability, and wanted to include nonpoint sources in the Bay TMDL.

A copy of Bob's presentation can be found at:
http://archive.chesapeakebay.net/pubs/calendar/PSC_06-18-08_Handout_2_9553.ppt.

**Peter Marx** (EPA CBP Office) provided the PSC with a draft communications strategy developed by the CBP communications office, with a recommendation to do a roll out when a decision was made to go forward with a Bay TMDL.   Chairman Griffin clarified the PSC had just made the decision that the Bay TMDL should be developed and implemented, but asked for a more detailed communications plan by the next PSC meeting in September.

[**Lawrence Latane III**, a reporter from the Richmond Times Dispatch was present at the meeting and the following story was published in the paper on June 20, 2008:
(http://www.inrich.com/cva/ric/sports.apx.-content-articles-RTD-2008-06-20-0147.html).

Following some vibrant discussion of the variety of TMDL issues described above, **Secretary Preston Bryant** made a motion to the PSC to resolve the key issues.  **Secretary Bryant's** motion contained several components:

- o Develop a TMDL by the end of 2010.
- o MD, VA, DE, and other partner states who wish to, can sub-allocate in the TMDL.
- o PA does not have to sub-allocate, but they must demonstrate to the CBP that per PA state law and applicable Clean Water Act provisions, they will meet prescribed nutrient-reduction goals. PA will also submit their actions for review by any "independent evaluator" brought in by the PSC.
- o Chairman John Griffin will appoint forthwith a PSC ad hoc workgroup to discuss "reasonable assurance" and the TMDL, which will report back at the fall 2008 PSC meeting.
- o The PSC will take this proposal, as outlined above, to the EC for approval at its 2008 meeting.

Following discussion of the motion it was approved by the PSC members.

- CBPO staff will clarify allocation recommendation language from the STAC report.

**Planning Future EC and PSC Meetings**

## DRAFT 08/22/08

Frank Dawson presented a draft 2008 EC event snapshot to the PSC. Two dates have been proposed for the meeting, November 18th and 20th. EC meeting venues discussed included Aspen Wye Institute in Maryland, or at Mount Vernon, Virginia. Maryland proposed that the meeting promote the following three initiatives:

1) Provide a unified message to the presidential transition team to urge that Chesapeake Bay priorities be addressed by the next administration.
2) Establish an "enforceable pollution diet" for the Chesapeake Bay through tools like the TMDL, and reauthorization of the Clean Water Act Section 117 Chesapeake Bay Program.
3) Continue to encourage vocal, visible champion for the Bay as a means to strengthen accountability, energize leadership and accelerate implementation.

A copy of the draft event snapshot can be found at:

The next PSC meeting will be hosted by DC and will either take place the last week in September, or first week in October. The meeting will be a two day event, with a tour of DC's efforts to promote Green Development the first day, followed by a sit-down meeting the next day.

# DRAFT 08/22/08

**Attendance List (add, name, organ, e-mail, phone headers in the right places)**

| Name | Organization | E-mail | Phone |
|---|---|---|---|
| **VA** | | | |
| **L. Preston Bryant** | VA Secretary of Natural Resources | | |
| **Joe Maroon** | VA Dept of Conservation and Recreation | | |
| Scott P. Johnson | VA Dept of Agriculture and Consumer Services | Scott.Johnson@VDACS.Virginia.Gov | 804-371-8067 |
| Brad Williams | VA Dept of Forestry | Brad.williams@dof.virginia.gov | 434-220-3094 |
| Jeff Corbin | VA Asst Sec of Natural Resources | jeff.corbin@governor.virginia.gov | 804-786-0044 |
| Allan Pollock | VA Dept of Environmental Quality | | |
| Susan Block | VA Dept of Conservation & Recreation | susan.block@dcr.virginia.gov | |
| Carrie Hileman | Office of VA Secretary of Natural Resources | | |
| **MD** | | | |
| Frank Dawson | MD Dept of Natural Resources | fdawson@dnr.state.md.us | 410-260-8110 |
| Shari Wilson | MD Dept of the Environment | | |
| Jason Dubow | MD Dept of Planning | jdubow@mdp.state.md.us | 410 767-3370 |
| Rich Eskin | MD Dept of Environment | reskin@mde.state.md.us | 410-537-3691 |
| Jeff Horan | MD Dept of Natural Resources | jhoran@dnr.state.md.us | 410-260-8705 |
| Bruce Michael | MD Dept of Natural Resources | bmichael@dnr.state.md.us | 410-260-8627 |
| Matt Fleming | MD Dept of Natural Resources | mfleming@dnr.state.md.us | 410-260-8719 |
| John Griffin | MD Dept of Natural Resources | | |
| Brent McCloskey | MD Dept of Natural Resources | bmccloskey@dnr.state.md.us | 410-260-8722 |
| **PA** | | | |
| Russell Redding | PA Dept of Agriculture | | |
| Pat Buckley | PA Dept of Environmental Protection | pbuckley@state.pa.us | 717-772-1675 |
| Cathy Myers | PA Dept of Environmental Protection | | |
| **DC** | | | |
| Diane Davis | DC Dept of Environment | diane.davis2@dc.gov | |
| **DE** | | | |
| Kathy Bunting Howarth | DE Dept of Natural Resources & Env. Control | Katherine.Howarth@state.de.us | 302-739-9949 |
| Jen Volk | DE Dept of Natural Resources and Environmental Control | jennifer.volk@state.de.us | 302-739-9939 |
| **WV** | | | |
| Bill Brannon | WV Dept of Environmental Protection | bbrannon@wvdep.org | 304-926-0495 |
| **Chesapeake Bay Commission** | | | |
| Ann Swanson | Chesapeake Bay Commission | annswanson@covad.net | 410-263-3420 |
| Matt Mullin | Chesapeake Bay Commission | mattmullin@covad.net | 410-263-3420 |
| **Federal Agencies** | | | |
| Carolyn Neill | US Navy | carolyn.neill@navy.mil | 757-887-4707 |
| Carin Bisland | Chesapeake Bay Program Office | bisland.carin@epa.gov | 410-267-5732 |
| Tim Pilkowski | USDA-NRCS | tim.pilkowski@md.usda.gov | 443-482-2962 |
| Doreen Vetter | Chesapeake Bay Program Office | vetter.doreen@epa.gov | 410-267-5756 |
| Rich Batiuk | Chesapeake Bay Program Office | batiuk.richard@epa.gov | 410-267-5731 |
| John Wolflin | USFWS | john_wolflin@fws.gov | 410-573-4574 |

Case 1:11-cv-00067-SHR   Document 110-1   Filed 06/20/12   Page 10 of 10

# DRAFT 08/22/08

| Name | Organization | E-mail | Phone |
|------|-------------|--------|-------|
| Robert Pace | US Army Corps of Engineers | robert.s.pace@nab02.usace.army.mil | 410-962-4698 |
| Peyton Robertson | NOAA | peyton.robertson@noaa.gov | 410-267-5652 |
| Jeff Lape | Chesapeake Bay Program Office | lape.jeff@epa.gov | 410-267-5709 |
| Julie Winters | Chesapeake Bay Program Office | winters.julie@epa.gov | 410-267-5754 |
| Peter Marx | Chesapeake Bay Program Office | marx.peter@epa.gov | 410-267-5713 |
| Rich Batiuk | Chesapeake Bay Program Office | batiuk.richard@epa.gov | 410-267-5731 |
| Lori Mackey | Chesapeake Bay Program Office | mackey.lori@epa.gov | 410-267-5715 |
| Debbie Embleton | Chesapeake Bay Program Office | embleton.debbie@epa.gov | 410-267-5856 |
| Hank Zygmunt | EPA Region III | zygmunt.hank@epa.gov | 215-814-5750 |
| Diana Esher | EPA Chesapeake Bay Program Office | esher.diana@epa.gov | 215-814-2706 |
| **Chesapeake Bay Program Advisory Committees** | | | |
| Neil Wilkie | CAC Chairman | neil@davidsoncapital.com | 202-333-7201 |
| **Local Government Agencies** | | | |
| Norm Goulet | Northern VA Regional Commission | ngoulet@novaregion.org | 703-642-4634 |
| **Non-Government Organizations** | | | |
| Alicia Pimental | CBP/Alliance for Ches. Bay | apimenta@chesapeakebay.net | 410-267-5756 |
| Trey Davis | Virginia Farm Bureau | trey.davis@vafb.com | 804-290-1017 |
| Karl Blankenship | The Bay Journal | bayjournal@earthlink.net | 717-428-2819 |
| Jessica Blackburn | Alliance for the Chesapeake Bay | jblackburn@acb-online.org | 804-775-0951 |
| Bernie Marczyk | Ducks Unlimited | bmarzyck@ducks.org | |
| Matt Robinson | Chesapeake Research Consortium | robinson.matt@epa.gov | 410-267-5737 |
| Mike Budd | Ducks Unlimited | | |
| Lou Etgen | Alliance for Ches Bay | letgen@acb-online.org | 410-377-6270 |
| Rick Keister | Alliance for Ches Bay | rkeister@acb-online.org | 410-377-6270 |
| Chris French | Alliance for Ches Bay | cfrench@acb-online.org | 804-775-0951 |
| Rick Parrish | So. Environmental Law Center | rparrish@selcva.org | |
| | | | |

## ENCLOSURE A

## RESPONSE TO QUESTIONS DIRECTED TO EPA REGION III

**What jurisdictions will be within the formal TMDL, and which will be outside of the TMDL?**

The purpose of a TMDL is to provide the pollution budget necessary to achieve applicable state-established and EPA-approved water quality standards. While the TMDL will identify allowable pollutant loadings to assure compliance with state water quality standards in the impaired waters of the Chesapeake Bay and its tidal tributaries, the Bay Program's extensive monitoring, assessment and modeling data have established that about one-half of the nitrogen and more than one-quarter of the phosphorus loads entering the Bay's tidal waters come from sources in upstream states (Pennsylvania, New York and West Virginia). Because these upstream states are significant contributors of nutrients and sediments to these impairments, EPA is including Maryland, Virginia, Delaware, Pennsylvania, New York, West Virginia, and the District of Columbia in the Chesapeake Bay TMDL.

**What does it mean for jurisdictions to be outside the TMDL? Specifically, what are the requirements of states that are outside the TMDL?**

This question is no longer relevant since EPA will include all Bay watershed states in the TMDL.

**What is EPA's definition of "reasonable assurance," both for TMDLs in general and its specific expectations for "reasonable assurance" provisions in the Bay TMDL?**

Neither the Clean Water Act nor EPA's regulations provide a definition of "reasonable assurance." The regulations do provide that less stringent wasteload allocations for point sources must be based on practicable load allocations for nonpoint sources and that EPA must find that TMDLs will implement water quality standards in order to approve them. EPA's *Guidelines for Reviewing TMDLs Under Existing Regulations Published in 1992* (2002) provides guidance on when a TMDL must include reasonable assurance provisions:

> When a TMDL is developed for waters impaired by point sources only, the issuance of a National Pollutant Discharge Elimination System (NPDES) permit(s) provides the reasonable assurance that the wasteload allocations contained in the TMDL will be achieved. This is because 40 C.F.R. 122.44(d)(1)(vii)(B) requires that effluent limits in permits be consistent with "the assumptions and requirements of any available wasteload allocation" in an approved TMDL.

> When a TMDL is developed for waters impaired by both point and nonpoint sources, and the WLA is based on an assumption that nonpoint source load reductions will occur, EPA's 1991 TMDL Guidance states that the TMDL should provide reasonable assurances that nonpoint source control measures will achieve expected load reductions in order for the TMDL to be approvable. This information is necessary for EPA to determine that the TMDL, including the load and wasteload allocations, has been established at a level necessary to implement water quality standards.

Over the course of approving or establishing more than 30,000 TMDLs, EPA has encountered a broad spectrum of acceptable reasonable assurance demonstrations. In light of some recent court decisions and higher scrutiny of the relationship between TMDLs and NPDES

AR0023296

permits, EPA is engaging in an effort to further refine the concept of reasonable assurance and expects to complete that work in FY 2009. In the meantime, EPA is moving forward with the expectation that this nationally-significant point-nonpoint source TMDL will be supported by documentation showing that nonpoint source control measures for nutrients and sediment in the Bay watershed can and will achieve expected load reductions.

More information on EPA Region III's specific expectations for reasonable assurance in the Bay TMDL is included in response to the following question.

**Noting that the Principals' Staff Committee (PSC) has stated for the record that it wants the Bay TMDL to be a model for TMDLs nationwide, what are EPA's expectations for reasonable assurance in the Bay TMDL?**

EPA Regions II and III, our partner states and the District are committed to accelerating restoration of the Chesapeake Bay and its tributaries, and EPA Region III believes that reasonable assurance provisions in the Bay TMDL will provide one mechanism to increase the likelihood that actions are taken to reduce nutrient and sediment loads. However, EPA Region III does not believe that implementation of the Bay TMDL depends solely on reasonable assurance or any other single TMDL element. Rather, EPA Region III is committed to working with the States and the District to develop and execute a broader implementation framework that draws on elements in the TMDL itself (including reasonable assurance), as well as additional implementation-related information that will accompany the TMDL. For example, implementation measures and milestones might be addressed in jurisdictions' revised tributary strategies attached to the TMDL or in a separate and more comprehensive TMDL implementation plan endorsed by all the States and the District. Based on input from the PSC Reasonable Assurance Workgroup, EPA expects each of the TMDL states and the District to work with Region III to develop the following information as part of its reasonable assurance and implementation framework:

1. Identify the controls needed to achieve the allocations identified in the proposed TMDL through revised state tributary strategies.

2. Identify the current state and local capacity to achieve the needed controls (i.e. an assessment of current point source permitting/treatment upgrade funding programs and nonpoint source control funding, programmatic capacity, regulations, legislative authorities, etc.).

3. Identify the gaps in current programs to achieve the needed controls (additional incentives, state or local regulatory programs, market-based tools, technical or financial assistance, new legislative authorities required, etc.).

4. A commitment from each state and the District to work to systematically fill the identified gaps to build the program capacity needed to achieve the needed controls. As part of this commitment, the states and the District would agree to meet specific, iterative,

AR0023297

and short-term (1-2 year) milestones demonstrating increased levels of implementation and/or nutrient and sediment load reductions.

5. A commitment to continue efforts underway to expand monitoring, tracking and reporting directed towards assessing the effectiveness of implementation actions and use these data to drive adaptive decision-making and redirect management actions.

6. Agree that if jurisdictions do not meet these commitments, additional measures will be necessary.

EPA Region III believes that this framework will provide information and commitments sufficient to support EPA's expectations for the Bay TMDL. EPA Region III looks forward to continuing to work with the PSC's Reasonable Assurance Workgroup to further develop the details of this approach and determine what aspects of the framework will be within or will accompany the TMDL.

**What are the ramifications of failing to provide adequate reasonable assurance?**

Rather than focusing at this time on potential failure to provide reasonable assurance, EPA Region III believes that energy should be directed at demonstrating upfront that there is adequate reasonable assurance the TMDL's allocations will be met and accelerating implementation of actions to reduce nutrient and sediment loads to the Bay. The Agency proposes that the creative talents of the Bay partnership be applied to finding policy and management solutions to the nonpoint source challenge such that reasonable assurance can be demonstrated for this TMDL upon its issuance.

We would like to see the Workgroup evaluate several models for assuring that nonpoint source pollution reductions will be achieved. These existing models include but are not limited to;

- The Coastal Zone Management Act approval process for management plans (NOAA and EPA share the specific review approach).

- Clean Air Act conformity determinations to qualify for state or federal funding based upon a state-wide implementation plans that are issued for public review.

- Virginia's 1997 Water Quality Monitoring, Information and Restoration Act which directs the State Water Control Board to "develop and implement a plan to achieve fully supporting status for impaired waters" (Section 62.1-44.19.7).

- Maryland's Smart Growth Model whereby targeted growth areas are identified and investments of state funds are directed only within those targeted areas.

AR0023298

- The incorporation of state nonpoint source management plans by watershed into state water quality management regulations.

EPA Region III suggests that the PSC Reasonable Assurance Workgroup explore how these and other models might satisfy reasonable assurance provisions and accelerate implementation of actions to reduce nutrient and sediment loads to the Bay.

The Clean Water Act acknowledges potential permitting consequences for point sources if the record does not demonstrate that necessary nonpoint source reductions will occur. CWA 301(b)(1)(C) requires that in addition to reflecting technology-based requirements, effluent limits for point sources must contain "any more stringent limitations, including those necessary to meet water quality standards." Chapter 2 of EPA's 1991 TMDL Guidance states:

> Under the CWA, the only federally enforceable controls are those for point sources through the NPDES permitting process. In order to allocate loads among both nonpoint and point sources, there must be reasonable assurances that nonpoint source reduction will in fact be achieved. Where there are not reasonable assurances, under the CWA, the entire load reduction must be assigned to point sources (p. 15).

