RECORD NO. 13-4079

In The

# United States Court of Appeals
## For The Third Circuit

**AMERICAN FARM BUREAU FEDERATION; PENNSYLVANIA FARM BUREAU; THE FERTILIZER INSTITUTE; U.S. POULTRY & EGG ASSOCIATION; NATIONAL PORK PRODUCERS COUNCIL; NATIONAL CORN GROWERS ASSOCIATION; NATIONAL ASSOCIATION OF HOME BUILDERS,**

*Plaintiffs – Appellants*,

**v.**

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**

*Defendants – Appellees*.

**CHESAPEAKE BAY FOUNDATION; CITIZENS FOR PENNSYLVANIAS FUTURE; DEFENDERS OF WILDLIFE; JEFFERSON COUNTY PUBLIC SERVICE DISTRICT; MIDSHORE RIVERKEEPER CONSERVANCY; NATIONAL WILDLIFE FEDERATION; VIRGINA ASSOCIATION OF MUNICIPAL WASTEWATER AGENCIES, INC; MARYLAND ASSOCIATION OF MUNICIPAL WASTEWATER AGENCIES; NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES; PENNSYLVANIA MUNICIPAL AUTHORITIES ASSOCIATION,**

*Intervenors – Appellees*.

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____

**JOINT APPENDIX
VOLUME III OF V
(Pages 632 – 1105)**

_____

(Counsel listed inside cover)

**THE LEX GROUP** ♦ 1108 East Main Street ♦ Suite 1400 ♦ Richmond, VA 23219
(804) 644-4419 ♦ (800) 856-4419 ♦ Fax: (804) 644-3660 ♦ www.thelexgroup.com

# RECORD NO. 13-4079

Kirsten L. Nathanson
Richard E. Schwartz
David Y. Chung
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2887

*Counsel for American Farm Bureau Federation;*
*Pennsylvania Farm Bureau; Fertilizer Institute;*
*U.S. Poultry & Egg Association;*
*National Pork Producers Council;*
*National Corn Growers Association; and*
*National Association of Home Builders*

Marc B. Kaplin
Gregg I. Adelman
William D. Auxer
KAPLIN, STEWART, MELOFF, REITER & STEIN
910 Harvest Drive
Post Office Box 3037
Blue Bell, Pennsylvania 19422
(610) 941-2666

*Counsel for National Association of Home Builders*

John D. Gunter, II
UNITED STATES DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 514-3785

*Counsel for Environmental Protection Agency*

Jon A. Mueller
THE CHESAPEAKE BAY FOUNDATION
6 Herndon Avenue
Annapolis, Maryland 21403
(443) 482-2162

*Counsel for Chesapeake Bay Foundation;*
*Citizens for Pennsylvanias Future; Defenders of*
*Wildlife; Jefferson County Public Service District;*
*Midshore Riverkeeper Conservancy; and*
*National Wildlife Federation*

Steven A. Hahn
HAMBURG, RUBIN, MULLIN, MAXWELL & LUPIN
375 Morris Road
Post Office Box 1479
Lansdale, Pennsylvania 19446
(215) 661-0400

*Counsel for Pennsylvania Municipal Authorities Association*

Amanda J. Lavis
Robert J. Tribeck
RHOADS & SINON LLP
One South Market Square, 12th Floor
Post Office Box 1146
Harrisburg, Pennsylvania 17108
(717) 233-5731

*Counsel for American Farm Bureau Federation;*
*Pennsylvania Farm Bureau; Fertilizer Institute;*
*U.S. Poultry & Egg Association;*
*National Pork Producers Council;*
*National Corn Growers Association; and*
*National Association of Home Builders*

Stephen R. Cerutti, II
OFFICE OF UNITED STATES ATTORNEY
220 Federal Building and Courthouse
228 Walnut Street
Post Office Box 11754
Harrisburg, Pennsylvania 17108
(717) 221-4482

*Counsel for Environmental Protection Agency*

Kent E. Hanson
UNITED STATES DEPARTMENT OF JUSTICE
Environmental Defense Section
Land and Natural Resources Division
Post Office Box 23986
Washington, D.C. 20026
(202) 514-2327

*Counsel for Environmental Protection Agency*

Christopher D. Pomeroy
AQUALAW
6 South 5th Street
Richmond, Virginia 23219
(804) 716-9021

*Counsel for Virgina Association of*
*Municipal Wastewater Agencies, Inc.;*
*Maryland Association of Municipal*
*Wastewater Agencies; and*
*National Association of Clean Water Agencies*

# TABLE OF CONTENTS

| Document Description | JA No. |
|---|---|
| **VOLUME I** | |
| Notice of Appeal.<br>    filed October 7, 2013.<br><br>(ECF No. 153) | 1 |
| Memorandum Opinion.<br>    filed September 13, 2013.<br><br>(ECF No. 150) | 5 |
| Judgment.<br>    filed September 17, 2013.<br><br>(ECF No. 151) | 104 |

