UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-4079**

American Farm Bureau Fed. v. EPA

**AMENDED ORDER**

To:    Clerk

1) Joint Motion to Establish Briefing Format construed as motion for extension of time and motion for leave to exceed the word limitations for Appellant's reply brief.

2) Appellants' Unopposed Motion to Accept Noncompliant Filing of Joint Appendix Documents

    The foregoing motions are considered. The joint motion is granted in part. The motion is granted to the extent it seeks an extension of time for Appellee's brief and a separate deadline and page limitations for Intervenors' briefs. The EPA must file and serve its brief on or before April 2, 2014. Intervenors' must file and serve their brief(s) on or before April 21, 2014. Intervenors are directed to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. Intervenors may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i). The motion is denied without prejudice to the extent Appellants request an extension of time and leave to exceed the word limitations for their reply briefs. Appellants are directed to review the Court's Standing Order of January 9, 2012 and file a renewed motion for extension of time and to exceed the word limitations, if necessary, after Intervenors' briefs are filed.

    Appellants' motion to accept certain documents (JA1760 to JA1767) in DVD format is granted.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: February 6, 2014
PDB/cc: All Counsel of Record