# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION,  )<br>    et al., Plaintiff-Appellants,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES ENVIRONMENTAL  )<br>PROTECTION AGENCY, Defendant- Appellee,  )<br>  )<br>and  )<br>  )<br>CHESAPEAKE BAY FOUNDATION,  )<br>    et al., Intervenor-Defendant-Appellees.  )<br>_____  ) | No. 13-4079 |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## SUPPLEMENT TO THE JOINT APPENDIX

Appellee United States Environmental Protection Agency ("EPA") hereby respectfully moves the Court for leave to file a Supplemental Joint Appendix in the above-captioned case. The Supplemental Joint Appendix was lodged with the Court at the time EPA filed its principal response brief on April 2, 2014.

Plaintiff-Appellants filed the Joint Appendix in this case on January 27, 2014. Counsel for all parties conferred as Plaintiff-Appellants were compiling the Joint Appendix, and EPA made diligent efforts to identify relevant documents from the administrative record that should be included. However, at that time, counsel for EPA had not yet begin drafting EPA's response brief, and EPA later identified six additional documents that may assist the Court in deciding this case.

The proposed Supplemental Joint Appendix contains those six documents. Each of those documents is in the administrative record for the action under review (the Chesapeake Bay TMDL). EPA has included only the relevant excerpts of those documents, where possible, and the overall size of the Supplemental Joint Appendix is reasonable at less than 70 pages. Each of the documents in the Supplemental Joint Appendix is directly cited in EPA's response brief.

Counsel for EPA has contacted each of the other parties in this case. All parties have indicated that they consent to this Motion. For the foregoing reasons, EPA requests that the Court grant leave to file the Supplemental Joint Appendix and accept that Appendix as filed on April 2, 2014.

                                                Respectfully submitted,

                                                */s/ J. David Gunter II*
                                                J. David Gunter II
                                                U.S. Department of Justice
                                                Environment & Natural Res. Div.
                                                Washington, DC 20044
                                                (202) 514-3785

April 4, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, I filed the foregoing Unopposed Motion for Leave to File Supplement to the Joint Appendix using the Court's CM/ECF system. I further certify that, to my knowledge, all counsel that have appeared in this case are registered for CM/ECF and will receive service by that means.

/s/ *J. David Gunter II*