UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-4079**

American Farm Bureau Federation v. EPA

To:    Clerk

1)    Motion by Intervenor-Appellees, Chesapeake Bay Foundation, Citizens for Pennsylvania's Future, Defenders of Wildlife, Jefferson County Public Service District, Midshore Riverkeeper Conservancy and National Wildlife Federation, for Leave to File Supplemental Joint Appendix

The foregoing motion is granted with filing as of April 21, 2014. It is noted that in the event Intervenor-Appellees are entitled to costs at the conclusion of the appeal, Intervenor-Appellees will not be able to recover costs for any documents included in the supplemental appendix which are duplicative of documents contained in Appellants' appendix or any other supplemental appendix.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:       May 1, 2014
EMA/cc:    All Counsel of Record