There is authority under the CWA to require that tighter effluent limitations be applied to point sources where it cannot be demonstrated that water quality standards will be met without such limits. However, EPA acknowledges the large scale public investments (estimated at over $4 billion) that are now being carried out throughout the watershed to upgrade and reduce nutrient discharges from point sources. A stable regulatory environment is a priority need for these facilities and a matter of fiduciary responsibility and public trust. Therefore, EPA considers requiring further point source upgrades to the limits of technology as an option of last resort and is avoidable if the Bay partners use our creative energies to deliver sufficient nonpoint pollutant reduction commitments.

AR0023299



**Meeting Agenda for the
Chesapeake Bay Program's
Principals' Staff Committee**
October 23, 2009
10:00am – 3:45pm
**Call in Number : (866) 299-3188
Conference Line Code: 517 628 4390**

**Location:
441 4th St. NW
Washington, DC 20001
(Right above Judiciary
Square Metro stop)
Room 1107S (11th floor)**

---

**[10:00-10:15]**        **WELCOME & INTRODUCTIONS**
                         **Preston Bryant, Chair** (Secretary of Natural Resources, Virginia)

**[10:15-10:45]**    I.    **THE BAY TMDL, EXECUTIVE ORDER AND REAUTHORIZATION:
                          INTERRELATIONSHIPS AND OPPORTUNITIES**
                         **Jon Capacasa (Water Protection Division Director, EPA Region 3)** will give an
                         overview of a series of drivers that interact with the decisions that need to be made on the
                         Bay TMDL

                         **Materials:** Presentation on Bay TMDL, Executive Order and Reauthorization
                                   (Attachment A)

**[10:45-12:00]**    II    **REACHING DECISIONS ON DISTRIBUTION OF TARGET LOADS BY BASIN-
                          JURISDICTION.**

  **[10:45-11:15]**      A.    **Overview of the Target Load Presentations and Requested Decisions
                             Robert Koroncai (EPA WPD)**
                             • Overview of the Target Load Presentations and Requested Decisions
                             • Changes to the Basin-wide Target Loads for N and P
                                - Why they changed
                                - Recommended basin-wide target loads for consideration

                         **Materials:** Briefing Paper on Basin-wide and Basin Jurisdiction Target Loads
                                   (Attachment B)
                                     Presentation on Overview and Basin-wide Target Loads (Attachment C)

                         **Decisions Requested:  Agree to Basinwide Target Load Changes**

  **[11:15-11:45]**      B.    **Methodology to Distribute Target Loads
                             Gary Shenk (EPA CBPO)**
                             • Presentation on Options to be Considered for the Methodology to Distribute
                               Target Loads
                             • Description of these options in relation to existing tributary strategies, estimated
                               2008 loads, and E3 model simulated loads.

                         **Materials:** Presentation on WQGIT Target Load Recommendations (Attachment D)

  **[11:45-12:00]**      C.    **Deciding on Initial Working Target Draft Loads to the Basin-Jurisdictions
                             Robert Koroncai (EPA WPD)** will present the two recommended options

                         **Materials:**   Presentation on Deciding Initial Working Target Draft Loads (Attachment
                                     E)

**[12:00-12:45]**        **LUNCH** (Catered by Potbellies for $10 per person if ordered by Monday Oct. 19)

Exhibit H

**[12:45-1:30]**   **II.**   **REACHING DECISIONS ON DISTRIBUTION OF TARGET LOADS BY BASIN-JURISDICTION (CONT)**

**Preston Bryant (Chair/VA Sec. of Natural Resources)** will facilitate a discussion of the PSC members to reach agreement on the approach that will be used for the initial distribution of target loads by basin-jurisdiction.

**Decisions Requested: Agreement on the resulting distribution of target loads of N and P by basin-jurisdiction.**

**[1:30-2:15]**   **III.**   **EPA'S DRAFT EXPECTATIONS FOR WATERSHED IMPLEMENTATION PLANS**
**Jon Capacasa (EPA Region 3 WPD Director) and Katherine Antos (EPA CBPO)**
- Preview of the draft expectations for Watershed Implementation Plans focusing on issues raised at the July PSC meeting and further feedback since then from the Water Quality Goal Implementation Team

**Materials:**   Presentation on Draft Expectations for Watershed Implementation Plans (Attachment F)

**[2:15-2:45]**   **IV.**   **BAY TMDL: SCHEDULE REVISITED AND WHAT'S ON THE ROAD AHEAD**
**Jim Newsom (Acting Deputy Region 3 Administrator), Rich Batiuk (EPA CBPO) and Robert Koroncai (EPA Region 3 WPD)**
- Presentation of the recommended revised schedule for completing the TMDL and key decision points along the way.

**Materials:**  Presentation on the Recommended Schedule for Completing the Bay TMDL (Attachment G)

**Decision Requested:**  Agreement on recommended Bay TMDL Schedule

**[2:45-3:15]**   **V.**   **ENGAGING THE PUBLIC**
**Tom Damm (EPA Region 3 WPD) and Travis Loop (EPA CBPO)**
will present an update on outreach plans for the Bay TMDL and the Chesapeake Executive Order - two major, interrelated initiatives to restore the Bay and local waters. The presentation will include a schedule of upcoming TMDL public meetings.

**Materials:** Presentation (Attachment H), Schedule of TMDL public meetings (Attachment I)

**[3:15-3:30]**   **VI.**   **DIRECTOR'S REPORT**
**Jeff Lape (Director, CBPO)** will provide key updates, including updates on progress and outstanding issues related to Executive Order Implementation

**Materials:**  Updates (Attachment J)

**[3:30- 3:45]**   **VII.**   **SUMMARY OF DECISION AND NEXT STEPS/FOLLOW THROUGH ACTIONS**
**Preston Bryant, Chair (Secretary of Natural Resources, Virginia)**

Exhibit H

**DRAFT 11/16/2009**



**CHESAPEAKE BAY PARTNERSHIP
PRINCIPALS' STAFF COMMITTEE
MEETING
OCTOBER 23, 2009
JUDICIARY SQUARE
WASHINGTON, DC**

Exhibit I

## I.     ATTENDEES

### *Members in Attendance*

| Organization | Name | E-mail | Phone |
|---|---|---|---|
| VA Secretary of Natural Resources | L. Preston Bryant | Preston.Bryant@governor.virginia.gov | 804-786-0044 |
| VA Dept of Environmental Quality | David Paylor | David.paylor@deq.virginia.gov | 804-698-4020 |
| VA Dept of Conservation and Recreation | Joe Maroon | joseph.maroon@dcr.virginia.gov | 804-786-2123 |
| VA Secretary of Agriculture and Forestry | Robert Bloxom | Robert.bloxom@governor.virginia.gov | (804) 692-2511 |
| VA Department of Forestry | Brad Williams | Brad.williams@dof.virginia.gov | (434) 977-6555 |
| DC Dept of Environment | Hamid Karimi | Hamid.Karimi@dc.gov | 202-741-0847 |
| PA Dept of Environmental Protection | John Hanger | jhanger@state.pa.us | 717-787-2814 |
| PA Dept of Agriculture | Russell Redding | rredding@state.pa.us | 717-787-4737 |
| NY Dept of Environmental Conservation | James M. Tierney | jmtierne@gw.dec.state.ny.us | (518) 402-2794 |
| MD Dept of Natural Resources | John Griffin | jgriffin@dnr.state.md.us | (410) 260-8101 |
| MD Dept of Environment | Robert Summers | bsummers@mde.state.md.us | 410-537-4187 |
| MD Dept of Agriculture | Buddy Hance | hanceef@mda.state.md.us | 410-841-8550 |
| DE Dept of Natural Resources and Env Control | Kathy Bunting-Howarth | Katherine.Howarth@state.de.us | 302-739-9949 |
| DE Dept of Agriculture | Ed Kee | edwin.kee@state.de.us | 302-698-4500 |
| WV Dept of Environmental Protection | Bill Brannon | William.D.Brannon@wv.gov | 304-926-0499x.1003 |
| Chesapeake Bay Commission | Matt Mullin | mmullin@chesbay.us | |
| Chesapeake Bay Commission | Marel Raub | mraub@chesbay.us | 717-772-3651 |
| U.S. Fish & Wildlife Service | Marvin Moriarty | marvin_moriaty@fws.gov | 413-253-8300 |
| U.S. Geological Survey | David Russ | druss@usgs.gov | 703-648-6660 |
| U.S. EPA Region III | Jim Newsom | Newsom.jim@epa.gov | 215-814-5152 |
| U.S. EPA CBPO | Jeff Lape | Lape.jeff@epa.gov | 410-267-5709 |
| U.S. EPA | Chuck Fox | Fox.chuck@epa.gov | 410-267-5725 |
| USDA NRCS | Dana York | dana.york@wdc.usda.gov | 410-267-5751 |
| Army Corps of Engineers | Robert Pace | Robert.s.pace@usace.army.mil | 410-962-4900 |
| Department of Defense | Christine Porter | christine.porter@navy.mil | 757-445-6399 |

### *Other Attendees*

| Name | Organization | E-mail | Phone |
|---|---|---|---|
| Julie Winters | CBPO | Winters.julie@epa.gov | 410-267-5754 |
| Jeff Corbin | VA Office of Secretary of Natural Resources | Jeff.Corbin@governor.virginia.gov | (804)786-0044 |
| Jim Elliot | CAC | jelliot@hunton.com | 202-361-8215 |

2

Exhibit I

| Royden Powell | MD Dept of Ag | powellrn@mda.state.md.us | 410-841-5865 |
| Phil Briddell | LGAC | pbriddell@susve.com | |
| Peter Freehafer | NYDEC | pbfreeha@gw.dec.state.ny.us | 518-402-8205 |
| Jack Frye | VA DCR | jack.frye@dcr.virginia.gov | 804-786-6523 |
| Glynn Rountree | NAHB | grountree@nabb.com | 202-266-8166 |
| Frank Dawson | MD DNR | fdawson@dnr.state.md.us | 410-260-8110 |
| Beth McGee | CBF | bmcgee@savethebay.cbf.org | 410-268-8816 |
| Teresa Koon | WV DEP | Teresa.m.koon@wv.gov | 304-926-0499x.1020 |
| Normand Goulet | NVRC | Ngoulet@novaregion.org | |
| Pat Buckley | PA DEP | pbuckley@state.pa.us | 717-772-1675 |
| Katherine Antos | EPA CBPO | Antos.katherine@epa.gov | |
| Rick Parrish | So. Environmental Law Center | rparrish@selcva.org | |
| Jake Romig | LGAC | jakeromig@ecostroctionllc.net | |
| Liz Van Dolah | STAC-CRC | vandolahe@si.edu | 410-798-1283 |
| Michelle Perez | Env Working Group | michelle@ewg.org | 202-939-9151 |
| Jessica Blackburn | CAC | jblackburn@acb-online.org | 443-622-4404 |
| Mario DelVicario | EPA Region 2 | Delvicario.mario@epa.gov | 212-637-3775 |
| Rob McAfee | NRCS | Robert.McAfee@md.usda.gov | 717-237-2203 |
| Jeff Sweeney | University of Maryland | jsweeney@chesapeakebay.net | |
| Penny Gross | LGAC | mason@fairfaxcounty.gov | 703-256-7717 |
| Richard Eskin | MDE | Mde@tate.gov | |
| Carin Bisland | EPA CBPO | Bisland.carin@epa.gov | 410-267-5732 |
| Peter Marx | NWF | marxp@nwf.org | 443-759-3404 |
| Karl Blankenship | Bay Journal | bayjournal@earthlink.net | 717-428-2819 |
| Robert Koroncai | EPA Region III | koroncai.robert@epa.gov | 215-814-5730 |
| Gary Shenk | EPA CBPO | gshenk@chesapeakebay.net | |
| Diane Davis | DC Dept of Environment | Diane.davis2@dc.gov | 202-741-0847 |
| Jon Capacasa | EPA Region III | Capacasa.jon@epa.gov | 215-814-5422 |
| Jennifer Guerrero | U.S. Navy | jennifer.l.guerrero@navy.mil | 757-887-4707 |
| Matt Robinson | CRC | robinson.matt@epa.gov | 410-267-5737 |
| Chris Carew | DDOE | Christopher.Carew@dc.gov | |
| Rich Batiuk | EPA CBPO | Batiuk.richard@epa.gov | |
| Rick Keister | LGAC | | |
| Linda Miller | EPA | Miller.Linda@epa.gov | 215-814-2064 |
| Ellen Gilinsky | VA DEQ | Ellen.gilinsky@deq.virginia.gov | |
| Tomm Damm | EPA | Damm.thomas@epa.gov | 215-814-5560 |
| Chris Pomery | VAMWA | | |
| Jason Dubow | MDP | jdubow@mdp.state.md.us | 410-767-3370 |
| Daniel Conner | LGAC | dconner@dccouncil.gov | 209-799-9189 |
| Tommy Wells | LGAC | | |
| John Surrick | CBF | jsurrick@cbf.org | 443-482-2045 |
| Sarah Nicholus | PA DCNR | | 717-772-4227 |
| Pat Bradley | Limno Tech | pbradley@limno.com | 202-853-9140 |

3

Exhibit I

| | | | |
|---|---|---|---|
| Sarah Lane | UMD/DNR | slane@dnr.state.md.us | 410-260-8788 |
| Cathy Myers | PA DEP | Cathy.myers@state.pa.us | |
| Denise Wardrop | STAC | dhwllo@psu.edu | 814-863-1005 |
| Jeff Horan | Md/DNR | jhoran@DNR.STATE.MD.US | |
| Robert Mander | Ryan + CO, INC | | |
| Ted Graham | Wash COG | tgraham@mwcog.org | 202-962-3352 |
| Wilmer Stoneman | Va Farm Bureau | wston@vafb.com | |
| Katie Frazier | VA Agribusiness Council | katieagribusiness@aft.net | |

## II.    ACTION ITEMS

## III.    Meeting Summary – Friday, October 23rd, 2009

### A. Introduction and Welcome

- **Preston Bryant** (VA Secretary of Natural Resources) welcomed everyone to Judiciary Square, and thanked the District Department of Environmental Protection for hosting the meeting. He noted that the challenge for the PSC is to walk away from the meeting today with
  - An understanding of how the various moving parts (EO, reauthorization, and Bay TMDL) are interacting with each other to provide a series of consistent drivers
  - An agreement on the basin-wide target loads for N and P and the method and initial distribution of those target loads by basin by state.
  - An understanding of and discussion on the EPA's expectations of the Watershed Implementation Plans
  - An understanding and affirmation of the recommended schedule for completing the Bay TMDL by December 2010
  - An understanding of the schedule and approach for engaging the public on the TMDL and Executive Order

- Chris Carew, Chief of Staff for DC Department of the Environment, said a few words of welcome to the PSC

### B. The Bay TMDL, Executive Order and Reauthorization

**Jon Capacasa** (EPA Region III) gave a presentation on the series of drivers that interact with the decisions that need to be made on the Bay TMDL. Jon's presentation showed how the TMDL is being used as the center point of accountability and implementation framework for the Bay. The Executive Order actions complement this work and can be incorporated into TMDL strategy so they can build on one another. The most recent CBP reauthorization bill also complements the TMDL strategy.

### C. Reaching Decisions on Bay Targets and Distribution of Target Loads by Basin-Jurisdiction

#### a. Overview of the Target Load Presentations and Requested

4

Exhibit I

**Robert Koroncai** (EPA WPD) gave an overview of the presentations the PSC would hear on target loads and the decisions that were going to be requested. Bob requested the approval of a preliminary basin-wide target load of 200 million pounds per year for nitrogen and 15 million pounds per year for phosphorus.

<u>Decisions</u>

- PSC members unanimously approved a preliminary basin-wide target load of 200 million pounds per year for nitrogen and 15 million pounds per year for phosphorus.

**b. Methodology to Distribute Target Loads**

**Gary Shenk** (EPA CBPO) presented the methodologies considered by the Water Quality Goal Implementation Team (WQIT) to distribute target loads among the jurisdictions. Gary presented the formula for how the two final options were reached. The WQGIT took into account how many lines, the slope, the shape of the lines and the distance between them in order to come up with five options voted on by the WQGIT and the unanimous decision by the WQGIT was to forward these two options to the PSC for a decision.