## TABLE OF CONTENTS

| Document Description | JA No. |
|---|---|
| **VOLUME II** | |
| Civil Docket for Case #1:11-cv-00067-SHR. | 106 |
| Chesapeake Bay Partnership. The Chesapeake Bay Agreement of 1983. Washington, DC.<br>      dated December 9, 1983.<br><br>(AR0005488-AR0005489) | 135 |
| Chesapeake Executive Council. Chesapeake Bay Agreement. Annapolis, MD.<br>      dated December 15, 1987.<br><br>(AR0005481-AR0005487) | 137 |
| EPA Guidance for Water Quality-based Decisions, the TMDL Process.<br>      dated April 1991.<br><br>(ECF No. 100, Exhibit N) | 144 |
| Chesapeake Executive Council. Amendments to the Chesapeake Bay Agreement. Annapolis, MD.<br>      dated August 12, 1992.<br><br>(AR0005478-AR0005480) | 206 |
| Chesapeake Executive Council. Chesapeake Executive Council Directive No. 93  1 Joint Tributary Strategy Statement. Annapolis, MD.<br>      dated December 27, 1993.<br><br>(AR0005476-AR0005477) | 209 |
| Memorandum of Understanding Between the State of Maryland and the U.S. Environmental Protection Agency, Region III, Regarding Section 303(d) and 303(e) of the Clean Water Act.<br>      dated 1998.<br><br>(AR0012622-AR0012636) | 211 |

| Document Description | JA No. |
|---|---|
| U.S. District Court for the Eastern District of Virginia: Consent Decree: American Canoe Association and the American Littoral Society v. U.S. Environmental Protection Agency. C.A. No. 98-979-A.<br>    dated June 11, 1999.<br><br>(AR0012527-12538, AR0012556, AR0012566, AR0012599-AR0012607) | 226 |
| Chesapeake Executive Council. Chesapeake 2000. Chesapeake Bay Program, Annapolis, MD.<br>    dated June 28, 2000.<br><br>(AR0005417-AR0005429) | 249 |
| Sutfin, C.H. Memorandum: EPA Review of 202 Section 303(d) Lists and Guidelines for Reviewing TMDLs under Existing Regulations issues in 1992.<br>    dated May 20, 2002.<br><br>(AR0022597-AR0022605) | 262 |
| Secretary Tayloe Murphy. "Summary of Decisions Regarding Nutrient and Sediment Load Allocations and New Submerged Aquatic Vegetation (SAV) Restoration Goals." Memorandum to the Principals' Staff Committee members and representatives of the Chesapeake Bay headwater states. Virginia Office of the Governor, Natural Resources Secretariat, Richmond, VA.<br>    dated April 25, 2003.<br><br>(AR0005397-AR0005405) | 271 |
| Chesapeak Executive Council:  Chesapeak Executive Council Directive No. 03-2 Meeting the Nutrient and Sediment Reduction Goals. Annapolis, MD.<br>    dated December 9, 2003.<br><br>(AR0005395-AR0005396) | 280 |

| Document Description | JA No. |
|---|---|
| Virginia Exchange Compliance Plan, and Exhibit B, Comparison of Significant Dischargers in the Potomac-Shenandoah Watershed, Summary of TMDL Appendix Q.<br>      dated July 31, 2007.<br><br>(ECF 122, Ex. A) | 282 |
| Chesapeake Bay Partnership, Principals' Staff Committee. Meeting Summary.<br>      dated October 1, 2007.<br><br>(ECF No. 100, Exhibit F) | 295 |
| Scientific and Technical Advisory Committee. Chesapeake Bay Watershed Model Phase V Review. STAC Publication 08-003.<br>      dated February 20, 2008.<br><br>(AR0015010-AR0015022) | 300 |
| Chesapeake Bay Partnership, Principals' Staff Committee. Meeting Summary.<br>      dated June 18, 2008 (Draft dated August 22, 2008).<br><br>(ECF No. 110, Exhibit A) | 313 |
| Excerpt from Welsh, D.S., Regional Administrator:  Region 3 Letter to Maryland Secretary of Natural Resources John Griffin.<br>      dated September 11, 2008.<br><br>(AR0023296-AR0023299) | 323 |
| Chesapeake Bay Partnership, Principals' Staff Committee. Meeting Agenda and Summary.<br>      dated October 23, 2009.<br><br>(ECF No. 100, Exhibits H and I) | 327 |
| Early, William C.: EPA letter to the Principals' Staff Committee.<br>      dated November 3, 2009.<br><br>(AR0023289-AR0023293) | 340 |

| Document Description | JA No. |
|---|---|
| TMDL meeting.<br>    dated December 14, 2009.<br><br>(AR0027828-AR0027866) | 345 |
| TMDL meeting.<br>    dated December 15, 2009.<br><br>(AR0027754-AR0027788) | 384 |
| TMDL meeting.<br>    dated December 15, 2009.<br><br>(AR0027789-AR0027827) | 419 |
| TMDL meeting.<br>    dated December 16, 2009.<br><br>(AR0027710-AR0027753) | 458 |
| TMDL meeting.<br>    dated December 17, 2009.<br><br>(AR0027670-AR0027709) | 502 |
| Chesapeake Bay Partnership, Principals' Staff Committee. Meeting Summary.<br>    dated April 28-29, 2010.<br><br>(ECF No. 100, Exhibit J) | 542 |
| McDonnell, R.F.: Letter to EPA Administrator Lisa P. Jackson.<br>    dated June 15, 2010.<br><br>(AR0023269-AR0023272) | 557 |
| Excerpts from U.S. Environmental Protection Agency Region III. Presentation.  "Update on the Bay TMDL and What's Just Around the Corner."<br>    dated September 9, 2010.<br><br>(AR0032981, AR0032994-AR0032996) | 561 |