**c. Deciding on Initial Working Target Draft Loads to the Basin-Jurisdictions**

**Robert Koroncai** presented the two recommended options for Nitrogen and Phosphorus total target loads. These options were not binding and will be used as initial working target loads to start the watershed implementation plans. The results for both approaches resulted in similar draft load targets for all jurisdictions but the District.

<u>Discussion:</u>

New York
- Has a solid tributary strategy in place.  Their goal is to continue to implement it, and they support the timeframe of the two-year milestones as real and accountable.
- Expressed concern on deciding between Option A and Option B, or another option altogether, for various reasons:
    - While they are willing to explore their participation in the TMDL, New York has not agreed to participate in the legally binding TMDL.  New York wants solid information about pollutant reductions it will be expected to achieve to fully understand work load and costs and appropriate time frames for achieving proposed

5

Exhibit I

load reductions.  New York is of the opinion that it has not had enough time to work through this with sufficient modeled projections. New York is willing to work hard and do more, but they need to understand the full picture.

- o They feel that the PSC is, in essence, being asked to agree now to final allocations, and they are not prepared to do that.  They are interested in understanding and discussing how principles like growth, economic hardship, economic benefit, and the current natural resource (New York is 70% forested) and water quality benefits in New York (whose water quality is good) before making a commitment.  New York is 10% of the watershed area, but 5% of the load.

- o They are concerned about equity.  Both the State's cattle and residential population have decreased while Bay-wide population has steadily increased, and this is not accounted for in either option.  While they recognize that it's standard practice to use a base year, it doesn't mean that it is fundamentally fair to use a recent date, like 2008 or 2010, when the Bay was known to be impaired since the mid-1980s, and down basin areas grew at a fast pace in the face of this known impairment.

- o They would like to know whether there will be increased federal dollars, staff, Clean Water Act Section 106 funds, etc. to help meet the targets.  If the Cardin bill goes through, targeting will likely lead to more of the funding going to Maryland and Virginia, while asking rural/agricultural (poorer) regions to commit without any assurance of monetary support.

- o There needs to be equity among the states when it comes to funding and load distribution.

- They also feel there are other questions that need to be answered in regard to federal minimum nation-wide standards, for CAFO, Stormwater and Clean Air programs.  New York's current programs exceed federal requirements.
  - o They are looking for bolder federal leadership beyond storm water retrofitting.  They want funding to buy, protect and preserve the natural resources that protect and produce high quality water in the "headwaters."
- New York felt they were unable to commit to either Option A or Option B because they are essentially looking for a different option that takes into account their questions and concerns noted above.

Delaware
- Had similar concerns as those of New York when it came to equity with legislation and funding.
  - o They feel that Delaware is seldom mentioned when most of their state is rural and agricultural as well.
  - o They have experience dealing with TMDLs and were hoping the states would work together to allocate resources equally
    - ▪ For example, a farmer in one state would not be treated differently than one in another state.

6

Exhibit I

- Delaware had a slight preference for Option A, but would agree on either option.

District of Columbia
- Acknowledges that the difference between Option A and B for the District is drastic.
- They would prefer Option A and would like the PSC to recognize that the District has fewer resources to distribute to these programs since they can not rely on county and local funding sources.

Pennsylvania
- Felt that realism needed to play a bigger role in the discussion, especially when it came to the timelines.
  - 2020, Pennsylvania feels, is a "fantasy". They pushed for 2025 which they felt would be the earliest time they could accomplish our goals, but would still be a stretch.
- While there was not much time provided to review the options, Pennsylvania can agree to endorse either Option A or B, but probably prefers Option B.
- Pennsylvania wanted to reiterate that the lack of progress thus far has been unacceptable to the people of their state who have seen how much funding has gone towards water quality restoration projects. They feel they need something to show for it. This could be accomplished with the EPA acting as a full partner.

Virginia
- Had a preference for Option B.
- They also wanted to point out that states that were looking for examples of bold federal leadership only had to look to the progress made by the Executive Order and the speed in which the Federal parties came to the table.

Maryland
- Had a very slight preference for Option B.
- They agreed with the concerns expressed by the headwater states, but were hoping that New York would be able to support a decision made today with the states acknowledging that there are issues, like funding, still to be addressed.

West Virginia
- Also expressed concerns about equity between the states. However, they were very appreciative of the EPA working closely with the headwater states in order to come up with possible options.
- The felt they could support Option B

Chesapeake Bay Commission
- Supports Option B

**Decision:**
- MD made the following motion

Exhibit I

<u>PSC Motion</u>

- The PSC acknowledges the good work of the Water Quality Goal
  Implementation Team to develop options for allocating target loads for the
  Chesapeake Bay to the seven jurisdictions.  The PSC agrees to adopt Option
  B and its associated, non-binding, working target loads for nitrogen and
  phosphorus. Adoption of Option B today allows for the separate jurisdictions
  to move forward and engage local partners in development of their
  Watershed Implementation Plans. The PSC further agrees:

  To instruct the Water Quality Goal Implementation Team to provide an
  updated assessment of these working Target Loads by April 30, 2010.
  Each jurisdiction shall continue to evaluate the technical data and
  assumptions behind the proposed allocation methodologies
  EPA has committed to have a delegation travel to Albany, NY and work with
  all other jurisdictions to discuss Federal actions and to consider how other
  factors might be considered in the TMDL
  Several jurisdictions, including the District of Columbia, have continued
  concerns about the allocation methodology which will be addressed
  throughout the TMDL development process.  Significant PSC, public and
  stakeholder processes lie ahead for continued input to the TMDL package -
  the final allocation and implementation plan.

<u>Call for Vote</u>

- *VA seconded*
- *NY abstained*
- *All others agreed*

**D. EPA's Draft Expectations for Watershed Implementation Plans**
**Jon Capacasa** (EPA Region III) and **Katherine Antos** (EPA CBPO) gave a presentation on
the draft expectations of Watershed Implementation Plans focusing on issues raised at the
July PSC meeting and further feedback since then from the Water Quality Goal Team.

<u>Discussion:</u>

Pennsylvania
- Commends the WQGIT for the progress they have made.
- Had concerns in relation to onsite septic system source sector
  - PA is not going to be putting any resources toward those systems
    since the amount of Nitrogen PA produces from those systems is
    relatively low and the cost for a retrofit is very high.
    - $5000/ton
  - It is regulated on the local level
  - The Cardin bill does not have the necessary flexibility
- They also expressed concern over how much new technologies can actually
  do
  - EPA estimates that retrofitting can reduce nitrogen by 80%, and PA
    says only by 50%

8

Exhibit I

❖ EPA in response:

- They are not expecting reductions across all sectors to be equal. The EPA is more concerned with management standards than they are with where states get their reductions from.

LGAC
- Appreciated that local target loads were recognized. Wanted to know what level of specificity the EPA would be looking for in regards to local plans.

❖ EPA in response

- They are not expecting thousands of plans, but want to know what local government targets are, and have them incorporated into their comprehensive plan when they are updated.
- This is the plan as of now, but the EPA is not completely sure how they are going to engage effectively with local governments

New York
- Was concerned that the perspective of this presentation, had it been shown to basin residents in New York, would not have been received well. The total focus was upon water quality of tidal waters of the Bay. New York would much prefer a basin-wide approach to assist with buy-in to this effort from distant communities. Headwater residents are not as concerned about waters closer to the Bay. Therefore, this program needs to also be about basin ecosystem protection and restoration, not just Bay water quality standards in order to gain public support.
  - This ties into the concern New York has about using the term "Bay" instead of "Basin"
    - Are we evaluating the Chesapeake as a Basin where everyone has a stake and a benefit or is this just about water quality in the Bay?
    - If it is the latter, the Program will be unsuccessful in garnering financial support and political will.
    - At a PSC meeting at a later date, we should consider the question of formally changing the name to the Chesapeake Basin Program.
    - Bay states need to own the Bay problems, and treat distant headwater regions differently, like Connecticut and New York do for Vermont and New Hampshire in the Long Island Sound program.
- Expressed some disappointment about draft Watershed Implementation Plan expectations. Too much is expected from states without commensurate commitments by federal government. Hopes EPA, on a national scale, will do more with respect to:
  - Developing stormwater effluent guidelines
  - Protecting wetland/headwaters streams proposed in Clean Water Restoration Act

9

Exhibit I

      o  Providing CAIR implementation details to reduce nitrogen deposition
      o  Pursuing stormwater controls in the federal highway aid bill

❖  EPA in response

    •  The government is going to have to work closely with headwater states in order to tailor public outreach to their constituents.

**E. Bay TMDL: Schedule Revisited and What's on the Road Ahead**

**Jim Newsom (Acting Deputy Region 3 Administrator), Rich Batiuk (EPA CBPO) and Robert Koroncai (EPA Region 3 WPD)** gave a presentation of the recommended revised schedule for completing the TMDL and key decision points along the way. There was certain key schedule changes that were made based on concerns presented at the last PSC meeting in July:

- watershed implementation plans will be submitted by November 2010;
- updated watershed implementation plans with local target loads by November 2011;
- push back the date for submission of preliminary watershed implementation plans to June 1st and draft to August 1st;
- push back the date for releasing the draft Bay TMDL and supporting documentation to August 15th;
- reduce the public review period from 90 to 60 days; and
- shorten the time for responding to public comments.

**<u>Discussion:</u>**

EPA
- Cannot make a commitment to funding at this time, but can say that their contractors and staff will be made available to help the States complete their TMDL and WIPs within the time frame.

Maryland
- Sediment-phosphorus interaction could change strategy for phosphorus reductions on agricultural lands.

New York
- Clarified that it has not agreed to a 2025 deadline.

LGAC
- What exactly is going to be released to the public in August 2010 as a draft? Are there going to be 92 separate TMDLs each with their own load allocations and justifications? Will there be a summary package?

❖  EPA response:

    •  What will be released are not 92 full TMDL documents, but a series of tables that would describe the TMDLs of each segment integrated together and any other elements that would go along with a TMDL package.

Exhibit I

<u>Decision</u>
- PSC acted on the request to approve the proposed October 2009-December 2010 Bay TMDL schedule as follows:
  - Next Step: EPA to work with the WQ Goal Implementation Team reach agreement on a week-by-week set of specific milestones/actions to drive day-to-day work priorities and decision-making towards December 2010

<u>Call for Vote</u>

- *MD motions to move revised schedule forward*
- *DC seconds*
- *NY abstains*
- *All others - aye*

**F. Engaging the Public**

**Tom Damm** (EPA Region 3 WPD) gave an update on outreach plans for the Bay TMDL and the Chesapeake Executive Order - two major, interrelated initiatives to restore the Bay and local waters. The presentation included a schedule of upcoming TMDL public meetings.

**G. Director's Report**

**Jeff Lape (Director, CBPO)** provided key updates on progress and outstanding issues related to Executive Order implementation.

He thanked Jeff Horan and Julie Winters for their help coordinating the Independent Evaluator Action Team. The National Academy of Sciences has appointed its expert panel and on December 16th there will be a kick off meeting. Meetings have also been scheduled across the Basin to provide outreach on the TMDL and Executive Order.

Recently, local watershed groups around the Basin have been mapped on the Chesapeake Bay website, allowing residents in the basin to look up local watershed groups in their area and to advance our goal of relating this program to local communities.

Jeff also wanted to express how great work and energy exemplified in the Basin restoration effort are seen as an example to similar programs across the nation.

Exhibit I



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION III**
**1650 Arch Street**
**Philadelphia, Pennsylvania 19103-2029**

**NOV – 3 2009**

The Honorable L. Preston Bryant, Jr.
Secretary of Natural Resources
Patrick Henry Building
1111 East Broad Street
Richmond, Virginia 23219

Dear Secretary Bryant:

      The purpose of this letter is to provide the Chesapeake Bay Program's Principals' Staff Committee (PSC) with the preliminary basinwide target loads for nitrogen and phosphorus and the working target loads for nitrogen and phosphorus for the basin-jurisdictions to meet the states' Bay dissolved oxygen water quality standards in the Chesapeake Bay and its tidal tributaries. The U.S. Environmental Protection Agency (EPA) expects these loads to continue to be refined as the science unfolds. These working targets allow each of the jurisdictions to begin development of their Watershed Implementation Plans (Plans) and to move the Chesapeake Bay Total Maximum Daily Load (Bay TMDL) development forward. Today, EPA has also issued a separate letter setting forth our expectations regarding the Plans. This letter also details the schedule necessary to meet EPA's commitment to complete the Bay TMDL by December 2010.

**Nutrient Target Loads**

      At the October 23, 2009, PSC meeting, EPA and the PSC agreed to preliminary basinwide target loads of 200 million pounds per year of nitrogen and 15 million pounds per year of phosphorus as recommended by the Water Quality Goal Implementation Team (WQGIT). These preliminary basinwide target loads for nitrogen and phosphorus have been shown through subsequent model runs as being adequate to achieve the states' Bay dissolved oxygen water quality standards.

      It is important to note that the preliminary basinwide target loads will likely change several times leading up to a draft TMDL and final TMDL. These targets will undergo several revisions based on further technical analysis, additional deliberations among the states, the District of Columbia (District) and EPA, and at least two major opportunities for public input. The primary technical issues under consideration that will likely change these loads include: application of the upgraded Chesapeake Bay watershed model (Phase 5.2 to 5.3); inclusion of filter feeders in the Bay water quality/sediment transport model; development of sediment load targets to achieve the states' Submerged Aquatic Vegetation (SAV)/water clarity water quality standards; development of the atmospheric deposition allocations and the resultant impact on the ocean loads; trade-offs between nitrogen and phosphorus loads; and additional load reductions necessary to address Bay segments' local water quality impairments. Furthermore, EPA recognizes the need for further discussions with the watershed jurisdictions on the methodology for distributing loads.

AR0023289

In spite of likely future changes to the basinwide target loads, EPA considers the preliminary target loads—200 million pounds per year of nitrogen and 15 million pounds per year of phosphorus—to be appropriate for the purpose of distributing these loads to the basin-jurisdictions as working target loads to initiate the watershed implementation planning process in all six Bay watershed states and the District.

EPA and the PSC agreed, with New York abstaining, to distribute the basinwide load targets for nitrogen and phosphorus as working target loads to each of the basin-jurisdictions within the Chesapeake Bay watershed as recommended by the WQGIT at the October 23, 2009 PSC meeting. Furthermore, EPA and the PSC agreed that these working target loads are non-binding and do not represent a draft TMDL. The working target loads are shown in the enclosed Tables 1 and 2 by basin and jurisdiction, respectively. Additionally, EPA and the PSC determined that states and the District have the latitude to exchange target loads within a state from one basin to another or to exchange nitrogen and phosphorus loads within a basin to create alternate target loads as long as these load exchanges achieve the states' water quality standards in all tidal Bay segments. Adoption of these working target loads allows for the jurisdictions to move forward and engage local partners in development of their Plans.

**Schedule of major milestones and completion of the Bay TMDL**

EPA is committed to establishing the Bay TMDL by December 2010. In spite of best efforts, the important steps of determining the basinwide target loads and initial working basin-jurisdiction target loads have been delayed by several months. This delay has caused a commensurate delay in the states' efforts to develop the Plans. These Plans are important not only to guide state and local efforts but the load targets in the Plans will be incorporated into the draft and final Bay TMDL.

While the states and the District have less time to complete the Plans, EPA believes that the adaptive management approach that EPA has built into the planning process enables the states to make necessary adjustments in how they are to achieve the needed load reductions, after the TMDL is established. Shortening the public participation to 60 days from 90 days as well as shortening time allotted for EPA and the states to respond to public comments will allow more time for the states to develop their Plans in concert with their local partners.

With these modifications, the major milestones of the Bay TMDL development schedule are described below:

➢ November-December, 2009: EPA hosts 15 public meetings throughout the Bay watershed to start the public dialog on the Bay TMDL.
➢ June 1, 2010: States and the District submit preliminary draft Watershed Implementation Plans with target loads by source sector and Bay segment drainage to EPA.
➢ July 15, 2010: PSC reviews the initial draft Bay TMDL package; provides specific directions to WQGIT on requested changes.
➢ August 1, 2010: States and the District submit revised draft Plans to EPA.
➢ August 15-October 15, 2010: Bay TMDL public review and second round of public meetings.
➢ November 1, 2010: States and the District submit final Plans to EPA.

AR0023290

- ➢ November 15, 2010: PSC reviews/provides specific comments to EPA on the draft final Bay TMDL package—allocations, watershed plans, underlying documentation.
- ➢ December 21, 2010: EPA publication of final Bay TMDL.
- ➢ November 1, 2011: States and the District incorporate local target loads into their plans and submit to EPA.