| Document Description | JA No. |
|---|---|
| Excerpts from U.S. Environmental Protection Agency: Draft Chesapeake Bay TMDL Document.<br>　　dated September 24, 2010.<br><br>(AR0023773-AR0023783, AR0023980-AR0023991, AR0024022-AR0024054) | 565 |
| Excerpts from U.S. Environmental Protection Agency Region III. Draft Chesapeake Bay TMDL: Restoring the District District's waterways and Chesapeake Bay. Public Meeting: District of Columbia.<br>　　dated September 29, 2010.<br><br>(AR0029336, AR0029358-AR0029360) | 621 |
| Excerpts from Natural Resources Conservation Service. "Assessment of the Effects of Conservation Practices on Cultivated Cropland in the Chesapeake Bay Region."<br>　　dated October 2010.<br><br>(AR0032818, AR0032832-AR0032837) | 625 |

**TABLE OF CONTENTS**

| Document Description | JA No. |
|---|---|
| **VOLUME III** | |
| TMDL meeting.<br>    dated October 2010.<br><br>(AR0029320-AR0029335) | 632 |
| TMDL meeting.<br>    dated October 4, 2010.<br><br>(AR0029270-AR0029319) | 648 |
| TMDL meeting.<br>    dated October 5, 2010.<br><br>(AR0029119-AR0029167) | 698 |
| TMDL meeting.<br>    dated October 5, 2010.<br><br>(AR0029218-AR0029269) | 747 |
| TMDL meeting.<br>    dated October 6, 2010.<br><br>(AR0029168-AR0029217) | 799 |
| Excerpts from Chesapeake Bay Partnership, Principals' Staff Committee.  Meeting Summary.<br>    dated October 21, 2010.<br><br>(AR0000436) | 849 |
| Excerpts from Virginia Association of Municipal Wastewater Agencies, Inc.  Comment Letter.<br>    dated November 4, 2010.<br><br>(AR0036755, AR0036801-03, AR0038002, AR0038005, AR0038007, AR0038012, AR0038031-37, AR0038048-49) | 859 |

| Document Description | JA No. |
|---|---|
| Summary of Meetings and Attendees Compiled from TMDL Appendix C, Table C-2, AR0000422-56.<br>    dated November 4, 2010.<br><br>(ECF 105, Ex. E) | 877 |
| Duncansville Municipal Authority Water & Sewer. Comment Letter.<br>    dated November 5, 2010.<br><br>(AR0030500-AR0030502) | 882 |
| Pennsylvania Municipal Authorities Association. Comment Letter.<br>    dated November 5, 2010.<br><br>(AR0031047-AR0031049) | 885 |
| Excerpts from Maryland Association of Municipal Wastewater Agencies, Inc.  Comment Letter.<br>    dated November 5, 2010<br><br>(AR0031179-82, AR0031187-88) | 888 |
| Virginia Agribusiness Council – Suggested Bay TMDL Talking Points.<br>    dated November 8, 2010.<br><br>(AR0030010-AR0030013) | 894 |
| Excerpts from New York Department of Environmental Conservation.  Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0031947-AR0031951) | 898 |
| West Virginia Department of Environmental Protection and West Virginia Department of Agriculture.  Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0032100-AR0032101) | 903 |

| Document Description | JA No. |
|---|---|
| Pennsylvania Department of Environmental Protection and Department of Agriculture.  Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0032667-AR0032670) | 905 |
| Maryland State Builders Association. Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0032686-AR0032687) | 909 |
| Public Comment letter.<br>    dated November 8, 2010.<br><br>(AR0032705-AR0032731) | 911 |
| Excerpts from Comments on the Draft Chesapeake Bay TMDL by Agricultural Realtors Association, et al.<br>    dated November 8, 2010.<br><br>(AR0032758, AR0032767-AR0032772) | 938 |
| Excerpt from County of Lycoming, Pennsylvania. Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0033175-AR0033176) | 945 |
| Excerpt from National Association of Clean Water Agencies. Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0035411-AR0035415) | 947 |
| Excerpts from Southern Tier Chesapeake Bay TMDL Commenting Coalition, Comment Letter.<br>dated November 8, 2010.<br><br>(AR0035941-AR0035944) | 952 |

| Document Description | JA No. |
|---|---|
| Excerpts from National Association of Home Builders. Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0033704, AR0033720-AR0033721) | 956 |
| National Association of Conservation Districts. Comment Letter.<br>    dated November 8, 2010.<br><br>(AR0033741-AR0033743) | 959 |
| Excerpts from District of Columbia Chesapeake Bay TMDL Phase I Watershed Implementation Plan.<br>    dated November 29, 2010.<br><br>(AR0025422-AR0025424, AR0025431-AR0025432, AR0025444-AR0025446, AR0025448, AR0025458, AR0025518-AR0025524) | 962 |
| Excerpts from Pennsylvania Chesapeake Bay TMDL Phase I Watershed Implementation Plan.<br>    dated November 29, 2010.<br><br>(AR0026393-AR0026414, AR0026416-AR0026422, AR0026443-AR0026444, AR0026451-AR0026460) | 979 |
| Excerpts from Commonwealth of Virginia Chesapeake Bay TMDL Phase I Watershed Implementation Plan.<br>    dated November 29, 2010.<br><br>(AR0026672, AR0026674-AR0026675, AR0026680-AR0026687, AR0026696-AR0026706, AR0026710-AR0026714, AR0026750, AR0026798, AR0026807-AR0026811) | 1020 |