EPA expects the Bay watershed states and the District to immediately move forward to engage local partners on development of the Plans and local-level/source sector target loads. EPA Region III in coordination with EPA Region II is committed to working with the Bay watershed states and the District to facilitate Plan development. EPA will provide technical analyses, water quality and watershed modeling, and contractual assistance to support the watershed implementation planning process in each of the six states and the District.

If you have any questions, please contact Mr. Jon M. Capacasa, Director, Water Protection Division, at (215) 814-5422.

Sincerely,

William C. Early
Acting Regional Administrator

Enclosures

cc: Chesapeake Bay Program Principals' Staff Committee Members
Peter Silva, Assistant Administrator, Office of Water, EPA
J. Charles Fox, Senior Advisor to the Administrator, EPA
George Pavlou, Acting Regional Administrator, EPA Region II

AR0023291

| Table 1. Preliminary Chesapeake Bay Watershed Nitrogen and Phosphorus Working Target Loads by Basin[1] | | |
|---|---|---|
| Basin/Jurisdiction | Nitrogen Target Load (million pounds per year) | Phosphorus Target Load (million pounds per year) |
| **SUSQUEHANNA** | | |
| NY | 10.54 | 0.56 |
| PA | 68.81 | 2.69 |
| MD | 0.83 | 0.05 |
| SUSQUEHANNA Total | 80.18 | 3.29 |
| | | |
| **EASTERN SHORE** | | |
| DE | 5.25 | 0.28 |
| MD | 12.81 | 1.24 |
| VA | 1.61 | 0.15 |
| EASTERN SHORE Total | 19.68 | 1.68 |
| | | |
| **WESTERN SHORE** | | |
| MD | 10.15 | 0.62 |
| WESTERN SHORE Total | 10.15 | 0.62 |
| | | |
| **PATUXENT** | | |
| MD | 3.15 | 0.24 |
| PATUXENT Total | 3.15 | 0.24 |
| | | |
| **POTOMAC** | | |
| PA | 4.83 | 0.47 |
| MD | 14.10 | 0.89 |
| DC | 2.37 | 0.13 |
| VA | 16.09 | 1.97 |
| WV | 5.71 | 0.62 |
| POTOMAC Total | 43.10 | 4.08 |
| | | |
| **RAPPAHANNOCK** | | |
| VA | 6.49 | 0.82 |
| RAPPAHANNOCK Total | 6.49 | 0.82 |
| | | |
| **YORK** | | |
| VA | 6.53 | 0.61 |
| YORK Total | 6.53 | 0.61 |
| | | |
| **JAMES** | | |
| VA | 28.49 | 3.50 |
| JAMES Total | 28.49 | 3.50 |
| | | |
| **TOTAL WORKING TARGET LOAD** | **197.76** | **14.84** |

[1] To match with the states tributary strategy basins, the nitrogen and phosphorus loads from the Western Shore and Eastern Shore basins in Pennsylvania have been added to the Pennsylvania Susquehanna basin loads and the West Virginia James basin loads have been added to the West Virginia Potomac loads.

AR0023292

| Table 2. Preliminary Chesapeake Bay Watershed Nitrogen and Phosphorus Working Target Loads by Jurisdiction[2] | | |
| --- | --- | --- |
| Jurisdiction/Basin | Nitrogen Target Load (million pounds per year) | Phosphorus Target Load (million pounds per year) |
| **PENNSYLVANIA** | | |
| Susquehanna | 68.81 | 2.69 |
| Potomac | 4.83 | 0.47 |
| PA Total | 73.64 | 3.16 |
| | | |
| **MARYLAND** | | |
| Susquehanna | 0.83 | 0.05 |
| Eastern Shore | 12.81 | 1.24 |
| Western Shore | 10.15 | 0.62 |
| Patuxent | 3.15 | 0.24 |
| Potomac | 14.10 | 0.89 |
| MD Total | 41.04 | 3.04 |
| | | |
| **VIRGINIA** | | |
| Eastern Shore | 1.61 | 0.15 |
| Potomac | 16.09 | 1.97 |
| Rappahannock | 6.49 | 0.82 |
| York | 6.53 | 0.61 |
| James | 28.49 | 3.50 |
| VA Total | 59.22 | 7.05 |
| | | |
| **DISTRICT OF COLUMBIA** | | |
| Potomac | 2.37 | 0.13 |
| DC Total | 2.37 | 0.13 |
| | | |
| **NEW YORK** | | |
| Susquehanna | 10.54 | 0.56 |
| NY Total | 10.54 | 0.56 |
| | | |
| **DELAWARE** | | |
| Eastern Shore | 5.25 | 0.28 |
| DE Total | 5.25 | 0.28 |
| | | |
| **WEST VIRGINIA** | | |
| Potomac | 5.71 | 0.62 |
| WV Total | 5.71 | 0.62 |
| | | |
| **TOTAL WORKING TARGET LOAD** | 197.76 | 14.84 |

---

[2] To match with the states tributary strategy basins, the nitrogen and phosphorus loads from the Western Shore and Eastern Shore basins in Pennsylvania have been added to the Pennsylvania Susquehanna basin loads and the West Virginia James basin loads have been added to the West Virginia Potomac loads.

AR0023293

# Falls Church, VA Chesapeake Bay TMDL Public Meeting Summary

December 14, 2009

Falls Church High School
7521 Jaguar Trail
Falls Church, VA 22042

Agenda ................................................................................................. page 2

Attendee Details.................................................................................. page 3

Power Point Presentation........................................................................ page 4

Questions Answered............................................................................. page 32

Questions Submitted............................................................................. page 34

Comments............................................................................................ page 37

1

AR0027828

**Agenda**

➢ Welcome, introductions, and meeting logistics – John Kennedy, VADEQ (5 minutes)

➢ EPA presentation on the Chesapeake Bay TMDL and EPA expectations – Richard Batiuk and Bob Koroncai, EPA (40 minutes)

➢ Next steps – Russ Perkinson, VADCR (15 minutes)

➢ Public comments, questions and answers – Panel moderated by John Kennedy (60 minutes)

➢ Adjourn

2

AR0027829

## Attendee Detail

**Total Attendees: 80**

**Registration Question:**

How did you hear about this Meeting?

- E-mail/Listserve (36)
- Other (14)
  - Word of mouth (2)
  - VAMWA
  - Farm Bureau Government Relations Department
  - Coalition
- U. S. EPA Web Site (12)
- Other Web Site _____ (4)
  - VA DEQ
- Newspaper (1)



AR0027830

# THE CHESAPEAKE BAY TMDL: Restoring Waters of Virginia and the Chesapeake Bay

**Bay TMDL Public Meeting**
**December 14, 2009**
**Falls Church, VA**

**Richard Batiuk and Bob Koroncai**
**U.S. EPA Region III**

# AGENDA

➤ Welcome, introductions, and meeting logistics — **John Kennedy, VADEQ (5 minutes)**

➤ EPA presentation on the Chesapeake Bay TMDL and EPA expectations — **Richard Batiuk and Bob Koroncai, EPA (40 minutes)**

➤ Next Steps — **Russ Perkinson, VADCR (15 minutes)**

➤ Public comments, questions and answers — **Panel moderated by John Kennedy (60 minutes)**

➤ Adjourn

4

**Panel to Address Public Comments**

➤ VA Department of Environmental Quality: John Kennedy, Moderator

➤ EPA: Richard Batiuk

➤ EPA: Bob Koroncai

➤ VA Department of Conservation and Recreation: Russ Perkinson



AR0027832





AR0027833





AR0027834



## Special Case: James River

- The dissolved oxygen standards in the Bay and its tidal rivers are the basis for the working nutrient target loads being used to develop Watershed Implementation Plans in each Virginia river basin.
- However, the target loads in the James basin do not yet account for what will be needed to also meet the



chlorophyll standards, which were adopted due to high algae levels in the tidal James River.

8

AR0027835





AR0027836



## Chesapeake Bay Watershed-
### By the Numbers

- Largest U.S. estuary
- Six-states and DC, 64,000 square mile watershed
- 10,000 miles of shoreline (longer then entire U.S. west coast)
- Over 3,600 species of plants, fish and other animals
- Average depth: 21 feet
- $750 million contribution annually to local economies
- Home to 17 million people (and counting)
- 77,000 principally family farms
- Declared "national treasure" by President Obama

Source: www.chesapeakebay.net

## Nutrient Loads by State

Nitrogen*

WV 3% · DE 3% · DC 1% · MD 20% · NY 6% · PA 41% · VA 26%

Phosphorus

WV 4% · DE 2% · DC 1% · MD 19% · NY 5% · PA 24% · VA 45%

*EPA estimates a nitrogen load of 284 million lbs nitrogen in 2008. EPA assumes a reduction of 7 million lbs due to the Clean Air Act. This leaves 77 millions lbs to be addressed through the TMDL process.

10

AR0027837





AR0027838





Summary: 2008 Bay Health Assessment
Restored Bay
Priority Areas
Percent of Goal Achieved
0 10 20 30 40 50 60 70 80 90 100
Water Quality
21% of Goals Achieved
Dissolved Oxygen 16
Mid-Channel Clarity 14
Chlorophyll a 27
Chemical Contaminants 28
Habitats & Lower Food Web
45% of Goals Achieved
Bay Grasses 42
Phytoplankton 53
Bottom Habitat 42
Tidal Wetlands Not quantified in relation to a goal
Fish & Shellfish
48% of Goals Achieved
Blue Crab 60
Oyster 9
Striped Bass 100
Shad 23
Juvenile Menhaden Not quantified in relation to a goal
Data and Methods: www.chesapeakebay.net/status_bayhealth.aspx

Low to no dissolved oxygen in the Bay every summer
2007 Summer Mean
Dissolved Oxygen (bottom)

# The Chesapeake Bay TMDL



- EPA sets pollution diet to meet states' Bay clean water standards
- Caps on nitrogen, phosphorus and sediment loads for all 6 Bay watershed states and DC
- States set load caps for point and non-point sources



# The Bay science supports local pollution diets…

**Phase 4 Bay Watershed Model (2000-2008)**

**Phase 5 Bay Watershed Model (2009- )**

13

AR0027840





AR0027841

## What are the Target Pollutant Cap Loads for the Bay Watershed?

**Current** model estimates are that the states' Bay water quality standards can be met at basinwide loading levels of:

- 200 million pounds nitrogen per year
- 15 million pounds phosphorus per year

(Sediment target cap load under development-will be available by spring 2010)

## Dividing the Basinwide Target Loading

15

AR0027842

## Guidelines for Distributing the Basinwide Target Loads

- Water quality and living resource goals should be achieved.
- Waters that contribute the most to the problem should achieve the most reductions (on a per pound basis).
- All previous reductions in nutrient loads are credited toward achieving final cap loads.



16

AR0027843

# Current State Target Loads

| Nitrogen | | | | Phosphorus | | |
|---|---|---|---|---|---|---|
| State | Tributary Strategy | Target Load | | State | Tributary Strategy | Target Load |
| DC | 2.12 | 2.37 | | DC | 0.10 | 0.13 |
| DE | 6.43 | 5.25 | | DE | 0.25 | 0.28 |
| MD | 42.37 | 41.04 | | MD | 2.54 | 3.04 |
| NY | 8.68 | 10.54 | | NY | 0.56 | 0.56 |
| PA | 73.48 | 73.64 | | PA | 3.10 | 3.16 |
| VA | 56.75 | 59.21 | | VA | 6.41 | 7.05 |
| WV | 5.93 | 5.71 | | WV | 0.43 | 0.62 |
| Total | 195.75 | 197.76 | | Total | 13.39 | 14.84 |

All loads are in millions of pounds per year.

# Virginia's Past, Present and Future Estimated Loads



Nitrogen              Phosphorus

All scenarios run through Phase 5.2 Watershed Model

17

AR0027844

# Target Load Refinements

- **If States' Bay Water Quality Standards can still be achieved…**
  - The State may exchange nitrogen and phosphorus target loads within a basin; and/or
  - The State may exchange nitrogen and phosphorus loads from one basin to another within the State.



Pollution Diet for Each Tidal Water Segment

18

AR0027845





AR0027846



Example: Projected Nitrogen Delivery from Major Basin in Each Jurisdiction by Source Sector

- Also divide jurisdiction load by 303(d) segment drainage area and, by November 2011, local area
- Attain jurisdiction-wide load reductions by the interim target, or justify why can still meet final target
- Jurisdiction would determine desired 2-year schedule to meet interim and final target loads
- EPA first evaluates milestones based on consistency with jurisdiction target load. EPA accepts shifts among source sectors, basins, segment drainages, and local areas if jurisdiction target load is met and local and Bay water quality goals are achieved

# Federal Consequences

- Directed at states not achieving expectations

- Will be outlined in an EPA letter this fall. May include:

  – Assigning more stringent pollution reductions to regulated point sources (e.g., wastewater, stormwater, CAFOs)

  – Objecting to state-issued NPDES permits

  – Limiting or prohibiting new or expanded discharges (e.g., wastewater, stormwater) of nutrients and sediment

  – Withholding, conditioning or reallocating federal grant funds

20

AR0027847

## Bay TMDL- Presidential Executive Order Connections

- Create Federal Leadership Committee
- Create the Performance and Accountability Framework
- Expand regulatory tools for CAFO's and urban and suburban runoff
- Improve nutrient and sediment controls on federal lands and roads
- Target farm conservation measures at high priority areas



21

AR0027848

## Bay TMDL: Bottom-line

- Actions will clean and protect local waters in VA thereby supporting the local economy
- Restore a thriving Chesapeake Bay
- Federal, state, local officials and agencies will be fully accountable to the public
- Consequences for inaction, lack of progress



## Further Information

- Chesapeake Bay TMDL web site
  **www.epa.gov/chesapeakebaytmdl**
- U.S. EPA Region 3 Contacts
  - Water Protection Division
    - Bob Koroncai
      - 215-814-5730; koroncai.robert@epa.gov
    - Jennifer Sincock (sincock.jennifer@epa.gov)
  - Chesapeake Bay Program Office
    - Rich Batiuk
      - 410-267-5731; batiuk.richard@epa.gov
    - Katherine Antos (antos.katherine@epa.gov)

22

AR0027849



**Virginia's Approach to Developing the Chesapeake Bay TMDL Watershed Implementation Plan**

Department of Conservation and Recreation
Department of Environmental Quality
Secretary of Natural Resources
Commonwealth of Virginia

December 2009

## A Challenged Bay

➢ Loss of shellfish and finfish
➢ Habitat loss
➢ Annual dead zones
➢ Poor water clarity

23

AR0027850

## Successes to Date

➢ Much has been done using voluntary, incentive based, and regulatory programs

➢ 1985 Loads
  ➢ 102 million pounds Nitrogen
  ➢ 12.4 million pounds Phosphorus

➢ 2008 Estimated Loads
  ➢ 72.8 million pounds Nitrogen
  ➢ 7.2 million pounds Phosphorus

## The Challenge Ahead

➢ To meet water quality standards in the Chesapeake Bay and its tidal rivers, **there is more to do**

➢ Low hanging fruit – mostly gone

➢ Future reductions will be harder

➢ We all have a role

24

AR0027851

## What We Need to Achieve (and Maintain)

Virginia Bay Draft Initial Target Loads

➢ 59.2 million pounds Nitrogen

➢ 7.05 million pounds Phosphorus

➢ These targets are very likely to change

## Load Uncertainties

➢ Initial draft target loads provided by EPA based on dissolved oxygen **only**

➢ Impacts on target loads from water quality standards for bay grasses, water clarity and other localized issues not yet determined

➢ Will be spring 2010 before target loads are adjusted for these factors

25

AR0027852

## Vision for Virginia's Watershed Implementation Plan

➢ Focuses on "how" as well as the "how much"

➢ Equity between sectors

➢ Is relevant locally

➢ Uses adaptive management

## Actively engage stakeholders and the public

➢ Virginia Bay TMDL Webinar (October 2009)

➢ Initial EPA Public Meetings (December 2009)

➢ Go to Individual stakeholder meetings (2010)

➢ Stakeholder Advisory Group (early 2010)

➢ Use Interactive web-based tools (Ongoing)

➢ EPA Public Comment Period (Aug. – Oct. 2010)

➢ Additional outreach as necessary

26

AR0027853

## A Challenging Timeframe

EPA deadlines:

Phase I – Draft allocations and state strategies

➢ June 1, 2010 - Preliminary phase I plan by source sector and impaired segment drainage area
➢ August 1, 2010 – Draft phase I plan
➢ November 1, 2010 – Final phase I plan

Phase II – Local target loads and action plans

➢ June 1, 2011 – Draft phase II plan
➢ November 1, 2011 – Final phase II plan submitted to EPA