| Document Description | JA No. |
|---|---|
| West Virginia Chesapeake Bay TMDL Phase I Watershed Implementation Plan.<br>     dated November 29, 2010.<br><br>(AR0026813, AR0026815-AR0026816, AR0026818-AR0026822, AR0026828-AR0026830, AR0026833, AR0026835, AR0026837-AR0026838, AR0026840-AR0026842, AR0026847, AR0026855, AR0026867-AR0026869) | 1055 |
| Excerpts from Maryland Chesapeake Bay TMDL Phase I Watershed Implementation Plan.<br>     dated December 3, 2010<br><br>(AR0025525, AR0025528-AR0025530, AR0025532-AR0025534, AR0025601-AR0025604, AR0025606, AR0025607, AR0025609-10, AR0025698-25701, AR0025787-AR0025789, AR0025791-AR0025795) | 1078 |

## TABLE OF CONTENTS

| Document Description | JA No. |
|---|---|
| **VOLUME IV** | |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Sections 1-14.<br>　　dated December 29, 2010.<br><br>(AR0000001-AR0000366) | 1106 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix A.<br>　　dated December 29, 2010.<br><br>(AR0000367-AR0000380) | 1472 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix B.<br>　　dated December 29, 2010.<br><br>(AR0000381-AR0000421) | 1486 |

**<u>TABLE OF CONTENTS</u>**

| Document Description | JA No. |
|---|---|
| **VOLUME V** | |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix C.  dated December 29, 2010.  (AR0000422-AR0000454) | 1527 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix K.  dated December 29, 2010.  (AR0000529-AR0000536) | 1560 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix L.  dated December 29, 2010.  (AR0000537-AR0000564) | 1568 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix Q.  dated December 29, 2010.  (AR0000616) | 1596 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix R.  dated December 29, 2010.  (AR0000618) | 1597 |
| Excerpts from Responses to Comments on Chesapeake Bay Total Maximum Daily Load.  dated December 29, 2010.  (AR0000639, AR0000921-AR0000933, AR0002057, AR0003701) | 1598 |

| Document Description | JA No. |
|---|---|
| Complaint, filed by American Farm Bureau Federation and Pennsylvania Farm Bureau.<br>    dated January 10, 2011.<br><br>(ECF No. 1) | 1627 |
| Amended Complaint, filed by American Farm Bureau Federation, Pennsylvania Farm Bureau, The Fertilizer Institute, National Pork Producers Council, National Corn Growers Association, National Chicken Council, U.S. Poultry & Egg Association, and National Turkey Federation.<br>    dated April 4, 2011.<br><br>(ECF No. 16) | 1671 |
| Complaint, filed by National Association of Home Builders.<br>dated June 27, 2011.<br><br>(Case #1:11-cv-01213-SHR, ECF No. 1) | 1709 |
| Excerpts from Transcript of Proceedings; Oral Argument. *AFBF v. EPA*, M.D. Pa. No. 1:11-cv-00067.<br>    on October 4, 2012.<br><br>(Pages 89-92) | 1754 |

## TABLE OF CONTENTS

| Document Description | JA No. |
|---|---|
| **VOLUME VI (to be filed via CD)** | |
| West Virginia Chesapeake Bay TMDL Phase I Watershed Implementation Plan; Excel spreadsheets.<br>    dated November 29, 2010.<br><br>(AR0026929-AR0026930<br>AR0026932-AR0026935) | 1760 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix Q (Excel spreadsheets)<br>    dated December 29, 2010.<br><br>(AR0000617) | 1766 |
| Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phosphorus and Sediment; Appendix R (Excel spreadsheets)<br>    dated December 29, 2010.<br><br>(AR0000619) | 1767 |



# Commonwealth of Virginia
# Draft Chesapeake Bay TMDL Watershed
# Implementation Plan

Anthony Moore
Assistant Secretary for Chesapeake Bay Restoration
October 2010

AR0029320

# Priorities

- Allow flexibility in implementation to ensure cost-effective practices are given priority.
- Ensure the plan works in the real world, not just in the "model world".
- Recognize current economic conditions, the economic impacts of the TMDL and the need for federal support.
- Reserve the right to modify the plan and adapt as necessary.

AR0029321

# Development of the Plan

2009: Agency review of programs

2009 – 2010: Convened Stakeholder Advisory Group (SAG): 40 members from all affected interests.

2010: Convened "Expert Panels" to advise staff on feasible levels of treatment.

2010: July: Sector Workgroups – SAG members with additional participants

2010: August: SAG Steering Committee – Representatives from each sector workgroup and several at-large members.

2010: September: Reviewed by Governor and sent to EPA

AR0029322

# Virginia's Watershed Implementation Plan: Overview

- Meets 2017 target loads for all basins through management actions, plus use of existing nutrient credits achieve those target loads.
- Proposes a broad expansion of the existing nutrient credit exchange.
- Includes plan for the James River for additional study of the current chlorophyll standard.
- Proposed 2025 allocations for some sectors based on the so-called E3 level with the understanding that such levels of reduction by any sector could be accomplished with the ability to use an expanded credit and offset program.
- Expected Revisions to the 2025 allocations in 2017.