## Phase I – Draft Allocations by Source Sector and State Strategies

➢ State staff to consult with sector experts, then staff will develop projected BMP coverage levels
➢ Draft reviewed and refined following input by Stakeholder Group
➢ Used to derive potential nutrient and sediment load reductions and develop State strategies





27

AR0027854

## Phase I – Draft Allocations by Source Sector and State Strategies

Source Sectors
- Municipal and Industrial Wastewater
- Non-Significant Wastewater
- Municipal Combined Sewer Overflows [3 systems in VA]
- Industrial Stormwater
- Construction Stormwater
- MS4 Stormwater
- Non-MS4 Stormwater
- Confined Animal Feeding Operations (CAFOs)
- Agriculture – non CAFO
- Forest
- Atmospheric
- Onsite / septic systems

## Phase I – Draft Allocations Made to Individual Watershed Segments

- State agency staff will distribute the allowable loads into the various impaired segments and among the various sources

- Land use data (cropland, developed land, etc.) along with BMP coverage projections and resulting load reductions will be used

- Draft reviewed and refined following input by Stakeholder Group



Virginia's 35 Bay Watershed Segments

28

AR0027855

## Phase II - Local Target Loads and Action Plans

➢ Will work closely with local stakeholders to identify specific controls and practices to be implemented

➢ Agencies will initiate work later in 2010

➢ Due by November 2011



York River Segments and Jurisdictions

## 2-Year Milestone Process

➢ Biennial Milestones –Use adaptive management; identify specific actions needed to maintain schedule

➢ Continue to engage stakeholders and public

➢ Monitor and evaluate progress

➢ Next milestone period – January 1, 2012 to December 31, 2013 to be completed with phase II plan

29

AR0027856

## Want to find out more?

**EPA**
   http://www.epa.gov/chesapeakebaytmdl/

**VA-DEQ**
   http://www.deq.virginia.gov/tmdl/chesapeakebay.html

**VA-DCR**
   http://www.dcr.virginia.gov/soil_and_water/baytmdl.shtml



Questions & Comments

AR0027857



AR0027858

## Questions Answered

**Questions Answered (in the order in which they were asked):**

*Note: The letter indicates the source of each question. An "A" indicates that the question was submitted by the live audience. The cards were pre-numbered to easily identify the question once they were submitted. These questions are in the order in which they were asked. Some questions were rewritten for clarity.*

A12: Are there any plans to better track reductions from agriculture? Voluntary BMPs are very numerous and we don't believe they are being accurately being tracked. Will federal cost-share practice reductions be tracked?

A3a: How will the EPA ensure that the pollution models accurately reflect the various sources of pollution to the Bay and not over or under estimate any given source?

A19a: Will TMDLs affect existing NPDES permits or new NPDES permits? (Dirk Bouma)

A26b: Opposition often arises when redeveloping urban areas into higher density. Will enforcement actions result in moratoriums on development and redevelopment in existing urban and suburban areas? Force people into sprawl?

A10: What are the criteria for EPA to determine if the Commonwealth of Virginia's "implementation plan" is acceptable or unacceptable? What happens if an acceptable plan is not approved by EPA by the deadlines for compliance with the consent order? (Charles Grymes, Prince William Conservation Alliance)

A29: Virginia is currently losing 26,000 acres of forest per year. What role do you see for conservation of the forest land base in the TMDL?

A21b, c: What models/information was used to develop the TMDL? Was the information used verified to be reflective of on-farm reality? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A40: Weather plays a dominant role in sediment release. A year with five 10-year storms will result in much more sediment release than a year with none, regardless of sediment control measures. Is weather/rainfall being factored into the TMDLs? Otherwise I feel that the metrics will not accurately match the TMDL control tactics. (Kris Unger, Lands & Waters)

A17: My local government is increasing the sanitary sewer rates by 10-15% per year to remove nitrogen. Then they started charging me an annual fee for stormwater. How much will this cost me? Are there any estimates of what my local government will have to charge me?

A36: How will EPA and Virginia work with federal entities such as Fort Belvoir to achieve load reductions?

A9: What regulatory authority does EPA have over stormwater? If NPDES, given that the program was established in the 1990s with a promise that there could be no numeric limits? How do EPA and the states intend to prove that a MS4 operator either did or did not meet the assigned load limits?

AR0027859

A95: Can a point source facility in Virginia buy pounds from a facility in another state? Can you please explain how this would work?

A94: How will these new TMDLs work with the TMDLs already developed by the states and the stream management plans we have been working on in Fairfax County?

A2a: How do you believe the recent court decision that essentially puts a moratorium on new NPDES permit approvals to impaired waters will affect the Chesapeake Bay TMDL determination process?

A91: Where is the money coming from for the State Surface Monitoring Programs? Is this an unfunded mandate from EPA to the states?

33

AR0027860

# Questions Submitted

**Questions Submitted (but not answered):**

A3b: How will the EPA take into account the changes in farming techniques that have taken place over the past 20-30 years that haven't been a part of a cost-share or tax credit BMP program? Example, no till farming or cover crops implemented without program funds.

A3c: How will the Bay TMDL address stormwater runoff from residential developments, the fastest growing contributor of sediment and nutrients?

A19b: Some states have implemented no discharge zones for vessels that are now regulated under the vessel general permit. Will this be the case for states around the Chesapeake Bay? (Dirk Bouma)

A26a: Retrofitting in Fairfax County equates to a 15% increase in annual local tax burden (in addition to what we pay in stormwater fees and sewer rates) on county residents. Rising costs may drive people out of urban areas, especially when combined with steeply increasing sewer rates. Is this the best investment of tax payer dollars? Any comments on how this moves towards sprawl?

A21a: How are TMDLs being developed? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21d: What stakeholders were involved in establishing the nutrient and sediment limits? Were there any agricultural representatives involved? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21e: Sediment control and soil quality are important for agricultural production. When can we expect to have sediment limits set? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21f: Why is the process being accelerated when the court order allowed for an extra year? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21g: Why are we expected to meet a two year milestone in 2011 when most of the time will be spent in developing the TMDL and an implementation plan? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21h: When will compliance begin and when will full compliance by agriculture be expected? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21i: What are the consequences for failure to develop the TMDL? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21j: What are the consequences for failure to comply with a TMDL plan? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

A21k: What is the next step for agriculture and others if a TMDL is not met in a specific basin and/or watershed? (James S. Turpin, Democracy Vineyards, Virginia Agribusiness Council)

AR0027861

A2b: What process or model does EPA use to determine improvements in nonpoint source discharges?

A89: Is forestry represented on the Virginia stakeholder group (either forest landowners or forest products)?

A20: Let us test water. If we get bad readings, then send out professional testers.

A32: The presentation sets forth the target loads for the various states. For example, Pennsylvania has a target load of 73.64 million pounds of nitrogen a year and 3.16 million pounds of phosphorus a year. How is state compliance with the loads determined? For example, is the 73.64 million pounds of nitrogen for Pennsylvania actually pounds that reach the Chesapeake Bay? If only 75% of the pounds from a state reach the Chesapeake Bay can the state adjust its numbers upward to account for such attenuation?

A18: Are the target loads developed while considering future development (urbanization, increase of water use, etc.)? If yes, by how many years (20-years, 50-years) down the road?

A88: What is the baseline from which reductions will be measured? Example: Pollution level in 1700 or 1800 or 2010?

A34: How will you account for and give credit for the many voluntary (nm-regulated) private and public-private measures that reduce nitrogen, phosphorus, and sediment? For example: 1.) a large private lake that traps large amounts of sediment (and phosphorus) which is routinely dredged (Lake Barcroft; PL-566 Lakes). 2.) Voluntary compliance with implementation of soil and water conservation plans on small agricultural operations – specifically small horse keeping operations (10-50 acres) that do not participate in cost-share and require innovative strategies (Ag BMPs) to manage these intensely used lands. 3.) Effective community education programs to raise awareness and prevent pollution such as storm drain marking and education programs which has directly educated 1/5 of the households in a county. 4.) Privately funded restored stream segments (750' and 2000') restored using natural channel design – now stable and eroding streambanks (sediment and phosphorus) arrested. 5.) Voluntary (individuals, HOAs, Parks, etc.) less than 10 – e.g. rain gardens, riparian buffers, etc. (Diane Hoffman, NVSWCD)

A92: I read in a local Fairfax County Paper that there was a plan to install meters on households to monitor the amount of pollutants in the run-off and if it was excessive, fines would be levied. Is this going to be in all areas or only select locations?

A38: In Northern Virginia, projects are being rushed to reduce flooding before new EPA guidelines are being implemented in 2011.

A15: Are Virginia counties willing to assess and enforce deeded conservation zones on small (1/4 – 5 acres) properties? Many homeowners ignore these in their yards – clearing small shrubs, etc. and placing grass.

A96: What is this going to cost tax payers? Where will it come from? LID regulations will impact new development. How will this affect development? Who will manage nutrient offset credits and determine

AR0027862

pricing? There is a current list of TMDLs on impaired streams that have not been implemented. When will these be released – or are they going to be revised? For rural residential septics, there are several measures to be applied – replacement, pump out, and others. When public sanitary sewer systems are available, would that be a better solution to septic systems, especially when in close proximity to streams/creeks? Would conversion from septic to public wastewater treatment be cost shared under TMDL?

A24: Dominion Power has a 100 foot casement over the creek flowing in back of our yard. They have sprayed herbicides in the past and reserve the right to do that in the future. Is that legal? Are you going to stop this or at least regulate the herbicide? (Leslie Gelman)

A23: I live downstream from the WFC S&I yard. The creek runs on our property. They are currently applying for a zoning exception to expand the yard. Reading the staff report (appendix 14) apparently in the event of a spillage, they may spill the following substances: antifreeze, gasoline, diesel, windshield washer fluid, and water treatment chemical and heating oil. How can I test for this? Is this legal? (Leslie Gelman)

A1: The stream that runs on our property runs above a Fairfax County sewer. According to the EIs for the Metro-to-Dulles project, they found an excess of coliform bacteria in the Pimmit Run streams (my stream is a tributary). How can I either get this periodically tested, test is myself or get it fixed if the sewer is leaking? (Leslie Gelman)

A22: How does "restoring" a stream by either straightening the course, widening or moving the channel/putting down coarse gravel, and cutting down all the trees around the creek and planting grasses affect the Chesapeake Bay? That is the stormwater management plan proposed as part of the WFC Rail Yard expansion. (Leslie Gelman)

A39: Out of the stakeholders, what are the percentages of each contributing to nitrogen and phosphorus pollution in the Bay?

36

AR0027863

## Comments

*The comments below have been paraphrased and are not a full transcription.*

A26 comment: More attention needs to be given to potential unintended consequences of the Bay TMDL. Science and engineering need to be developed by Federal government, need consistent regulations, clear expectations, and funding, funding, funding! Remember that much of the Bay watershed was developed under different regulations. Do not use MS4 permits as punishment for meeting previous regulations! Please do not set up local governments for failure! Also, EPA has a history of not meeting anticipated deadlines for outlining what "we" have to do. The August 15, 2010 dealing for a draft TMDL is suspect. Will there really be a TMDL deadline for EPA? Localities need info sooner rather than later. (Penny Gross)

Penny Gross – Fairfax County Board of Supervisors: Speaking on behalf of Fairfax County, more attention needs to be paid to unintended consequences of the TMDL. There needs to be consistent, clear expectations and funding, funding, funding for this effort. Much of the Bay was developed under different regulations, and the regulations of that time were followed. Don't use MS4 permits to be a punishment. Please do not set up local governments for failure.

AR0027864

*Bryant*
BRIAN — 97/ohms

## Pollution of stream behind 2113 McKay Street

From: **leslie gelman**
Sent:  Mon 11/30/09 8:44 PM
To:

Hi Mike,

We live downstream from the West Falls Church Metro Station Service & Inspection (S&I) Rail Yard.   They have filed a special exception application (SEA) SEA-85-D-033-02 to expand the yard to accommodate the new Silver Line (they did have other options).   Fairfax County produced a staff report, which had an appendix 14: Consolidated Plan for: 1) Hazardous waste contingency plan, 2) spill prevention, control, and countermeasures plan, and 3) a stormwater pollution prevention plan.   When I read it, I wrote an email in April, 2009, to Supervisor Foust's office (Joe Gibson, now retired)and the Fairfax County Staff (St. Clair Williams),  asking questions about some of the things I read in the report.  When I got to Appendix 14, I asked the following questions:

### Appendix 14:  Consolidated Plan

Paragraph 4.3 – Potential Spill Sources.  According to this plan, "Spills from potential pollutant sources outside the buildings will be contained and absorbed using absorbent pads/booms **or may be captured by the storm sewer system, which discharges to the on-site storm water management pond.**"  The paragraph then goes on to say that "Potential pollutant sources from outside the buildings include fueling operations (antifreeze, gasoline, and diesel dispensers) and storage tanks.   In accompanying charts, the contents of above ground storage containers (Table 4-4) include: used oil, propylene glycol, diesel fuel, arca shock mix detergent, windshield washer fluid, and water treatment chemical.   Underground storage tank contents include (Table 4-2) diesel, gasoline, and heating oil.   How is it acceptable to plan that such pollutants, in the event of spillage, simply be released into the storm management pond? From the pond, they flow into the downstream creek, Pimmit Run, and pollute Pimmit Run, the Potomac River,  and the Chesapeake Bay!

Paragraph 4.5 – Storm Water Sampling Information.   Given that it is planned that spills could wind up in the storm water pond, periodic storm water sampling should be REQUIRED by VDEQ.  What is the justification for NOT REQUIRING it?

Paragraph 4.7 – Wastewater Pretreatment.   This paragraph states that "The parts washer wastewater is currently being disposed of off-site as non-hazardous waste by a contractor."  How are they disposing of it?  Here on McKay Street, we can detect the odor of what we think is wash fluid in the creek abutting McKay Street.   Are they dumping it into the stream?

o one answered my questions in writing.  Joe Gibson, who has been replaced by Benjamin Wiles, answered orally that he thought this Appendix was outdated and the Staff Report needed to be revised.   Fast forward to December: the staff report has not been revised, last time I checked, and

12/14/2009

AR0027865

uite possibly reflects exactly what they're doing.  I asked similar questions of Ben Wiles recently.   No answer yet.

I would like to find out if WMATA is polluting by testing the water.  How would I get that done?  We talked to VDCR back in May, 2009.   They do not trust anyone else to test the water but themselves, and they don't have enough testers to send anyone up here to test it!

Can you help?  Or do you know anyone who can help?  Are there commercial chemists who will do testing?   Are there groups interested in controlling pollution (this creek is part of a Chesapeake Bay Preservation Area) that can help?

It has been proposed that our stream be moved a short distance to allow for better storm water management.  This would lead to the felling of many trees over 40 years old and potentially increase the amount of water in the flood plain on our property.

Our address is                              .  You are invited here anytime, whether to check out hike possibilities or just to talk.  Thanks in advance for your help.

egards,

Hotmail: Trusted email with powerful SPAM protection. Sign up now.

12/14/2009

AR0027866

# Chesapeake, VA Chesapeake Bay TMDL Public Meeting Summary

December 15, 2009

Hampton Roads Planning District Commission
723 Woodlake Drive
Chesapeake, Virginia 23320

Agenda ................................................................................................... page 2

Attendee Details.................................................................................…..... page 3

Power Point Presentation.......................................................................... page 4

Questions Answered.............................................................................…... page 32

Questions Submitted................................................................................page 34

Comments..............................................................................………………... page 35

1

AR0027754

## Agenda

➢ **Welcome, introductions, and meeting logistics – Joan Salvati, VADCR (5 minutes)**

➢ **EPA presentation on the Chesapeake Bay TMDL and EPA expectations – Richard Batiuk and Bob Koroncai, EPA (40 minutes)**

➢ **Next steps – Al Pollock, VADEQ (15 minutes)**

➢ **Public comments, questions and answers – Panel moderated by Joan Salvati (60 minutes)**

➢ **Adjourn**

2

AR0027755

## **Attendee Detail**

**Total Live Attendees: 110**

**Registration Question:**

How did you hear about this Meeting?