AR0029323

# Expand Nutrient Credit Exchange

Legislative Findings and Purpose – [§62.1-44.19:12]

- Meeting cap allocations cost-effectively and as soon as possible
- Accommodating continued growth and economic development
- Providing foundation for establishing market-based incentives to help achieve non-point source reduction goals

Next Steps:

- Major programmatic undertaking for Commonwealth
- Will require General Assembly action
- Pursuing legislature-sanctioned study during 2011
- Proposal for consideration during 2012 session of General Assembly

AR0029324

# James River Strategy

<u>Step 1:</u> Begin Pollution Reduction Actions During Stage 1 of TMDL
Implementation to achieve the 60% Reduction Target by 2017

<u>Step 2:</u> Conduct Scientific Study to Determine the Most Appropriate
Chlorophyll Criteria for the Tidal James River; and Initiate
Rulemaking under the Virginia Administrative Process Act to Amend
Water Quality Standards, as Needed [concurrent with Step 1]

<u>Step 3:</u> Amend TMDL Allocations for the James River Basin, as needed,
in response to revised Water Quality Standards

<u>Step 4:</u> Virginia Implements Necessary Management Actions during
Stage 2 to Achieve TMDL Allocations Prior to 2025

AR0029325

# Aggregated Sector Allocations

- Draft WIP presents 2025 allocations for some sectors based on the so-called E3 level based on understanding that such levels of reduction by any sector could be accomplished through use of an expanded credit and offset program

- Aggregated sectors include: wastewater, storm water and on-site systems

- Provides VA the greatest flexibility to work out the most cost-effective and equitable long term program to meet the 2025 allocations among all sectors

AR0029326

# Adaptive Management

- Draft WIP expects revisions to the 2025 allocations will be made in 2017

- Based on:

    - James River Strategy

    - Results of process to expand Nutrient Credit Exchange Program

- WIP ≠ Programs

AR0029327

# Wastewater Proposals

- Using the current nutrient allocations for significant wastewater facilities under the State Water Control Board issued Watershed General Permit that establishes nutrient caps for all significant discharges and ability to trade

- Propose new facilities under 1000 gpd must offset <u>entire</u> nutrient load.

- Propose offsets for nutrient loads from small dischargers expanding to less than 40,000 gallons per day

AR0029328

# Onsite/Septic Proposals

- New or replacement systems in the Chesapeake Bay watershed utilize nitrogen reducing technology and implementation of new regulations for alternative systems that are currently under development.
- Establishing a tax credit or other financial incentive for the upgrade or replacement of existing conventional systems with systems that have nitrogen removal technologies.
- The plan proposes requiring septic pumpouts in areas outside those governed by the Chesapeake Bay Preservation Act which currently requires pumpouts every 5 years.

AR0029329

# Agriculture/Forestry Proposals

- Extensive implementation of conservation plans on agricultural acres which could result in implementation of these practices:
  - Nutrient management plans
  - livestock exclusion from streams
  - 35' stream buffers
  - soil conservation
- Vastly improved accounting of voluntary practices.
- Improved implementation of forestry water quality BMP requirements.

AR0029330

# Urban/Suburban Stormwater Proposals

- The plan proposes urban nutrient management plans on golf courses, municipally owned lands.
- The plan proposes restrictions on do-it-yourself non-agricultural lawn and turf fertilizers including "P ban"
- The plan proposes a 20% phosphorus reduction standard for areas being redeveloped.
- The plan proposes stormwater retrofits on existing developed lands to reduce nitrogen, phosphorus and sediment.
- For new development, post development loads cannot exceed allowed loads of previous land uses

AR0029331

# Future Dates and Expected Actions

**Expected in 2011:**

- Submittal of "Phase II" WIPS by the states. Phase II plans are expected to be developed with actions proposed at a smaller, local scale.

- Revisions to the Chesapeake Bay Model to correct currently known deficiencies.

- Modifications of the TMDL allocations by EPA by December 15, 2011

**Expected in 2017:**

- Submittal of Phase III WIPS by the states.
- Modifications of the TMDL allocations by December 15, 2017.

AR0029332



AR0029333

# Virginia Phosphorus Loads
## [million lbs/yr]



TS – VA Tributary Strategy issued in 2005

AR0029334

# Commenting on the WIP

Comments or questions can be sent to

- VABAYTMDL@dcr.virginia.gov

Copies of the Virginia WIP and other TMDL related materials can be found at:

- www.deq.virginia.gov/tmdl/chesapeakebay.htm
- www.dcr.virginia.gov/sw/baytmdl.shtml





AR0029335

-647-

# Draft CHESAPEAKE BAY TMDL
## Restoring Virginia's waterways and Chesapeake Bay

**Public Meeting**
**Harrisonburg, Virginia**
**October 4, 2010**

www.epa.gov/chesapeakebaytmdl

AR0029270

# Today's Agenda

➢ **EPA presents draft TMDL**
- Rich Batiuk, Chesapeake Bay Program Associate Director for Science
- Bob Koroncai, Chesapeake Bay TMDL Manager
- Jeff Corbin, Senior Advisor to Regional Administrator