- E-mail/Listserve (43)
- Other (30)
    - DEQ (3)
    - HRPCD (3)
    - VTC (2)
    - CSWCD VA
    - Farm Bureau
    - Home Builders Association
    - other consultant
    - phone discussion
    - VGPA
- U. S. EPA Web Site (14)
- Newspaper (7)
- Other Web Site _____ (6)
    - Town Hall (2)
    - DCR



AR0027756

**-386-**

**THE CHESAPEAKE BAY TMDL:**
**Restoring Waters of**
**Virginia and the**
**Chesapeake Bay**

**Bay TMDL Public Meeting**
**December 15, 2009**
**Hampton Roads, VA**

**Richard Batiuk and Bob Koroncai**
**U.S. EPA Region III**

## AGENDA

➢ Welcome, introductions, and meeting logistics — **Joan Salvati, VADCR (5 minutes)**

➢ EPA presentation on the Chesapeake Bay TMDL and EPA expectations — **Richard Batiuk and Bob Koroncai, EPA (40 minutes)**

➢ Next Steps — **Al Pollock, VADEQ (15 minutes)**

➢ Public comments, questions and answers — **Panel moderated by Joan Salvati (60 minutes)**

➢ Adjourn

4

AR0027757

**Panel to Address Public Comments**

➤ VA Department of Conservation and Recreation: Joan Salvati, Moderator

➤ EPA: Richard Batiuk

➤ EPA: Bob Koroncai

➤ VA Department of Environmental Quality: Al Pollock



5

AR0027758





AR0027759





7

AR0027760



# Special Case: James River

- The dissolved oxygen standards in the Bay and its tidal rivers are the basis for the working nutrient target loads being used to develop Watershed Implementation Plans in each Virginia river basin.
- However, the target loads in the James basin do not yet account for what will be needed to also meet the  chlorophyll standards, which were adopted due to high algae levels in the tidal James River.

8

AR0027761





AR0027762

## Chesapeake Bay Watershed-
### By the Numbers

- Largest U.S. estuary
- Six-states and DC, 64,000 square mile watershed
- 10,000 miles of shoreline (longer then entire U.S. west coast)
- Over 3,600 species of plants, fish and other animals
- Average depth: 21 feet
- $750 million contribution annually to local economies
- Home to 17 million people (and counting)
- 77,000 principally family farms
- Declared "national treasure" by President Obama

Source: www.chesapeakebay.net



# Nutrient Loads by State

**Nitrogen***
- WV 3%
- DE 3%
- DC 1%
- MD 20%
- NY 6%
- PA 41%
- VA 26%

**Phosphorus**
- WV 4%
- DE 2%
- DC 1%
- MD 19%
- NY 5%
- PA 24%
- VA 45%

*EPA estimates a nitrogen load of 284 million lbs nitrogen in 2008. EPA assumes a reduction of 7 million lbs due to the Clean Air Act. This leaves 77 millions lbs to be addressed through the TMDL process.

10

AR0027763





AR0027764





Summary: 2008 Bay Health Assessment
Restored Bay
Priority Areas
Percent of Goal Achieved
0 10 20 30 40 50 60 70 80 90 100
Water Quality
21% of Goals Achieved
Dissolved Oxygen 16
Mid-Channel Clarity 14
Chlorophyll a 27
Chemical Contaminants 28
Habitats & Lower Food Web
45% of Goals Achieved
Bay Grasses 42
Phytoplankton 53
Bottom Habitat 42
Tidal Wetlands Not quantified in relation to a goal
Fish & Shellfish
48% of Goals Achieved
Blue Crab 60
Oyster 9
Striped Bass 100
Shad 23
Juvenile Menhaden Not quantified in relation to a goal
Data and Methods: www.chesapeakebay.net/status_bayhealth.aspx

Low to no dissolved oxygen in the Bay every summer
2007 Summer Mean Dissolved Oxygen (bottom)
N

# The Chesapeake Bay TMDL

- EPA sets pollution diet to meet states' Bay clean water standards
- Caps on nitrogen, phosphorus and sediment loads for all 6 Bay watershed states and DC
- States set load caps for point and non-point sources



# The Bay science supports local pollution diets…



Phase 4 Bay Watershed Model (2000-2008)

Phase 5 Bay Watershed Model (2009-  )

13

AR0027766





AR0027767

## What are the Target Pollutant Cap Loads for the Bay Watershed?

__Current__ model estimates are that the states' Bay water quality standards can be met at basinwide loading levels of:

- 200 million pounds nitrogen per year
- 15 million pounds phosphorus per year

**(Sediment target cap load under development-will be available by spring 2010)**

## Dividing the Basinwide Target Loading

15

AR0027768

## Guidelines for Distributing the Basinwide Target Loads

- Water quality and living resource goals should be achieved.
- Waters that contribute the most to the problem should achieve the most reductions (on a per pound basis).
- All previous reductions in nutrient loads are credited toward achieving final cap loads.



16

AR0027769

# Current State Target Loads

| | Nitrogen | | | | Phosphorus | |
| --- | --- | --- | --- | --- | --- | --- |
| State | Tributary Strategy | Target Load | State | Tributary Strategy | Target Load |
| DC | 2.12 | 2.37 | DC | 0.10 | 0.13 |
| DE | 6.43 | 5.25 | DE | 0.25 | 0.28 |
| MD | 42.37 | 41.04 | MD | 2.54 | 3.04 |
| NY | 8.68 | 10.54 | NY | 0.56 | 0.56 |
| PA | 73.48 | 73.64 | PA | 3.10 | 3.16 |
| VA | 56.75 | 59.21 | VA | 6.41 | 7.05 |
| WV | 5.93 | 5.71 | WV | 0.43 | 0.62 |
| Total | 195.75 | 197.76 | Total | 13.39 | 14.84 |

All loads are in millions of pounds per year.



# Virginia's Past, Present and Future Estimated Loads

All scenarios run through Phase 5.2 Watershed Model

AR0027770

# Target Load Refinements

- **If States' Bay Water Quality Standards can still be achieved…**
  - The State may exchange nitrogen and phosphorus target loads within a basin; and/or
  - The State may exchange nitrogen and phosphorus loads from one basin to another within the State.



Pollution Diet for Each Tidal Water Segment

18

AR0027771





AR0027772



Example: Projected Nitrogen Delivery from Major Basin in Each Jurisdiction by Source Sector

➤ Also divide jurisdiction load by 303(d) segment drainage area and, by November 2011, local area
➤ Attain jurisdiction-wide load reductions by the interim target, or justify why can still meet final target
➤ Jurisdiction would determine desired 2-year schedule to meet interim and final target loads
➤ EPA first evaluates milestones based on consistency with jurisdiction target load. EPA accepts shifts among source sectors, basins, segment drainages, and local areas if jurisdiction target load is met and local and Bay water quality goals are achieved.

# Federal Consequences

- Directed at states not achieving expectations

- Will be outlined in an EPA letter this fall. May include:

    – Assigning more stringent pollution reductions to regulated point sources (e.g., wastewater, stormwater, CAFOs)

    – Objecting to state-issued NPDES permits

    – Limiting or prohibiting new or expanded discharges (e.g., wastewater, stormwater) of nutrients and sediment

    – Withholding, conditioning or reallocating federal grant funds

AR0027773

## Bay TMDL- Presidential Executive Order Connections

- Create Federal Leadership Committee
- Create the Performance and Accountability Framework
- Expand regulatory tools for CAFO's and urban and suburban runoff
- Improve nutrient and sediment controls on federal lands and roads
- Target farm conservation measures at high priority areas



21

AR0027774

## Bay TMDL: Bottom-line

- Actions will clean and protect local waters in VA thereby supporting the local economy
- Restore a thriving Chesapeake Bay
- Federal, state, local officials and agencies will be fully accountable to the public
- Consequences for inaction, lack of progress



## Further Information

- **Chesapeake Bay TMDL web site**
  **www.epa.gov/chesapeakebaytmdl**
- **U.S. EPA Region 3 Contacts**
  - **Water Protection Division**
    - Bob Koroncai
      - 215-814-5730; koroncai.robert@epa.gov
    - Jennifer Sincock (sincock.jennifer@epa.gov)
  - **Chesapeake Bay Program Office**
    - Rich Batiuk
      - 410-267-5731; batiuk.richard@epa.gov
    - Katherine Antos (antos.katherine@epa.gov)

22

AR0027775



# Virginia's Approach to Developing the Chesapeake Bay TMDL Watershed Implementation Plan

Department of Conservation and Recreation
Department of Environmental Quality
Secretary of Natural Resources
Commonwealth of Virginia

December 2009

## A Challenged Bay

➢ Loss of shellfish and finfish
➢ Habitat loss
➢ Annual dead zones
➢ Poor water clarity

23

AR0027776

## Successes to Date

➢ Much has been done using voluntary, incentive based, and regulatory programs

➢ 1985 Loads
  ➢ 102 million pounds Nitrogen
  ➢ 12.4 million pounds Phosphorus

➢ 2008 Estimated Loads
  ➢ 72.8 million pounds Nitrogen
  ➢ 7.2 million pounds Phosphorus

## The Challenge Ahead

➢ To meet water quality standards in the Chesapeake Bay and its tidal rivers, **there is more to do**

➢ Low hanging fruit – mostly gone

➢ Future reductions will be harder

➢ We all have a role

AR0027777

## What We Need to Achieve (and Maintain)

Virginia Bay Draft Initial Target Loads

➤ 59.2 million pounds Nitrogen

➤ 7.05 million pounds Phosphorus

➤ These targets are very likely to change

## Load Uncertainties

➤ Initial draft target loads provided by EPA based on dissolved oxygen **only**

➤ Impacts on target loads from water quality standards for bay grasses, water clarity and other localized issues not yet determined

➤ Will be spring 2010 before target loads are adjusted for these factors

25

## Vision for Virginia's Watershed Implementation Plan

➢ Focuses on "how" as well as the "how much"

➢ Equity between sectors

➢ Is relevant locally

➢ Uses adaptive management

## Actively engage stakeholders and the public

➢ Virginia Bay TMDL Webinar (October 2009)

➢ Initial EPA Public Meetings (December 2009)

➢ Go to Individual stakeholder meetings (2010)

➢ Stakeholder Advisory Group (early 2010)

➢ Use Interactive web-based tools (Ongoing)

➢ EPA Public Comment Period (Aug. – Oct. 2010)

➢ Additional outreach as necessary

26

AR0027779

## A Challenging Timeframe

EPA deadlines:

Phase I – Draft allocations and state strategies

➢ June 1, 2010 - Preliminary phase I plan by source sector and impaired segment drainage area
➢ August 1, 2010 – Draft phase I plan
➢ November 1, 2010 – Final phase I plan

Phase II – Local target loads and action plans

➢ June 1, 2011 – Draft phase II plan
➢ November 1, 2011 – Final phase II plan submitted to EPA

## Phase I – Draft Allocations by Source Sector and State Strategies

➢ State staff to consult with sector experts, then staff will develop projected BMP coverage levels
➢ Draft reviewed and refined following input by Stakeholder Group
➢ Used to derive potential nutrient and sediment load reductions and develop State strategies





27

AR0027780

## Phase I – Draft Allocations by Source Sector and State Strategies

Source Sectors
- Municipal and Industrial Wastewater
- Non-Significant Wastewater
- Municipal Combined Sewer Overflows [3 systems in VA]
- Industrial Stormwater
- Construction Stormwater
- MS4 Stormwater
- Non-MS4 Stormwater
- Confined Animal Feeding Operations (CAFOs)
- Agriculture – non CAFO
- Forest
- Atmospheric
- Onsite / septic systems

## Phase I – Draft Allocations Made to Individual Watershed Segments

- State agency staff will distribute the allowable loads into the various impaired segments and among the various sources

- Land use data (cropland, developed land, etc.) along with BMP coverage projections and resulting load reductions will be used

- Draft reviewed and refined following input by Stakeholder Group



Virginia's 35 Bay Watershed Segments

28

AR0027781

## Phase II - Local Target Loads and Action Plans

➢ Will work closely with local stakeholders to identify specific controls and practices to be implemented

➢ Agencies will initiate work later in 2010

➢ Due by November 2011



York River Segments and Jurisdictions

## 2-Year Milestone Process

➢ Biennial Milestones –Use adaptive management; identify specific actions needed to maintain schedule

➢ Continue to engage stakeholders and public

➢ Monitor and evaluate progress

➢ Next milestone period – January 1, 2012 to December 31, 2013 to be completed with phase II plan

29

AR0027782

## Want to find out more?

**EPA**

http://www.epa.gov/chesapeakebaytmdl/

**VA-DEQ**

http://www.deq.virginia.gov/tmdl/chesapeakebay.html

**VA-DCR**

http://www.dcr.virginia.gov/soil_and_water/baytmdl.shtml



30

AR0027783



AR0027784

**Questions Answered**

**Questions Answered (in the order in which they were asked):**

*Note: The letter indicates the source of each question. An "A" indicates that the question was submitted by the live audience. The cards were pre-numbered to easily identify the question once they were submitted. These questions are in the order in which they were asked. Some questions were rewritten for clarity.*

A2: Has anyone quantified the pollutant reductions achieved east of I-95 in Virginia since 1989 when we established the Chesapeake Bay Preservation Act in 1989? If so, are we (east of I-95ers) getting credit in the modeling and subsequent target loading?

A42: What will Accomack County have to do to meet the TMDL requirements? How will this directly affect the county? (Jim McGowan, Accomack County, Eastern Shore)

A9: What happened to tidal wetlands? How are they "not related to the goal"? Where is climate change impact figured in? TMDLs are needed. We've obviously gotten as much as we can with voluntary measures and tightening point sources. (Skip Stiles, Wetlands Watch)

A17: We have been hearing a lot of general information about the Bay TMDL and how it will be developed. Could EPA, DCR or DEQ outline some of the specific actions that local governments will be expected to take in order to reduce nitrogen, phosphorus, and sediment? What can we expect the Chesapeake Bay IP to look like? What specific actions will be required from the agricultural industry (not CAFOs)?

A4: Virginia is currently considering Emergency Regulations addressing Alternative Onsite Sewage Systems. How will the TMDL process interact with these regulations/activities? How do you quantify the nitrogen load from septic systems? (Marty Schlesinger, Director of Public Utilities, Gloucester Count)

A13: Since the TMDL is only protective of the Bay and Potomac, how will the TMDL be protective of other local water bodies such as the Elizabeth River?

A37: What type of adaptive management will be in place if reductions do not translate into meeting water quality standards?

A1: The state is going to have to give localities authority to regulate sources such as fertilizer. What plans does the state have to get needed legislation implemented?

A3c: Will EPA have direct funding available to localities to develop watershed implementation plans?

A19: Would it not be more appropriate to represent pollutant loads as a range rather than a single number? This could take into account the variability of rainfall from year to year and future increases in stream flows as a result of increased impervious cover.

A18: What is DEQ's anticipated plan for enforcement of non-municipal wastewater treatment system permits? Will there be more stringent standards and improved inspections?

AR0027785

A5: 'Phase 5 Bay Model' evaluates pollutant loads to the Bay (from major tributaries). What model/evaluation is being used to understand these pollutants' 'fate' once they enter the Bay?

A21: In urban areas, stormwater management is the biggest issue. Retrofitting for stormwater improvements is expensive. We can work to reduce the pollutants going into the stormwater system, but this will not solve the problem alone. Will there be funding opportunities for urban stormwater retrofit projects? We fully support this new TMDL process and its potential to make significant progress. (Karen Forget, Lynnhaven River Now)

A16: During Tributary Strategies, local governments and farmers provided input on BMPs installed and proposed. Many were apparently not counted because they were innovative (e.g. no till) or did not have EPA approved efficiencies (e.g. street sweeping). How will that considerable effort be counted in determining what else is needed and when we achieve it? (John Carlock, HRPDC)

A14: Given that Virginia has just passed revised stormwater requirements that are tied to the Bay TMDL and that the Bay TMDL has various targets based upon the 303(d) segment, is it likely that nutrient loading rates will vary by 303(d) segment?

33

AR0027786

**Questions Submitted**

**Questions Submitted (but not answered):**

A3a: To establish the baseline for pollutant loading reductions achieved to date, what data will localities and states need to provide EPA to account for load reductions to date?

A3b: When will this data need to be provided and to whom?

A3d: What are VDCR's plans if an, to incorporate Bay TMDL standards in the Virginia Bay Act?

A3e: How will new ELG's be factored into sediment TMDLs by EPA?

A3f: Will DEQ or DCR drive the process in Virginia?

A12: The issue of spray nozzle being a source of pollution. If a permit is needed, the time it would take to obtain this permit may make the actual spraying to be too late for the problem. Example: Spraying for worms in soybeans. (Tommy Jones)

A38: Urban BMPs generally cost $20,000 per pound of phosphorus removed (if not more). It costs $50 to buy a bag of fertilizer with 10 pounds of phosphorus and 10 pounds of nitrogen. It seems logical that without controlling/regulating fertilizer we will continue to fight a losing battle. Why is EPA/DCR not fighting for this regulation?