➢ **Virginia presents WIP**
- Anthony Moore, Assistant Secretary for Chesapeake Bay Restoration

➢ **Question & Answer**

➢ **More information**
www.epa.gov/chesapeakebaytmdl

www.epa.gov/chesapeakebaytmdl

AR0029271

-649-

# First…The Bottom Line

www.epa.gov/chesapeakebaytmdl

AR0029272

# Lack of progress triggered TMDL



www.epa.go

AR0029273

# TMDL is a "pollution diet"



AR0029274

# For your streams, creeks and rivers



AR0029275

# **Blend of state actions and federal measures**












AR0029276



AR0029277

# Task not easy but essential



AR0029278

# What is a TMDL?

# And Why Does it Matter?

www.epa.gov/chesapeakebaytmdl

AR0029279

# **Clean Water Act requires TMDL for waters that don't meet state standards**



AR0029280

# TMDL = Total Maximum Daily Load
## Defines amount of pollution a water body can handle and be healthy



AR0029281

# Bay and tributaries are polluted by nitrogen, phosphorus, sediment



AR0029282

# Rivers, streams, & creeks contribute to Bay, so included in TMDL



AR0029283



Harrisonburg

Which way to the Bay???

AR0029284

-662-



# Legal obligation to get it done

**Clean Water Act, Chesapeake 2000, consent decrees, settlement**

AR0029285

# Part of strategy to meet a Presidential Executive Order



AR0029286

# Clean water matters to your community



AR0029287

# Clean water matters to your community



www.epa.g

AR0029288

# Clean water matters to your community



AR0029289

# Setting the Pollution Diet

www.epa.gov/chesapeakebaytmdl

AR0029290

# Impact of **Pollution**





AR0029291



# Nitrogen Loads by Sector and Scenario—CBP Watershed Model P5.3

Draft allocation for atmospheric deposition is 15.7 million pounds, which will be achieved by federal air regulations through 2020.

www.epa.gov/chesapeakebaytmdl                                                    23

AR0029292



AR0029293



**Model Simulated Sediment Loads by Scenario Compared with the Draft Sediment Allocations (billions of pounds per year as TSS)**

AR0029294

-672-



## VA Nitrogen Loads by Sector and Scenario—CBP Watershed Model P5.3

www.epa.gov/chesapeakebaytmdl

AR0029295



AR0029296



AR0029297



AR0029298



AR0029299

# TMDL Goals

2 year milestones

60 percent by 2017

100 percent by 2025

www.epa.gov/chesapeakebaytmdl

AR0029300



AR0029301



AR0029302

# **Meeting the Pollution Diet**

www.epa.gov/chesapeakebaytmdl

AR0029303

# Watershed Implementation Plan

## The how, when and where of attaining the TMDL diet

www.epa.gov/chesapeakebaytmdl

AR0029304

# Overall Draft WIP Evaluation

➢ 7 jurisdictions provided Draft WIPs in early September

➢ WIPs must:

- achieve pollution targets

- provide reasonable assurance

36

AR0029305

# Do WIPs meet the allocations?

| Jurisdiction | Nitrogen | Phosphorus | Sediment |
|---|---|---|---|
| DC | ✓ | ✓ | |
| DE | | | ✓ |
| MD | ✓ | ✓ | ✓ |
| NY | | | ✓ |
| PA | ✓ | | |
| VA | | | ✓ |
| WV | | ✓ | |

AR0029306

# Draft Virginia WIP Evaluation

➤ Did not meet nitrogen (6 percent over)

➤ Did not meet phosphorus (7 percent over)

➤ Met sediment (12 percent under)

AR0029307

# Overall Draft WIP Evaluation

**None of the WIPs provided adequate assurance**

➢ Inadequate strategy for filling program gaps

➢ Limited enforceability/accountability

➢ Few dates for key actions

39

AR0029308

# Federal Backstops

➤ All jurisdictions require some level of backstop to:

- Meet the pollution allocations

- Provide a high level of assurance

➤ Backstop allocations focus on federal authority

- Additional reductions from regulated point sources (wastewater treatment plants, CAFO, MS4s)

- Finer scale allocations for headwater states

40

AR0029309

# Federal Backstops

## ➢ Backstop allocation adjustments

- Minor - adjust load allocations to equal targets

- Moderate -
  - Stronger CAFO/MS4 requirements
  - Significant WWTPs: N @ 4 mg/l, P @ 0.3 mg/l

- High Backstop –
  - Stronger CAFO/MS4 requirements
  - Significant WWTPs: N @ 3 mg/l, P @ 0.1 mg/l

41

AR0029310

# Backstops by Jurisdiction

➢ Maryland, DC – Minor Backstop

➢ Virginia – Moderate Backstop

➢ Delaware, Pennsylvania, New York and West Virginia – High Backstop

➢ Headwater States (PA, NY, WV)
  • EPA assigning finer scale wasteload and load allocations

42

AR0029311

# Draft Virginia WIP Evaluation

## For Virginia: moderate backstop

➢ Proposes nutrient reductions through expanded Nutrient Credit Exchange, but key deficiencies in this strategy exist

➢ Does not include legislative and regulatory changes that would support high implementation rates