A20: How are the recreational/pleasure horse owners responsible for the 50# of nutrient-rich manure and much more gallons of urine? They do not fall under USDA/NRCS or SWCD (conservation district) purview. (Scott Rae)

A15: Concerning alga farming, couldn't it help? Hinder – have no effect. Contingent on the effective use of alga/petroleum.

A36: How will the TMDL be enforced, by "load reductions" or "allocations?" If by allocation, how will standards be established to calculate if allocations are being met?

34

AR0027787

# Comments

*The comments below have been paraphrased and are not a full transcription.*

A6 Comment: I applaud the Chesapeake Bay TMDL effort as a vital component of an eco-system wide restoration for the Bay. A meaningful recovery can only be achieved through a regional effort that considers both large scale and small scale issues and challenges. Cooperation between federal, state, and local governments is essential to this success. While I am concerned about the effect of nutrient trading options within the proposed TMDL between basins, I am hopeful that segment TMDLs and tributary standards will be developed to eliminate the potential of this trading to degrade or destroy eco-systems within the Chesapeake Watershed. (David Burden, Virginia Eastern Shorekeeper)

Skip Stiles
We've squeezed what we can out of voluntary and it is time to look at regulations.  We are now down to the next level that is going to be painful and costly. There are many other moving pieces to this – MS4s, Chesapeake Bay Preservation Act - phase 3, new regulations - it would be helpful for the state to help coordinate all of these pieces. Localities that are implementing these new pieces should also be getting credit for these. If someone could integrate these, it would help local governments make it fit.

Chuck Frederickson, River Keeper
We support EPA and the Commonwealth in this endeavor. We are also glad to hear the discussion of accountability and consequences. We have found that people more readily do what is inspected instead of just expected. We look forward to working with the state and EPA to craft a plan for the James River. We also plan to keep the pressure on for accountability and the consequences.

Christy Everett, CBF – Hampton Roads Office
I would like to thank EPA for this TMDL process. We see widespread algal blooms each year and the water clarity won't support submerged aquatic vegetation. Even if we go out and plant the grasses, the water quality will not support their growth.  I look forward to a cap on pollution and to see the results not only in the Bay but in the local waters in Hampton Road.

35

-418-

AR0027788

# Williamsburg, VA Chesapeake Bay TMDL Public Meeting Summary

December 15, 2009

2007 Legacy Hall
4301 New Town Avenue
Williamsburg, VA 23188

Agenda ..................................................................................................... page 2

Attendee Details.................................................................................... page 3

Power Point Presentation....................................................................... page 4

Questions Answered............................................................................. page 31

Questions Submitted............................................................................. page 34

Comments.............................................................................................. page 35

1

AR0027789

**Agenda**

➢ **Welcome, introductions, and meeting logistics – Al Pollock, VADEQ (5 minutes)**

➢ **EPA presentation on the Chesapeake Bay TMDL and EPA expectations – Richard Batiuk and Bob Koroncai, EPA (40 minutes)**

➢ **Next steps – Rick Hill, VADCR (15 minutes)**

➢ **Public comments, questions and answers – Panel moderated by Al Pollock (60 minutes)**

➢ **Adjourn**

2

## Attendee Detail

**Total Live Attendees: 110**

**Registration Question:**

How did you hear about this Meeting?

- E-mail/Listserve (32)
- Other (25)
    - Friend (5)
    - Colleague (4)
    - County Government
    - DCR
    - Kings Point Community
    - State HBAV
    - VA Farming TV
    - VACO
    - Virginia Town Hall
    - WCAN
    - Working on TMDLs for some time, 2 years or so
- U. S. EPA Web Site (7)
- Newspaper (5)
- Other Web Site _____ (5)
    - VA Agribusiness
    - JCC



3

AR0027791

## Panel to Address Public Comments

➢ VA Department of Environmental Quality: Al Pollock, Moderator

➢ EPA: Richard Batiuk

➢ EPA: Bob Koroncai

➢ VA Department of Conservation and Recreation: Rick Hill



4

AR0027792



**Local Water Quality Issues**



# Virginia's Chesapeake Bay Watershed River Basins

• About 34% of the Bay watershed is within Virginia - over 13.8 million acres

• Over 50% of Virginia drains to the Bay

• Five VA River Basins:
  - Potomac (3.6 million acres, 8.8%)
  - Rappahannock (1.7 million acres, 4.1%)
  - York (1.9 million acres, 4.7%)
  - James (6.4 million acres, 15.7%)
  - Eastern Shore (0.2 million acres, 0.5%)

• Virginia Land Uses
  Agriculture – 22%
  Urban – 12 %
  Forest – 66%

5

AR0027793





AR0027794



## Special Case: James River

- The dissolved oxygen standards in the Bay and its tidal rivers are the basis for the working nutrient target loads being used to develop Watershed Implementation Plans in each Virginia river basin.
- However, the target loads in the James basin do not yet account for what will be needed to also meet the

 chlorophyll standards, which were adopted due to high algae levels in the tidal James River.

7

AR0027795





AR0027796

## Chesapeake Bay Watershed- By the Numbers

- **Largest U.S. estuary**
- **Six-states and DC, 64,000 square mile watershed**
- **10,000 miles of shoreline (longer then entire U.S. west coast)**
- **Over 3,600 species of plants, fish and other animals**
- **Average depth: 21 feet**
- **$750 million contribution annually to local economies**
- **Home to 17 million people (and counting)**
- **77,000 principally family farms**
- **Declared "national treasure" by President Obama**

Source: www.chesapeakebay.net



# Nutrient Loads by State

**Nitrogen\***
WV 3% / DE 3% / DC 1% / MD 20% / NY 6% / PA 41% / VA 26%

**Phosphorus**
WV 4% / DE 2% / DC 1% / MD 19% / NY 5% / PA 24% / VA 45%

\*EPA estimates a nitrogen load of 284 million lbs nitrogen in 2008. EPA assumes a reduction of 7 million lbs due to the Clean Air Act. This leaves 77 millions lbs to be addressed through the TMDL process.

AR0027797





AR0027798





Summary: 2008 Bay Health Assessment
Restored Bay
Priority Areas
Percent of Goal Achieved
0 10 20 30 40 50 60 70 80 90 100
Water Quality
21% of Goals Achieved
Dissolved Oxygen 16
Mid-Channel Clarity 14
Chlorophyll a 27
Chemical Contaminants 28
Habitats & Lower Food Web
45% of Goals Achieved
Bay Grasses 42
Phytoplankton 53
Bottom Habitat 42
Tidal Wetlands Not quantified in relation to a goal
Fish & Shellfish
48% of Goals Achieved
Blue Crab 60
Oyster 9
Striped Bass 100
Shad 23
Juvenile Menhaden Not quantified in relation to a goal
Data and Methods: www.chesapeakebay.net/status_bayhealth.aspx

Low to no dissolved oxygen in the Bay every summer
2007 Summer Mean
Dissolved Oxygen (bottom)

AR0027799

# The Chesapeake Bay TMDL

- EPA sets pollution diet to meet states' Bay clean water standards
- Caps on nitrogen, phosphorus and sediment loads for all 6 Bay watershed states and DC
- States set load caps for point and non-point sources





The Bay science supports local pollution diets…

Phase 4 Bay Watershed Model (2000-2008)

Phase 5 Bay Watershed Model (2009- )

12

AR0027800





AR0027801

## What are the Target Pollutant Cap Loads for the Bay Watershed?

**Current** model estimates are that the states' Bay water quality standards can be met at basinwide loading levels of:

- 200 million pounds nitrogen per year
- 15 million pounds phosphorus per year

**(Sediment target cap load under development-will be available by spring 2010)**

## Dividing the Basinwide Target Loading

14

AR0027802

## Guidelines for Distributing the Basinwide Target Loads

- Water quality and living resource goals should be achieved.

- Waters that contribute the most to the problem should achieve the most reductions (on a per pound basis).

- All previous reductions in nutrient loads are credited toward achieving final cap loads.



# Nutrient Impacts on Bay WQ

15

AR0027803

## Current State Target Loads

| Nitrogen | | | | Phosphorus | | |
|---|---|---|---|---|---|---|
| State | Tributary Strategy | Target Load | | State | Tributary Strategy | Target Load |
| DC | 2.12 | 2.37 | | DC | 0.10 | 0.13 |
| DE | 6.43 | 5.25 | | DE | 0.25 | 0.28 |
| MD | 42.37 | 41.04 | | MD | 2.54 | 3.04 |
| NY | 8.68 | 10.54 | | NY | 0.56 | 0.56 |
| PA | 73.48 | 73.64 | | PA | 3.10 | 3.16 |
| VA | 56.75 | 59.21 | | VA | 6.41 | 7.05 |
| WV | 5.93 | 5.71 | | WV | 0.43 | 0.62 |
| Total | 195.75 | 197.76 | | Total | 13.39 | 14.84 |

All loads are in millions of pounds per year.



## Virginia's Past, Present and Future Estimated Loads

### Nitrogen

### Phosphorus

All scenarios run through Phase 5.2 Watershed Model

16

AR0027804

# Target Load Refinements

- **If States' Bay Water Quality Standards can still be achieved…**
  - The State may exchange nitrogen and phosphorus target loads within a basin; and/or
  - The State may exchange nitrogen and phosphorus loads from one basin to another within the State.



Pollution Diet for Each Tidal Water Segment

17

AR0027805





AR0027806



Example: Projected Nitrogen Delivery from Major Basin in Each Jurisdiction by Source Sector

> Also divide jurisdiction load by 303(d) segment drainage area and, by November 2011, local area
> Attain jurisdiction-wide load reductions by the interim target, or justify why can still meet final target
> Jurisdiction would determine desired 2-year schedule to meet interim and final target loads
> EPA first evaluates milestones based on consistency with jurisdiction target load. EPA accepts shifts among source sectors, basins, segment drainages, and local areas if jurisdiction target load is met and local and Bay water quality goals are achieved.

# Federal Consequences

• Directed at states not achieving expectations

• Will be outlined in an EPA letter this fall. May include:

– Assigning more stringent pollution reductions to regulated point sources (e.g., wastewater, stormwater, CAFOs)

– Objecting to state-issued NPDES permits

– Limiting or prohibiting new or expanded discharges (e.g., wastewater, stormwater) of nutrients and sediment

– Withholding, conditioning or reallocating federal grant funds

19

AR0027807

## Bay TMDL- Presidential Executive Order Connections

- Create Federal Leadership Committee
- Create the Performance and Accountability Framework
- Expand regulatory tools for CAFO's and urban and suburban runoff
- Improve nutrient and sediment controls on federal lands and roads
- Target farm conservation measures at high priority areas



20

AR0027808

## Bay TMDL: Bottom-line

- **Actions will clean and protect local waters in VA thereby supporting the local economy**
- **Restore a thriving Chesapeake Bay**
- **Federal, state, local officials and agencies will be fully accountable to the public**
- **Consequences for inaction, lack of progress**



## Further Information

- **Chesapeake Bay TMDL web site**
  **www.epa.gov/chesapeakebaytmdl**
- **U.S. EPA Region 3 Contacts**
  - **Water Protection Division**
    - **Bob Koroncai**
      - 215-814-5730; koroncai.robert@epa.gov
    - **Jennifer Sincock (sincock.jennifer@epa.gov)**
  - **Chesapeake Bay Program Office**
    - **Rich Batiuk**
      - 410-267-5731; batiuk.richard@epa.gov
    - **Katherine Antos (antos.katherine@epa.gov)**

21

AR0027809



**Virginia's Approach to Developing the Chesapeake Bay TMDL Watershed Implementation Plan**

Department of Conservation and Recreation
Department of Environmental Quality
Secretary of Natural Resources
Commonwealth of Virginia

December 2009

## A Challenged Bay

➢ Loss of shellfish and finfish
➢ Habitat loss
➢ Annual dead zones
➢ Poor water clarity

22

AR0027810



## Successes to Date

➢ Much has been done using voluntary, incentive based, and regulatory programs

➢ 1985 Loads
  ➢ 102 million pounds Nitrogen
  ➢ 12.4 million pounds Phosphorus

➢ 2008 Estimated Loads
  ➢ 72.8 million pounds Nitrogen
  ➢ 7.2 million pounds Phosphorus

## The Challenge Ahead

➢ To meet water quality standards in the Chesapeake Bay and its tidal rivers, **there is more to do**

➢ Low hanging fruit – mostly gone

➢ Future reductions will be harder

➢ We all have a role

23

AR0027811

## What We Need to Achieve (and Maintain)

Virginia Bay Draft Initial Target Loads

➢ 59.2 million pounds Nitrogen

➢ 7.05 million pounds Phosphorus

➢ These targets are very likely to change

## Load Uncertainties

➢ Initial draft target loads provided by EPA based on dissolved oxygen **only**

➢ Impacts on target loads from water quality standards for bay grasses, water clarity and other localized issues not yet determined

➢ Will be spring 2010 before target loads are adjusted for these factors

24

AR0027812

## Vision for Virginia's Watershed Implementation Plan

➢ Focuses on "how" as well as the "how much"

➢ Equity between sectors

➢ Is relevant locally

➢ Uses adaptive management

## Actively engage stakeholders and the public

➢ Virginia Bay TMDL Webinar (October 2009)

➢ Initial EPA Public Meetings (December 2009)

➢ Go to Individual stakeholder meetings (2010)

➢ Stakeholder Advisory Group (early 2010)

➢ Use Interactive web-based tools (Ongoing)

➢ EPA Public Comment Period (Aug. – Oct. 2010)

➢ Additional outreach as necessary

25

AR0027813

## A Challenging Timeframe

### EPA deadlines:

Phase I – Draft allocations and state strategies

- ➤ June 1, 2010 - Preliminary phase I plan by source sector and impaired segment drainage area
- ➤ August 1, 2010 – Draft phase I plan
- ➤ November 1, 2010 – Final phase I plan

Phase II – Local target loads and action plans

- ➤ June 1, 2011 – Draft phase II plan
- ➤ November 1, 2011 – Final phase II plan submitted to EPA

## Phase I – Draft Allocations by Source Sector and State Strategies

- ➤ State staff to consult with sector experts, then staff will develop projected BMP coverage levels 
- ➤ Draft reviewed and refined following input by Stakeholder Group
- ➤ Used to derive potential nutrient and sediment load reductions and develop State strategies 



26

AR0027814

## Phase I – Draft Allocations by Source Sector and State Strategies

Source Sectors
- Municipal and Industrial Wastewater
- Non-Significant Wastewater
- Municipal Combined Sewer Overflows [3 systems in VA]
- Industrial Stormwater
- Construction Stormwater
- MS4 Stormwater
- Non-MS4 Stormwater
- Confined Animal Feeding Operations (CAFOs)
- Agriculture – non CAFO
- Forest
- Atmospheric
- Onsite / septic systems

## Phase I – Draft Allocations Made to Individual Watershed Segments

- State agency staff will distribute the allowable loads into the various impaired segments and among the various sources

- Land use data (cropland, developed land, etc.) along with BMP coverage projections and resulting load reductions will be used

- Draft reviewed and refined following input by Stakeholder Group



Virginia's 35 Bay Watershed Segments

27

AR0027815

## Phase II - Local Target Loads and Action Plans

➢ Will work closely with local stakeholders to identify specific controls and practices to be implemented

➢ Agencies will initiate work later in 2010

➢ Due by November 2011



York River Segments and Jurisdictions

## 2-Year Milestone Process

➢ Biennial Milestones –Use adaptive management; identify specific actions needed to maintain schedule

➢ Continue to engage stakeholders and public

➢ Monitor and evaluate progress

➢ Next milestone period – January 1, 2012 to December 31, 2013 to be completed with phase II plan

AR0027816

## Want to find out more?

**EPA**

http://www.epa.gov/chesapeakebaytmdl/

**VA-DEQ**

http://www.deq.virginia.gov/tmdl/chesapeakebay.html

**VA-DCR**

http://www.dcr.virginia.gov/soil_and_water/baytmdl.shtml



29

AR0027817



AR0027818

## Questions Answered

**Questions Answered (in the order in which they were asked):**

*Note: The letter indicates the source of each question. An "A" indicates that the question was submitted by the live audience. The cards were pre-numbered to easily identify the question once they were submitted. These questions are in the order in which they were asked. Some questions were rewritten for clarity.*

A95: What role will local governments play in enforcement of the TMDLs on the load caps?