➢ Does not meet nitrogen and phosphorus allocations in James River

AR0029312

# Draft VA WIP Evaluation

## For Virginia: moderate backstop

- Wastewater facilities: 4 mg/L TN and .3 mg/L TP and design flow

- MS4s: 50% of urban MS4 lands meet aggressive performance standard through retrofit/ redevelopment; 50% of unregulated land treated as regulated

- Construction: Erosion and sediment control on all lands subject to Construction General Permit

- CAFO production areas: Waste management, barnyard runoff control, mortality composting. Precision feed management for all animals. Same standards apply to AFOs not subject to CAFO permits EXCEPT no feed management on dairies; designation as necessary

- Additional adjustments to agriculture nonpoint sources as necessary to exactly nutrient and sediment allocations

AR0029313

# In Summary

➤ Hybrid TMDL is blend of jurisdiction WIPs and EPA backstop allocations

➤ Final WIPs need to address deficiencies

➤ EPA prefers to use jurisdiction WIPs and not backstop in final TMDL

45

AR0029314

# Opportunities for Improvement

➢ Jurisdictions can enhance their WIP submissions by the November 29 deadline

- EPA will engage jurisdictions in discussions

- EPA will evaluate the final WIPs

- Final TMDL will be informed by final WIPs

46

AR0029315



# **Next Steps**

www.epa.gov/chesapeakebaytmdl

AR0029316

# Next Steps

➢ Hold 18 public meetings in six states, D.C.

➢ Public comment period until November 8

➢ States, D.C. submit final WIPs on
   November 29

➢ TMDL will be established by December 31

www.epa.gov/chesapeakebaytmdl

AR0029317

# Submit Your Comments

➢ Public comment period until November 8

- Electronically, visit:
  www.regulations.gov
  Docket ID No. EPA-R03-OW-2010-0736

- In writing, mail to:
  Water Docket, EPA, Mailcode: 2822T
  1200 Pennsylvania Ave., NW.,
  Washington, D.C., 20460.

- By hand, drop off from 8:30 a.m. - 4:30 p.m.:
  EPA Docket Center Public Reading Room,
  EPA Headquarters West, Room 3340,
  1301 Constitution Ave., NW, Washington, D.C.

www.epa.gov/chesapeakebaytmdl

AR0029318



www.epa.gov/chesapeakebaytmdl

AR0029319

# Draft CHESAPEAKE BAY TMDL
## Restoring Virginia's waterways and Chesapeake Bay

**Public Meeting**
**Hampton, Virginia**
**October 5, 2010**

www.epa.gov/chesapeakebaytmdl

AR0029119

# Today's Agenda

➢ **EPA presents draft TMDL**
- Rich Batiuk, Chesapeake Bay Program Associate Director for Science
- Bob Koroncai, Chesapeake Bay TMDL Manager
- Jeff Corbin, Senior Advisor to Regional Administrator

➢ **Virginia presents WIP**
- Anthony Moore, Assistant Secretary for Chesapeake Bay Restoration

➢ **Question & Answer**

➢ **More information**
www.epa.gov/chesapeakebaytmdl

www.epa.gov/chesapeakebaytmdl

AR0029120

-699-

# First…The Bottom Line

www.epa.gov/chesapeakebaytmdl

AR0029121

# Lack of progress triggered TMDL



AR0029122

# TMDL is a "pollution diet"



AR0029123

# For your streams, creeks and rivers



AR0029124

# Blend of state actions and federal measures












AR0029125



# Task not easy but essential



AR0029127

-706-

# What is a TMDL?

# And Why Does it Matter?

www.epa.gov/chesapeakebaytmdl

AR0029128

# **Clean Water Act requires TMDL for waters that don't meet state standards**



AR0029129

# TMDL = Total Maximum Daily Load
# Defines amount of pollution a water body can handle and be healthy



AR0029130

# Bay and tributaries are polluted by nitrogen, phosphorus, sediment



AR0029131

# Rivers, streams, & creeks contribute to Bay, so included in TMDL



AR0029132

# **Legal obligation** to get it done



**Clean Water Act, Chesapeake 2000, consent decrees, settlement**

AR0029133

# Part of strategy to meet a Presidential Executive Order



AR0029134

# Clean water matters to your community



AR0029135

# Clean water matters to your community



AR0029136

# Clean water matters to your community



AR0029137

# **Setting the Pollution Diet**

www.epa.gov/chesapeakebaytmdl

AR0029138

# Impact of Pollution





AR0029139



Nitrogen Loads by Sector and Scenario—CBP Watershed Model P5.3
Million lbs per year
350.0
300.0
250.0
200.0
150.0
100.0
50.0
0.0
308.0
46.4
90.1
27.1
150
243.3
49.3
53.2
31.4
109.4
189.7
50.8
44.3
23.1
71.5
187.4
1985
2009
Tributary Strategies
July 1 Draft Allocation
Total
Forest
WWTP
Developed
Agriculture
Draft allocation for atmospheric deposition is 15.7 million pounds, which will be achieved by federal air regulations through 2020.
www.epa.gov/chesapeakebaytmdl
22

AR0029140

AR0029141



www.epa.gov/chesapeakebaytmdl

AR0029142



## VA Nitrogen Loads by Sector and Scenario—CBP Watershed Model P5.3

AR0029143



AR0029144



AR0029145



Note: There is also an Atmospheric Deposition Allocation of 15.70 million pounds/year.