A9: The Webinar held on 10/2/2009 showed pie charts listing atmospheric deposition for nitrogen pollution as 20% contribution from mobile, utilities, industries. The pie chart tonight didn't seem to address these sources. While nitrogen is indeed a pollutant of concern, mercury and other heave metals as well as PM adsorb onto sediments or become sediment that ends up in the Chesapeake Bay. Are CAA permits being written to minimize pollution ending up in the Bay? (Linda Cole)

A6a&b: Why haven't 20 years of Virginia's Chesapeake Bay Preservation Act program implementation worked? How much more can reasonably be accomplished by lands and localities below the fall line? Especially when not seeing a whole lot of effort above the fall line and in major contributing areas (like PA)?

A16: What is the EPA going to do concerning on-site wastewater systems in Virginia- septic systems within 1000 feet of tidal waters as an example? How can we implement a Bay Preservation fund similar to Maryland? (Reed Johnson)

A4: I know what models were/are used to develop the TMDL, and I know how long ago the models were obtained/ compiled. I would like to know when current conditions are going to be used to develop TMDLs.

A31: You indicated that phosphorus targets are "likely to change," between now and final publication of the TMDL. Has there been a change in the water quality data, modeling approach or assignment method that is driving this change? If so, why is it that the current load targets are uncertain?

A3: How are TMDLs being developed? What models are being used and have they been verified? Once established, how will TMDL be measured in the future? For impairments, how are they defined, how often, and if measured once, do they ever change?

A110: Being that we have spent millions on cleaning up the Bay and we are monitoring the pollution, would the EPA consider stepping up and taking over or being an integral part of the Clean Air Act and the US Army Corps 401 & 404 permits for Old Dominion Electric Cooperative's 1500 MW conventional coal fired power plant? This would be the largest coal-fired power plant in the state. Thank you so very much for holding these meetings. With local government seeking additional revenues it seems as though the EPA may be our only hope. Thanks again.

A37c: How much funding and to which agencies will it go to implement President Obama's Executive Order?

31

AR0027819

A27: Do the 92 impairment TMDLs within the Chesapeake Bay include impairments for bacteria such as the Powhaton and Mill Creeks in James City County?

A8: Developing TMDL involves high level science such as using the models. We find inexperienced scientists doing such modeling generating flawed results. We have an example. How will you make sure no model mistakes happen? If there are experts willing to help, how could they contact you and help you? (Deva Borah, Woolpert, Inc.)

A26: Will the EPA have any role in preventing any new major point source polluters such as the huge coal plant proposed for just 18 miles from Williamsburg? (Christine Llewellyn)

A25: You have described a productive and fragile system in the Chesapeake Watershed. How does EPA view the introduction of a 1500 MW coal fired electric plant 10 miles from this room – that will emit 118 pounds of mercury and 3000 tons of nitrogen oxide every year? Thank you for coming to Williamsburg.

A20a: How will all best management practices (voluntary and cost share) on farms be reflected in the TMDL? There is an agreement that not all practices are being counted. Why does the TMDL need to be completed by 12/10 when the court order has a deadline of 05/11? A hurried process without accounting for all farm BMPs is impractical and inaccurate.

A96: Since EPA is establishing loading limits (caps) for the TMDL and one can expect population increases and land use change, won't the local/state TMDL implementation continually ratchet tighter in order to meet EPA's caps? In other words if Virginia meets its cap, won't Virginia have to continue increased reductions just to maintain any achievements?

A18a: Does the role that budget (federal and state) plays from year to year and administration changes affect accomplishment? In the past, many programs were funded and implemented only to be eliminated the next budget year or administration. One step forward, two back. How does this or these target strategies stay in place and move through transitions?

A18b: How do you account for major weather events (hurricanes) which are especially important when measures are made and consequences are assigned?

A23a: Under pollutants and possibly sediment, what effect do you see the TMDL having on mercury deposition?

A22: How will EPA ensure that potential future sources are included in the load allocations?

A19: What assurance is there that federal funding will be appropriate? What happens when funding is not available? What are the consequences when federal and state lands do not meet their own reductions? Why not require federal and state lands/waters to be cleaned up first and completely? What incentive programs do you propose for urban/suburban load reductions? In other words, are there carrots versus sticks? The consequences appear counter-productive – withholding funding/grants for programs that promote water quality. Please explain. How many more employees is EPA hiring to implement these goals that could be sued more productively to help industries comply?

AR0027820

A103: Will state agencies (Virginia specifically) look beyond the traditional sources of pollutants for reductions like industry and utilities (atmospheric)? Will states like Virginia delay approval of major sources of pollution until after TMDL strategies are fully developed? (James Craig, Surry, VA)

A1: Restoration of Virginia's watersheds in a worthy goal, but if the EPA continues to ignore the prevention of pollution then we will continue to waste money to no effect. As you probably know the Commonwealth's Department of Conservation and Recreation disgraces itself last month by rescinding stormwater regulations that had been developed by experts over a three year period. The DCR, as you know, was operating under the authority delegated by the EPA, your agency. So, my question is, when will the EPA finally begin to enforce or cause their delegates to enforce the Clean Water Act? (Jack Haldeman)

A5: When PHII is implemented is there a federal or state grant program planned to help those localities that cannot afford it? How are the new stormwater regulations in Virginia going to impact our portion of the TMDL? It is hard enough for Virginia to meet our goals so it will be extremely hard on our northern neighbors. Are they going to achieve their goals? Is this going to work? What have they done up to now?

A59: Prior to implementation of the Chesapeake Bay Act the department of soil and water conservation suggested removing trees within 20 feet of shorelines to promote wetlands grass growth as a buffer. Now no trees are removed. The grasses die. The shoreline erodes, collapsing trees, which pulls up soils. People have to hire marine contractors to harden the shoreline which starves marshes are there. Is there common sense in the new regulations?

A39: As part of the framework for the TMDL regulations, will financial impacts be assessed? It should. Based on what has been published, there will be significant financial impacts to the state program, local program, development/agricultural community, and wastewater treatment plants. Will federal funding be available for assistance to the state and to localities?

A14: Why when EPA and DCR talk, they focus on land use and future development rather than the 400 years of existing development that has little or no treatment?

A106b: Does the EPA's strategy for meeting the TMLD targets involve any efforts to "retrofit" older, existing neighborhoods built before current stormwater standards and help them meet current standards?

A12: How do you determine where percentages come from for agriculture and urban areas?

33

AR0027821

## Questions Submitted

**Questions Submitted (but not answered):**

A6c: What will force states that to date haven't done much to seriously and correctly address implementation now when it hasn't worked in the past?

A37a: HRSD as a regulated source already has to reduce its inputs of nitrogen and phosphorus – is it realistic to be able to squeeze more out of them and others?

A37b: Is Virginia getting a "consequences letter?"

A20b: When will compliance begin to be required? How do the states' two year milestones impact the TMDL?

A20c: What will happen when milestones cannot be achieved because funding/fiscal resources are absolutely not available (recognizing that states must balance their budgets)?

A20d: How are nutrients from wildlife accounted for?

A20e: How many businesses (farms and others) have to cease operations because of new regulations before the process is determined to be too draconian?

A20f: Will there be a trigger to stop enforcement when businesses fail or economic growth stalls?

A20g: Why is the Cardin/Cummings proposal legislation necessary to codify the TMDL when it is court order?

A23b: Old Dominion Electric Cooperative is threatening to place a 1500 MW coal-fired plant in Surry County. How could they 6,169,960 pounds of annual NOx emissions affect Virginia's goals? (Lisa Craig)

A106a: Given that in Virginia that 58% of the phosphorus load comes from agriculture and that 38% of nitrogen load come from agriculture, what mandatory measures will be placed on agriculture, such as buffers?

A24: How will the coal plant in Surry, Virginia affect the TMDL? Any chance the EPA can kill this plant? (Betsy Shepard)

A105: How do you see this plant, if approved, to affect the health of the Chesapeake Bay? What role can EPA play in affecting approval/disapproval of proposed plant? (Anne Allen)

A21: Why a coal plant and not a gas or nuclear plant?

AR0027822

## Comments

*The comments below have been paraphrased and are not a full transcription.*

Reed Johnston – Territory manager for onsite wastewater (septic) systems that runs from Pennsylvania down to Virginia

Onsite septic systems contribute nitrogen to the bay. Think of all of the homes that are within 1,000 feet of tidal waters in Virginia. Nutrients from these onsite systems are an important part of the equation that need to be reduced. Maryland allows a tax of $30 for every home owner that has a septic system. The money that is collected is for agriculture and onsite treatment systems that are within 1,000 feet of tidal waters. My modeling shows that 12 million pounds of nitrogen is from onsite septic systems. Do we really know how much nitrogen is contributed by septic systems? No. I support what EPA is doing and I hope that you will support a way to fund this. We can talk all day long, but where is the money going to come from? Maryland has found a way to help protect the Bay, how are we going to do that?

Jeanine Burns – Supervisor from Mathews Co.

Mathews County is a rural peninsula. Our county is at or near sea level and is 100% on well water and 95% on septic systems. We have a small sanitary district. Mathews County supports what EPA is doing and the board unanimously requested the re-authorization of the Clean Water Act by the state government in Richmond. One suggestion we have is to include the health departments. The health departments have fine individuals employed that effectively do nothing to regulate septics. With great encouragement, they'll send letters to septic owners, but the next penalty beyond the letter is a criminal charge and the health departments just are not willing to go there. There is no interim penalty between the letter and the criminal penalty.

We are concerned over the new regulations from July 1, 2008 that decided that there is no non-buildable land in Virginia. All land is buildable with an atypical wastewater system as long as an engineer signs off on the design. Personally, I would like to see a relaxation of Dillon rule. Allow a locality, based on its individual needs, to allow a locality to monitor and maintain systems to at least have the opportunity to try.

Comments below are by Christine Lewellyn

35

AR0027823

## EPA TMDL meeting Williamsburg 12/15/09

My name is Christine Llewellyn.  I am a resident of James City County, a physician and the Director of the Williamsburg Climate Action Network.

First, let me thank you for hosting these meetings all throughout the Chesapeake Bay states.  After years of inadequate action on Bay cleanup, I am delighted for this very important step in the right direction and your openness for public input.

As a radiologist, I know a few things about the dangers of a substance that you can't see, smell, feel, hear or taste.

I am enormously concerned about the significant level of pollutants that the proposed huge coal fired power plant in Surry County will be pouring into an already fragile Bay, including thousands of tons of nitrogen and sulfur dioxide and 116 lbs of mercury, when 1300 miles of Virginia rivers and 40,000 acres of Virginia lakes are already contaminated by mercury.

AR0027824

- 2 -

This plant is also projected to emit 14.6 million tons of carbon dioxide, contributing to acidification of Bay waters and threatening restoration of native oysters, as well as contribute to sea level rise in an area second in vulnerability to sea level rise only to New Orleans in the U.S.

It is my sincere hope that the EPA will seriously look at the contribution to Bay degradation this proposed plant will make, and act accordingly.

Thank you.

37

AR0027825

# SURRY COAL FIRED ELECTRIC PLANT A GOOD NEIGHBOR ?



**In December 2008, Old Dominion Electric Cooperative announced their plan to build a 1500 megawatt coal fired electric plant in the town of Dendron, Surry County, Virginia.** If built, the Surry Plant would be the largest coal fired plant in Virginia, and it would be located within an area anxious to maintain its small town, rural character and near a major population area of 1.7 million people who live downwind from the pollution.

## Why Should You Care ?

### our health

Due to emissions of deadly fine particle soot, ozone smog pollution, and toxic mercury, Virginia ranks as one of the ten top most dangerous states to live in for power plant pollution. Those living within a 30 mile radius of a plant, especially children, experience the most serious effects. The Surry Plant will add yearly:

**Fine particle pollution** - 2,155 tons - causes increased asthma attacks, hospitalizations and shortens lives of about 990 Virginians each year.

**Sulfur Dioxide** - 3,685 tons - affects breathing, and may aggravate existing respiratory and cardiovascular disease.

**Nitrogen Oxide** - 3,085 tons - causes eye, nose and throat irritation at low levels and serious damage to the tissues of the upper respiratory tract, fluid build-up in the lungs and death at high exposure levels.

**Ozone or smog pollution** at low levels can cause coughing, wheezing, shortness of breath and chest pain. At higher levels it can cause lung tissue damage, reduced lung capacity and premature death.

**Mercury** - 118 lbs. - causes mental retardation, brain damage in the fetal stage, learning disabilities in children, and increases the risk of heart disease.

### our environment

The ODEC Surry Plant would release **14.6 million tons of carbon dioxide annually,** and at present no commercially viable technology exists to capture CO2 emissions from the pulverized coal plant planned for Surry County.

**Rising Coastal Waters.** CO2 is the leading cause of climate change which increases sea-level rise in coastal Virginia - the second most vulnerable area in the U.S. Scientists predict a 1 to 2 foot rise for the Tidewater area in this century.

**Water.** According to the EPA, power plants are responsible for 41 percent of the total mercury emitted by all known sources. Approximately 1,300 miles of Virginia rivers and nearly 40,000 acres of Virginia lakes are already contaminated by mercury. The Surry Plant would be in an area adjacent to wetlands and the Blackwater River, near the James River and the Chesapeake Bay - all within the 60 mile radius where airborne mercury causes serious contamination. Nitrogen from power plants already accounts for more than 90 million pounds of pollution in the bay each year.

**Coal Fly Ash.** Numerous studies have shown that fly ash can leach toxic substances that cause cancer, birth defects, and other health problems.

**Crops.** Nitrogen oxide causes forest and crop damage. NASA released a report in May 2009 on the harmful effects of rising surface ozone concentrations on soybeans.

38

AR0027826

## We need electricity and jobs.  What are the alternatives ?

### Electricity Alternatives

**Energy Efficiency and Conservation**
The 2007 Virginia Energy Plan concluded that energy efficiency and conservation measures can provide the quickest, most cost-effective ways to meet Virginia's future energy needs.  With a combination of energy industry, state, and consumer investment, we can have the tax incentives and consumer education and to meet the established goal of reducing Virginia's energy consumption by 10 per cent by 2022. The American Council for an Energy Efficient Economy says that Virginia can meet 19 per cent of its electricity needs by moderate efficiency measures by 2025, allowing for growth. Energy efficiency and conservation can save ratepayers billions of dollars.

**Wind Power.**   According to studies by the Virginia Coastal Energy Research Consortium, the shallow waters off our coast make Virginia one of the prime states for locating offshore wind capacity. Harnessing offshore wind could produce 20% of Virginia's electricity needs and accommodate existing ocean uses.
A  Phase One development of 500 to 600 MW off Hampton Roads would create over 1000 high-skill

jobs while providing clean, sustainable energy at reliable and competitive costs.  At present, several energy companies are considering sites for wind farms in southwest and coastal Virginia.

**Biomass.**
Biomass is plant matter such as forest product waste, grasses, and biological material such as algae that can be used for the production of electric power, fuels, and heat.  The 2007 Virginia Energy Plan estimates 750MW potential from biomass.  One of the largest biomass electric plants in the U.S. is an 80MW facility outside of Danville, Virginia.

### Job Alternatives

According to a report issued by the Pew Charitable Trusts, Virginia in the past decade has realized nearly 17,000 clean energy economy jobs and attracted almost $71 million in clean technology venture capital in the past three years.
The green energy economy creates more jobs and better jobs in more geographic areas of Virginia than does the coal fired electric power generation industry.

## What can you do ?

Citizens can make a difference in the decisions on what form of energy is utilized to produce our electricity.   Coal has been a cheap choice, but it is not cheap if you remove the subsidies and add in the health costs.

- Educate your family, friends, community.

- Write to you local newspaper, TV and radio.

- Contact your local officials.

- Contact your state officials and legislators.

**Tell them about your choice.**

## Sources

Pollution statistics:  Old Dominion Electric Cooperative
Sea level rise:  www.nwf.org/globalwarming/pdfsVirginia.pdf
Mercury:  www.epa.gov/mercury/control_emissions/index.htm
Water: www.cbf.org/Page.aspx?pid=1141
Fly ash:  New York Times, 1/7/2009
Crop damage:  www.nasa.gov/centers/langley/news/researchnews/soybeans.html
2007 Virginia Energy Plan: www.governor.virginia/TempContent/2007VA_Energy_Plan-Full_Document.pdf
Efficiency-ACEEE:  wiseenergyforvirginia.org/downloads/vaaceee.pdf
Wind:  www.vcerc.org
Jobs:  www.pewglobalwarming.org/cleanenergyeconomy/Virginia.html
Other Sources:  Clean Air Task Force: www.catf.us
American Lung Association: www.lungusa.org
Physicians for Social Responsibility:  www.psr.org
Wise Energy for Virginia:  wiseenergyforvirginia.org

**Williamsburg Climate Action Network - WCAN - www.williamsburgclimate.org    Sept. 2009**

AR0027827