AR0029146



AR0029147

# TMDL Goals

2 year milestones

60 percent by 2017

100 percent by 2025

www.epa.gov/chesapeakebaytmdl

AR0029148



AR0029149



AR0029150

# **Meeting the Pollution Diet**

www.epa.gov/chesapeakebaytmdl

AR0029151

# Watershed Implementation Plan

## The how, when and where of attaining the TMDL diet

www.epa.gov/chesapeakebaytmdl

AR0029152

# Overall Draft WIP Evaluation

➢ 7 jurisdictions provided Draft WIPs in early September

➢ WIPs must:

- achieve pollution targets

- provide reasonable assurance

35

AR0029153

# Do WIPs meet the allocations?

| Jurisdiction | Nitrogen | Phosphorus | Sediment |
|---|---|---|---|
| DC | ✓ | ✓ | |
| DE | | | ✓ |
| MD | ✓ | ✓ | ✓ |
| NY | | | ✓ |
| PA | ✓ | | |
| VA | | | ✓ |
| WV | | ✓ | |

AR0029154

# Draft Virginia WIP Evaluation

➤ Did not meet nitrogen (6 percent over)

➤ Did not meet phosphorus (7 percent over)

➤ Met sediment (12 percent under)

AR0029155

# Overall Draft WIP Evaluation

**None of the WIPs provided adequate assurance**

➢ Inadequate strategy for filling program gaps

➢ Limited enforceability/accountability

➢ Few dates for key actions

38

AR0029156

# Federal Backstops

➢ All jurisdictions require some level of backstop to:

  · Meet the pollution allocations

  · Provide a high level of assurance

➢ Backstop allocations focus on federal authority

  • Additional reductions from regulated point sources (wastewater treatment plants, CAFO, MS4s)

  • Finer scale allocations for headwater states

39

AR0029157

# Federal Backstops

## ➢ Backstop allocation adjustments

- Minor - adjust load allocations to equal targets

- Moderate -
  - Stronger CAFO/MS4 requirements
  - Significant WWTPs: N @ 4 mg/l, P @ 0.3 mg/l

- High Backstop –
  - Stronger CAFO/MS4 requirements
  - Significant WWTPs: N @ 3 mg/l, P @ 0.1 mg/l

40

AR0029158

# Backstops by Jurisdiction

➢ Maryland, DC – Minor Backstop

➢ Virginia – Moderate Backstop

➢ Delaware, Pennsylvania, New York and West Virginia – High Backstop

➢ Headwater States (PA, NY, WV)
  • EPA assigning finer scale wasteload and load allocations

41

AR0029159

# Draft Virginia WIP Evaluation

## For Virginia: moderate backstop

➤ Proposes nutrient reductions through expanded Nutrient Credit Exchange, but key deficiencies in this strategy exist

➤ Does not include legislative and regulatory changes that would support high implementation rates

➤ Does not meet nitrogen and phosphorus allocations in James River

AR0029160

# Draft VA WIP Evaluation

## For Virginia: moderate backstop

- Wastewater facilities: 4 mg/L TN and .3 mg/L TP and design flow

- MS4s: 50% of urban MS4 lands meet aggressive performance standard through retrofit/ redevelopment; 50% of unregulated land treated as regulated

- Construction: Erosion and sediment control on all lands subject to Construction General Permit

- CAFO production areas: Waste management, barnyard runoff control, mortality composting. Precision feed management for all animals. Same standards apply to AFOs not subject to CAFO permits EXCEPT no feed management on dairies; designation as necessary

- Additional adjustments to agriculture nonpoint sources as necessary to exactly nutrient and sediment allocations

AR0029161

# In Summary

➢ Hybrid TMDL is blend of jurisdiction WIPs and EPA backstop allocations

➢ Final WIPs need to address deficiencies

➢ EPA prefers to use jurisdiction WIPs and not backstop in final TMDL

44

AR0029162

# Opportunities for Improvement

➢ Jurisdictions can enhance their WIP submissions by the November 29 deadline

- EPA will engage jurisdictions in discussions

- EPA will evaluate the final WIPs

- Final TMDL will be informed by final WIPs

45

AR0029163



# **Next Steps**

www.epa.gov/chesapeakebaytmdl

AR0029164

# Next Steps

➢ Hold 18 public meetings in six states, D.C.

➢ Public comment period until November 8

➢ States, D.C. submit final WIPs on November 29

➢ TMDL will be established by December 31

www.epa.gov/chesapeakebaytmdl

AR0029165

# Submit Your Comments

➤ Public comment period until November 8

- Electronically, visit:
  www.regulations.gov
  Docket ID No. EPA-R03-OW-2010-0736

- In writing, mail to:
  Water Docket, EPA, Mailcode: 2822T
  1200 Pennsylvania Ave., NW.,
  Washington, D.C., 20460.

- By hand, drop off from 8:30 a.m. - 4:30 p.m.:
  EPA Docket Center Public Reading Room,
  EPA Headquarters West, Room 3340,
  1301 Constitution Ave., NW, Washington, D.C.

www.epa.gov/chesapeakebaytmdl

AR0029166



www.epa.gov/chesapeakebaytmdl

AR0029167